# EXHIBIT "3"

# DEED AND NOTE TRADERS
## Current Earnings Report
### For the Period From Feb 12, 2009 to Dec 31, 2009

| Employee ID / Employee / SS No | Date / Reference | Amount | Gross / State / Vacation / Comp time / Health Ins / Auto Exp. / Medicare_ER | Fed_Income / Pay Advance / Birthday / Child Supp / Dental Ins / 401K Loan / FUTA_ER | Soc_Sec / Misc. Exp. / Sick / Emp rent/ho / Garnishmnt / Commission / AZ_SUI_ER | Medicare / Bonus Wages / Holiday / K401 / Life Ins / Soc_Sec_ER |
|---|---|---|---|---|---|---|
| dk2637 David Kinas 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 | 10/16/09 52246 | 2,012.49 | 2,296.15 -20.13 -33.29 | -64.92 -18.37 | -142.36 -45.92 | -33.29 -22.96 -142.36 |
| dk2637 David Kinas 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 | 10/30/09 52356 | 2,012.49 | 2,296.15 -20.13 -33.29 | -64.92 -18.37 | -142.36 -45.92 | -33.29 -22.96 -142.36 |
| dk2637 David Kinas 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 | 11/13/09 52487 | 2,012.49 | 2,296.15 -20.13 -33.29 | -64.92 -18.37 | -142.36 -45.92 | -33.29 -22.96 -142.36 |
| dk2637 David Kinas 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 | 11/27/09 52550 | 2,012.49 | 2,296.15 -20.13 -33.29 | -64.92 -0.89 | -142.36 -2.23 | -33.29 -22.96 -142.36 |
| dk2637 David Kinas 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 | 12/11/09 52627 | 3,126.88 | 3,846.15 -91.48 -55.77 | -295.10 | -238.46 | -55.77 8.00 -38.46 -238.46 |
| dk2637 David Kinas 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 | 12/24/09 52721 | 3,126.88 | 3,846.15 -91.48 -55.77 | -295.10 | -238.46 | -55.77 -38.46 -238.46 |
| Total 10/1/09 thru 12/31/09 | | 14,303.72 | 16,876.90 -263.48 -244.70 | -849.88 -56.00 | -1,046.36 -139.99 | -244.70 8.00 -168.76 -1,046.36 |
| Report Date Total for David Kinas | | 14,303.72 | 16,876.90 -263.48 | -849.88 | -1,046.36 | -244.70 8.00 -168.76 -1,046.36 |

Case 4:10-bk-03640-BMW    Doc 278-3    Filed 06/09/10    Entered 06/09/10 15:53:48
Desc  EXHIBIT 3    Page 2 of 15

# DEED AND NOTE TRADERS
## Current Earnings Report
### For the Period From Feb 12, 2009 to Dec 31, 2009

| Employee ID Employee SS No | Date Reference | Amount | Gross State Vacation Comp time Health Ins Auto Exp. Medicare_ER | Fed_Income Pay Advance Birthday Child Supp Dental Ins 401K Loan FUTA_ER | Soc_Sec Misc. Exp. Sick Emp rent/ho Garnishmnt Commission AZ_SUI_ER | Medicare Bonus Wages Holiday K401 Life Ins Soc_Sec_ER |
|---|---|---|---|---|---|---|
| | | | -244.70 | -56.00 | -139.99 | |
| YTD Total for David Kinas | | 14,303.72 | 16,876.90 -263.48 | -849.88 | -1,046.36 | -244.70 8.00 -168.76 -1,046.36 |
| | | | -244.70 | -56.00 | -139.99 | |
| Summary Total 10/1/09 thru 12/31/09 | | 14,303.72 | 16,876.90 -263.48 | -849.88 | -1,046.36 | -244.70 8.00 -168.76 -1,046.36 |
| | | | -244.70 | -56.00 | -139.99 | |
| Report Date Final Total 2/12/09 thru 12/31/09 | | 14,303.72 | 16,876.90 -263.48 | -849.88 | -1,046.36 | -244.70 8.00 -168.76 -1,046.36 |
| | | | -244.70 | -56.00 | -139.99 | |
| Final YTD Total | | 14,303.72 | 16,876.90 -263.48 | -849.88 | -1,046.36 | -244.70 8.00 -168.76 -1,046.36 |
| | | | -244.70 | -56.00 | -139.99 | |

# DEED AND NOTE TRADERS
## Current Earnings Report
For the Period From Jan 1, 2010 to Feb 12, 2010

| Employee ID Employee SS No | Date Reference | Amount | Gross State Vacation Comp time Health Ins Auto Exp. Medicare_ER | Fed_Income Pay Advance Birthday Child Supp Dental Ins 401K Loan FUTA_ER | Soc_Sec Misc. Exp. Sick Emp rent/ho Garnishmnt Commission AZ_SUI_ER | Medicare Bonus Wages Holiday K401 Life Ins Soc_Sec_ER |
|---|---|---|---|---|---|---|
| dk2637 David Kinas 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 | 1/8/10 52779 | 3,116.94 | 3,846.15 -93.83 | -302.69 | -238.46 | -55.77 8.00 -38.46 -238.46 |
| | | | -55.77 | -30.77 | -76.92 | |
| dk2637 David Kinas 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 | 1/22/10 52886 | 3,116.94 | 3,846.15 -93.83 | -302.69 | -238.46 | -55.77 -38.46 -238.46 |
| | | | -55.77 | -25.23 | -63.08 | |
| dk2637 David Kinas 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 | 2/5/10 52968 | 3,116.94 | 3,846.15 -93.83 | -302.69 | -238.46 | -55.77 -38.46 -238.46 |
| | | | -55.77 | | | |
| Total 1/1/10 thru 2/12/10 | | 9,350.82 | 11,538.45 -281.49 | -908.07 | -715.38 | -167.31 8.00 -115.38 -715.38 |
| | | | -167.31 | -56.00 | -140.00 | |
| Report Date Total for David Kinas | | 9,350.82 | 11,538.45 -281.49 | -908.07 | -715.38 | -167.31 8.00 -115.38 -715.38 |
| | | | -167.31 | -56.00 | -140.00 | |
| YTD Total for David Kinas | | 9,350.82 | 11,538.45 -281.49 | -908.07 | -715.38 | -167.31 8.00 -115.38 -715.38 |
| | | | -167.31 | -56.00 | -140.00 | |
| Summary Total 1/1/10 thru 2/12/10 | | 9,350.82 | 11,538.45 -281.49 | -908.07 | -715.38 | -167.31 8.00 -115.38 -715.38 |
| | | | -167.31 | -56.00 | -140.00 | |
| Report Date Final Total 1/1/10 thru 2/12/10 | | 9,350.82 | 11,538.45 -281.49 | -908.07 | -715.38 | -167.31 8.00 |

# DEED AND NOTE TRADERS
## Current Earnings Report
### For the Period From Jan 1, 2010 to Feb 12, 2010

| Employee ID<br>Employee<br>SS No | Date<br>Reference | Amount | Gross<br>State<br>Vacation<br>Comp time<br>Health Ins<br>Auto Exp.<br>Medicare_ER | Fed_Income<br>Pay Advance<br>Birthday<br>Child Supp<br>Dental Ins<br>401K Loan<br>FUTA_ER | Soc_Sec<br>Misc. Exp.<br>Sick<br>Emp rent/ho<br>Garnishmnt<br>Commission<br>AZ_SUI_ER | Medicare<br>Bonus Wages<br>Holiday<br>K401<br>Life Ins<br>Soc_Sec_ER |
|---|---|---|---|---|---|---|
| | | | | | | -115.38 |
| | | | | | | -715.38 |
| | | | -167.31 | -56.00 | -140.00 | |
| Final YTD Total | | 9,350.82 | 11,538.45 | -908.07 | -715.38 | -167.31 |
| | | | -281.49 | | | 8.00 |
| | | | | | | -115.38 |
| | | | | | | -715.38 |
| | | | -167.31 | -56.00 | -140.00 | |

# DEED AND NOTE TRADERS
## Vendor Ledgers
### For the Period From Feb 12, 2009 to Feb 12, 2010

| Vendor | Date | Trans No | Type | Paid | Debit Amt | Credit Amt | Balance |
|--------|------|----------|------|------|-----------|------------|---------|
| David Kinas | 2/17/09 | 50814 | CDJ | | 9,799.00 | 9,799.00 | 0.00 |
| | 5/29/09 | 1070 | CDJ | | 12,088.00 | 12,088.00 | 0.00 |
| | 10/7/09 | 52221 | CDJ | | 18,399.00 | 18,399.00 | 0.00 |
| | 1/14/10 | Bank Ck 01/14 | CDJ | | 10,000.00 | 10,000.00 | 0.00 |
| | 1/29/10 | 096 | CDJ | | 70,000.00 | 70,000.00 | 0.00 |
| | | | | | 120,286.00 | 120,286.00 | 0.00 |

<DK Production>

## Production Report for DNT houses

| SOLD VIA CASH, RTO OR CARRYBACKS | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | | | Sales Price | Gross Commission Due DK | | Date Paid |
|---|---|---|---|---|---|---|---|
| 1631 N. Saddleback | | DK | | $200,000 | $ 2,000.00 | 1.00% | 02.17.09 |
| 639 N. Sunstream | | DK | | $270,000 | $ 2,700.00 | 1.00% | 02.17.09 |
| 1321 N. Sahuara | | DK | | $160,000 | $ 1,600.00 | 1.00% | 02.17.09 |
| 4160 W. Avocado | | DK | | $185,000 | $ 1,850.00 | 1.00% | 02.17.09 |
| 5779 S. Manta Ray | | DK | | $164,900 | $ 1,649.00 | 1.00% | 02.17.09 |
| | | | | | $ - | | |
| | | | | | $ - | | |
| | | Total | | $979,900 | $ 9,799.00 | 1.00% | 02.17.09   ck #50814 |

<DK Production>

## Production Report for DNT houses

| SOLD VIA CASH, RTO OR CARRYBACKS | | | | | Gross Commission | | Date Paid | |
|---|---|---|---|---|---|---|---|---|
| | | | | Sales Price | Due DK | | | |
| 10361 E. Kaibito | | DK | | $550,000 | $ 5,500.00 | 1.00% | 05.29.09 | |
| 8054 S. Fenway | | DK | | $239,000 | $ 2,390.00 | 1.00% | 05.29.09 | |
| 3335 S. Magda | | DK | | $149,900 | $ 1,499.00 | 1.00% | 05.29.09 | |
| 1529 E. Wedwick | | DK | | $160,000 | $ 1,600.00 | 1.00% | 05.29.09 | |
| 2601 E. Ricky Vista | | DK | | $109,900 | $ 1,099.00 | 1.00% | 05.29.09 | |
| | | | | | $ - | | | |
| | | | | | $ - | | | |
| | | **Total** | | $1,208,800 | $ 12,088.00 | 1.00% | 05.29.09 | ck #1070 |

<DK Production>

## Production Report for DNT houses

| SOLD VIA CASH, RTO OR CARRYBACKS | | | | | | | |
|---|---|---|---|---|---|---|---|

| | | | | Sales Price | Gross Commission Due DK | | Date Paid |
|---|---|---|---|---|---|---|---|
| 5255 E. Lee | 04.15.09 | DK | | $300,000 | $ 3,000.00 | 1.00% | 10.07.09 |
| 5779 S. Manta Ray | 07.25.09 | DK | | $160,000 | $ 1,600.00 | 1.00% | 10.07.09 |
| 8054 S. Fenway | 06.30.09 | DK | | $239,900 | $ 2,399.00 | 1.00% | 10.07.09 |
| 117 N. Understory | 06.29.09 | DK | | $250,000 | $ 2,500.00 | 1.00% | 10.07.09 |
| 491 W. Hammerhead | 08.31.09 | DK | | $160,000 | $ 1,600.00 | 1.00% | 10.07.09 |
| 7228 E. Eastview | 09.01.09 | DK | | $160,000 | $ 1,600.00 | 1.00% | 10.07.09 |
| 1249 W. Navajo | 09.21.09 | DK | | $130,000 | $ 1,300.00 | 1.00% | 10.07.09 |
| 7981 N. Jensen | 09.17.09 | DK | | $240,000 | $ 2,400.00 | 1.00% | 10.07.09 |
| 4570 E. 5th | 10.05.09 | DK | | $200,000 | $ 2,000.00 | 1.00% | 10.07.09 |
| | | | | | $ - | | |
| | | | | | $ - | | |
| | | Total | | $1,839,900 | $ 18,399.00 | 1.00% | 10.07.09  ck #1070 |

## Production Report for DNT houses

| SOLD VIA CASH, RTO OR CARRYBACKS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Gross Commission | | Date Paid |
| | | | | Sales Price | Due DK | | |
| 5233 S. Hampton Roads | 12.31.08 | DK | | $129,900 | $ 1,299.00 | 1.00% | 01.14.10 |
| 4407 E. Linden | 02.12.09 | DK | | $120,000 | $ 1,200.00 | 1.00% | 01.14.10 |
| 6264 W. Velvet Senna | 02.09.09 | DK | | $155,000 | $ 1,550.00 | 1.00% | 01.14.10 |
| 3705 E. 27th | 03.29.09 | DK | | $90,000 | $ 900.00 | 1.00% | 01.14.10 |
| 2650 E. 18th | 04.16.09 | DK | | $190,000 | $ 1,900.00 | 1.00% | 01.14.10 |
| 4570 E. 5th | 06.21.09 | DK | | $200,000 | $ 2,000.00 | 1.00% | 01.14.10 |
| 3445 S. Western Way | 05.01.09 | DK | | $160,000 | $ 1,600.00 | 1.00% | 01.14.10/01.29.10 |
| 1497 W. San Ricardo | 05.13.09 | DK | | $190,000 | $ 1,900.00 | 1.00% | 01.29.10 |
| 7730 E. Victoria | 08.15.09 | DK | | $139,000 | $ 1,390.00 | 1.00% | 01.29.10 |
| 1587 S. San Ricardo | 08.10.09 | DK | | $215,000 | $ 2,150.00 | 1.00% | 01.29.10 |
| 6264 W. Velvet Senna | 11.12.09 | DK | | $140,000 | $ 1,400.00 | 1.00% | 01.29.10 |
| 6873 S. Creek Run | 11.23.09 | DK | | $120,000 | $ 1,200.00 | 1.00% | 01.29.10 |
| 2226 S. Forgeus | 11.02.09 | DK | | $60,000 | $ 600.00 | 1.00% | 01.29.10 |
| 5887 N. Misty Ridge | 10.26.09 | DK | | $375,000 | $ 3,750.00 | 1.00% | 01.29.10 |
| 2119 S. Miramonte | 09.21.09 | DK | | $114,000 | $ 1,140.00 | 1.00% | 01.29.10 |
| 1321 N. Sahuara | 06.22.09 | DK | | $175,000 | $ 1,750.00 | 1.00% | 01.29.10 |
| 2449 N. Sparkman | 06.29.09 | DK | | $125,000 | $ 1,250.00 | 1.00% | 01.29.10 |
| 2456 W. Chris Oliver | 07.27.09 | DK | | $170,000 | $ 1,700.00 | 1.00% | 01.29.10 |
| 3731 E. 27th | 11.24.09 | DK | | $120,000 | $ 1,200.00 | 1.00% | 01.29.10 |
| 3284 W. Avenida Cancion | 10.15.09 | DK | | $135,000 | $ 1,350.00 | 1.00% | 01.29.10 |
| 5779 S. Manta Ray | 11.24.09 | DK | | $160,000 | $ 1,600.00 | 1.00% | 01.29.10 |
| | | | | | $ - | | |
| | | | | | $ - | | |
| | | Total | | $3,282,900 | $ 32,829.00 | 1.00% | |

$ 10,000.00 bank ck 01.14.10
$ 22,829.00 ck 096

# DEED AND NOTE TRADERS
## Current Earnings Report
For the Period From Feb 12, 2009 to Dec 31, 2009

| Employee ID<br>Employee<br>SS No | Date<br>Reference | Amount | Gross<br>State<br>Vacation<br>Comp time<br>Health Ins<br>Auto Exp.<br>Medicare_ER | Fed_Income<br>Pay Advance<br>Birthday<br>Child Supp<br>Dental Ins<br>401K Loan<br>FUTA_ER | Soc_Sec<br>Misc. Exp.<br>Sick<br>Emp rent/ho<br>Garnishmnt<br>Commission<br>AZ_SUI_ER | Medicare<br>Bonus Wages<br>Holiday<br>K401<br>Life Ins<br>Soc_Sec_ER |
|---|---|---|---|---|---|---|
| Beginning Balance for<br>Deanne M. Kinas | | 8,357.07 | 13,350.00<br>-834.03 | -2,690.40 | -821.43 | -192.12 |
| | | | | | | -353.79 |
| | | | -101.16 | | | -821.43 |
| | | | -192.12 | -56.00 | -140.00 | |
| dk5973<br>Deanne M. Kinas<br>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 | 2/20/09<br>Direct Deposi | 2,785.69 | 4,450.00<br>-278.01 | -896.80 | -273.81 | -64.04 |
| | | | | | | -117.93 |
| | | | -33.72 | | | -273.81 |
| | | | -64.04 | | | |
| dk5973<br>Deanne M. Kinas<br>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 | 3/6/09<br>Direct Deposi | 2,785.69 | 4,450.00<br>-278.01 | -896.80 | -273.81 | -64.04 |
| | | | | | | -117.93 |
| | | | -33.72 | | | -273.81 |
| | | | -64.04 | | | |
| dk5973<br>Deanne M. Kinas<br>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 | 3/20/09<br>Direct Deposi | 3,960.50 | 4,450.00 | | -273.81 | -64.04 |
| | | | | | | -117.93 |
| | | | -33.72 | | | -273.81 |
| | | | -64.04 | | | |
| Total 2/12/09 thru 3/31/09 | | 9,531.88 | 13,350.00<br>-556.02 | -1,793.60 | -821.43 | -192.12 |
| | | | | | | -353.79 |
| | | | -101.16 | | | -821.43 |
| | | | -192.12 | | | |
| dk5973<br>Deanne M. Kinas<br>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 | 4/3/09<br>Direct Deposi | 3,960.50 | 4,450.00 | | -273.81 | -64.04 |
| | | | | | | -117.93 |
| | | | -33.72 | | | -273.81 |
| | | | -64.04 | | | |
| dk5973<br>Deanne M. Kinas<br>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 | 4/17/09<br>Direct Deposi | 3,960.50 | 4,450.00 | | -273.81 | -64.04 |
| | | | | | | -117.93 |
| | | | -33.72 | | | -273.81 |
| | | | -64.04 | | | |
| dk5973<br>Deanne M. Kinas<br>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 | 5/1/09<br>Direct Deposi | 3,960.50 | 4,450.00 | | -273.81 | -64.04 |
| | | | | | | -117.93 |
| | | | -33.72 | | | -273.81 |

# DEED AND NOTE TRADERS
## Current Earnings Report
For the Period From Feb 12, 2009 to Dec 31, 2009

| Employee ID / Employee / SS No | Date / Reference | Amount | Gross / State / Vacation / Comp time / Health Ins / Auto Exp. / Medicare_ER | Fed_Income / Pay Advance / Birthday / Child Supp / Dental Ins / 401K Loan / FUTA_ER | Soc_Sec / Misc. Exp. / Sick / Emp rent/ho / Garnishmnt / Commission / AZ_SUI_ER | Medicare / Bonus Wages / Holiday / K401 / Life Ins / Soc_Sec_ER |
|---|---|---|---|---|---|---|
| | | | -64.04 | | | |
| dk5973<br>Deanne M. Kinas<br>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 | 5/15/09<br>Direct Deposi | 3,960.50 | 4,450.00<br><br>-33.72<br>-64.04 | | -273.81 | -64.04<br>-117.93<br>-273.81 |
| dk5973<br>Deanne M. Kinas<br>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 | 5/29/09<br>Direct Deposi | 3,960.50 | 4,450.00<br><br>-33.72<br>-64.04 | | -273.81 | -64.04<br>-117.93<br>-273.81 |
| dk5973<br>Deanne M. Kinas<br>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 | 6/12/09<br>Direct Deposi | 3,960.50 | 4,450.00<br><br>-33.72<br>-64.04 | | -273.81 | -64.04<br>-117.93<br>-273.81 |
| dk5973<br>Deanne M. Kinas<br>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 | 6/26/09<br>Direct Deposi | 3,960.50 | 4,450.00<br><br>-33.72<br>-64.04 | | -273.81 | -64.04<br>-117.93<br>-273.81 |
| Total 4/1/09 thru 6/30/09 | | 27,723.50 | 31,150.00<br><br>-236.04<br>-448.28 | | -1,916.67 | -448.28<br>-825.51<br>-1,916.67 |
| dk5973<br>Deanne M. Kinas<br>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 | 10/2/09<br>52240 | 1,297.23 | 1,550.00<br>-26.54<br><br>-22.48 | -92.15 | -96.10 | -22.48<br>-15.50<br>-96.10 |
| dk5973<br>Deanne M. Kinas<br>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 | 10/16/09<br>52247 | 1,272.61 | 1,550.00<br>-25.08<br><br>-33.72<br>-21.99 | -87.09 | -94.01 | -21.99<br>-15.50<br>-94.01 |
| dk5973<br>Deanne M. Kinas<br>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 | 10/30/09<br>52357 | 1,272.61 | 1,550.00<br>-25.08 | -87.09 | -94.01 | -21.99<br>-15.50 |

# DEED AND NOTE TRADERS
## Current Earnings Report
### For the Period From Feb 12, 2009 to Dec 31, 2009

| Employee ID / Employee / SS No | Date / Reference | Amount | Gross / State / Vacation / Comp time / Health Ins / Auto Exp. / Medicare_ER | Fed_Income / Pay Advance / Birthday / Child Supp / Dental Ins / 401K Loan / FUTA_ER | Soc_Sec / Misc. Exp. / Sick / Emp rent/ho / Garnishmnt / Commission / AZ_SUI_ER | Medicare / Bonus Wages / Holiday / K401 / Life Ins / Soc_Sec_ER |
|---|---|---|---|---|---|---|
| | | | -33.72 | | | |
| | | | | | | -94.01 |
| dk5973 | 11/13/09 | 1,272.61 | 1,550.00 | -87.09 | -94.01 | -21.99 |
| Deanne M. Kinas | 52488 | | -25.08 | | | |
| 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 | | | | | | -15.50 |
| | | | -33.72 | | | |
| | | | | | | -94.01 |
| | | | -21.99 | | | |
| dk5973 | 11/27/09 | 1,272.61 | 1,550.00 | -87.09 | -94.01 | -21.99 |
| Deanne M. Kinas | 52551 | | -25.08 | | | |
| 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 | | | | | | -15.50 |
| | | | -33.72 | | | |
| | | | | | | -94.01 |
| | | | -21.99 | | | |
| Total 10/1/09 thru 12/31/09 | | 6,387.67 | 7,750.00 | -440.51 | -472.14 | -110.44 |
| | | | -126.86 | | | |
| | | | | | | -77.50 |
| | | | -134.88 | | | -472.14 |
| | | | -110.44 | | | |
| Report Date Total for | | 43,643.05 | 52,250.00 | -2,234.11 | -3,210.24 | -750.84 |
| Deanne M. Kinas | | | -682.88 | | | |
| | | | | | | -1,256.80 |
| | | | -472.08 | | | -3,210.24 |
| | | | -750.84 | | | |
| YTD Total for | | 52,000.12 | 65,600.00 | -4,924.51 | -4,031.67 | -942.96 |
| Deanne M. Kinas | | | -1,516.91 | | | |
| | | | | | | -1,610.59 |
| | | | -573.24 | | | -4,031.67 |
| | | | -942.96 | -56.00 | -140.00 | |
| Summary Total | | 9,531.88 | 13,350.00 | -1,793.60 | -821.43 | -192.12 |
| 2/12/09 thru 3/31/09 | | | -556.02 | | | |
| | | | | | | -353.79 |
| | | | -101.16 | | | -821.43 |
| | | | -192.12 | | | |
| Summary Total | | 27,723.50 | 31,150.00 | | -1,916.67 | -448.28 |
| 4/1/09 thru 6/30/09 | | | | | | -825.51 |
| | | | -236.04 | | | -1,916.67 |
| | | | -448.28 | | | |

# DEED AND NOTE TRADERS
## Current Earnings Report
### For the Period From Feb 12, 2009 to Dec 31, 2009

| Employee ID<br>Employee<br>SS No | Date<br>Reference | Amount | Gross<br>State<br>Comp time<br>Health Ins<br>Auto Exp.<br>Medicare_ER | Fed_Income<br>Pay Advance<br>Birthday<br>Child Supp<br>Dental Ins<br>401K Loan<br>FUTA_ER | Soc_Sec<br>Misc. Exp.<br>Sick<br>Emp rent/ho<br>Garnishmnt<br>Commission<br>AZ_SUI_ER | Medicare<br>Bonus Wages<br>Holiday<br>K401<br>Life Ins<br>Soc_Sec_ER |
|---|---|---|---|---|---|---|
| Summary Total<br>10/1/09 thru 12/31/09 | | 6,387.67 | 7,750.00<br>-126.86 | -440.51 | -472.14 | -110.44 |
| | | | | | | -77.50 |
| | | | -134.88 | | | -472.14 |
| | | | -110.44 | | | |
| Report Date Final Total<br>2/12/09 thru 12/31/09 | | 43,643.05 | 52,250.00<br>-682.88 | -2,234.11 | -3,210.24 | -750.84 |
| | | | | | | -1,256.80 |
| | | | -472.08 | | | -3,210.24 |
| | | | -750.84 | | | |
| Final YTD Total | | 52,000.12 | 65,600.00<br>-1,516.91 | -4,924.51 | -4,031.67 | -942.96 |
| | | | | | | -1,610.59 |
| | | | -573.24 | | | -4,031.67 |
| | | | -942.96 | -56.00 | -140.00 | |

## DEED AND NOTE TRADERS
### Vendor Ledgers
For the Period From Feb 12, 2009 to Feb 12, 2010

| Vendor | Date | Trans No | Type | Paid | Debit Amt | Credit Amt | Balance |
|--------|------|----------|------|------|-----------|------------|---------|
| Deanne Kinas | 2/23/09 | 50848 | CDJ | | 485.22 | 485.22 | 0.00 |
| | 4/9/09 | 51135 | CDJ | | 146.65 | 146.65 | 0.00 |
| | 4/27/09 | 51218 | CDJ | | 175.77 | 175.77 | 0.00 |
| | 6/4/09 | 51534 | CDJ | | 160.00 | 160.00 | 0.00 |
| | 10/20/09 | 52334 | CDJ | | 152.64 | 152.64 | 0.00 |
| | 1/6/10 | 52776 | CDJ | | 592.71 | 592.71 | 0.00 |
| | | | | | 1,712.99 | 1,712.99 | 0.00 |

Reimbursement of materials & Supplies