# EXHIBIT "5"

**Chapter 22 Property Schedule**
**Date: 02.11.10**

| PROPERTY ADDRESS | Lender Name | Current Loan Balance (approx) | Current FMV (Comps under 180-days) | Monthly Rental Income | Status Occ/Vac |
|---|---|---|---|---|---|
| 2842-2848 N. Venice<br>Tucson, 85712 | Chase<br>7255 Baymeadows Way<br>Jacksonville, FL  32256-6851 | $100,097.10 | $194,534.00 | $1,875.00 | Occ |
| 5725-31 E 28th St.<br>Tucson, 85711 | Bank of Arizona<br>Pmt Processing<br>P.O. Box 26894<br>Oklahoma City, OK  73126 | $238,723.60 | $175,000.00 | $1,450.00 | 4-Occ 1-Vac |
| 1302-04-10 N. Alvernon Way<br>Tucson, 85712 | Canyon Community Bank<br>7981 N. Oracle Rd.<br>Tucson, AZ. 85704 | $244,259.24 | $170,000.00 | DNT office<br>Projected<br>$0.00 | 1302<br>Vac |
| 3001 W. Calle Canario<br>Tucson, 85746 | Indy Mac<br>P.O. Box 78826<br>Phoenix, AZ  85062-8826 | $51,757.67 | $72,619.00 | | |
| 355 S. Craycroft<br>Tucson, 85711 | Wachovia<br>P.O. Box 659568<br>San Antonia, TX  8565-9568 | $161,667.07 | $145,000.00 | $975.00 | Occ |
| 411 E. 34th<br>Tucson<br><br>EMS Property Mgmt | Dennis Rosen 10%<br>1670 E. River Rd.<br>Tucson, AZ 85718<br>John Munic Enterprises-90%<br>8452 E. Desert View Pl.<br>Tucson, AZ 85750 | $175,781.25 | $150,000.00 | $0.00 | Occ |
| 7730 E. Victoria<br>Tucson, 85730 | Ocwen Loan Servicing<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 | $163,163.38 | $120,283.00 | $760.00 | Occ |
| 6275 N. Carapan<br>Tucson<br><br>EMS Property Mgmt | Dennis Rosen 10%<br>1670 E. River Rd.<br>Tucson, AZ 85718<br>John Munic Enterprises-90%<br>8452 E. Desert View Pl.<br>Tucson, AZ 85750 | $161,718.75 | $105,000.00 | Unknown | Unknown |
| 6425 E. Colgate<br>Tucson, 85710<br>(Foreclosed) | Ocwen<br>P.O. Box 6440<br>Carol Stream, IL  60197-6440 | $139,528.00 | $75,000.00 | $0.00 | Vac |
| 834 W. Calle Antonia<br>Tucson, 85706 | OneWest Bank/IndyMac<br>P.O. Box 4045<br>Kalamazoo, MI | $51,210.48 | $56,793.00 | $736.20 | Occ |
| 4142 E. Valentine<br>Tucson, 85711 | Ocwen Loan Servicing<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 | $128,123.74 | $65,000.00 | $733.00 | Occ |
| 8324 E. Beverly<br>Tucson, 85710 | PNC<br>P.O. Box 54828<br>Los Angeles, CA  90054-0828 | $80,440.01 | $129,726.00 | $1,000.00 | Occ |
| 3738 E. March Pl.<br>Tucson, 85713 | PNC<br>P.O. Box 54828<br>Los Angeles, CA  90054-0828 | $51,302.20 | $30,000.00 | $650.00 | Occ |
| Page 1 | SUBTOTAL Page 1 | $1,747,772.49 | $1,488,955.00 | $8,179.20 | |

| PROPERTY ADDRESS | Lender Name | Current Loan Balance (approx) | Current FMV (Comps under 180-days) | Monthly Rental Income | Status Occ/Vac |
|---|---|---|---|---|---|
| 4160 W. Avocado<br>Tucson, 85742 | Ocwen Loan Servicing<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 | $188,738.54 | $110,000.00 | $1,295.00 | Occ |
| 3705 E. 27th<br>Tucson, 85713 | PNC<br>P.O. Box 54828<br>Los Angeles, CA 90054-0828 | $61,950.83 | $72,777.06 | $800.00 | Occ |
| 1025 S. Kroeger<br>Tucson, 85745 | Ocwen Loan Servicing<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 | $145,099.81 | $85,000.00 | $800.00 | Occ |
| 813 S. Deer Meadow<br>Tucson, 85745 | PNC<br>P.O. Box 54828<br>Los Angeles, CA 90054-0828 | $248,991.18 | $220,000.00 | $2,988.05 | Occ |
| 507 E. Alturas<br>Tucson, 85705 | Chase Manhattan Mortgage<br>P.O. Box 856020<br>Phoenix, AZ 85062-6020 | $67,682.21 | $75,000.00 | $0.00 | Vac |
| 2225 N. Dodge<br>Tucson, 85716 | GMAC Mortgage Corp.<br>P.O. Box 79135<br>Phoenix, AZ 85062-9135 | $96,648.20 | $120,000.00 | $740.00 | Occ |
| 2225 N. Dodge<br>Tucson, 85716 | Dennis Rosen 10%<br>1670 E. River Rd.<br>Tucson, AZ 85718<br>John Munic Enterprises-90%<br>8452 E. Desert View Pl. | $91,093.49 | | | |
| 3041 S. Tower<br>Tucson, 85713 | HSBC Mortgage Corp.<br>Suite 0241<br>Buffalo, NY 14270 | $67,442.13 | $75,000.00 | $0.00 | Vac |
| 3402 W. Avenida Obregon<br>Tucson, 85746 | Chase Manhattan Mortgage<br>P.O. Box 78920<br>Phoenix, AZ 85062-8920<br>Tucson, AZ 85750 | $70,833.06 | $83,839.00 | $0.00 | Vac |
| 3402 W. Avenida Obregon<br>Tucson, 85746 | Long Family Ltd Partnership<br>3909 N. Oracle Rd<br>Tucson, AZ 85705 | $53,678.34 | | | |
| 10101 E. Moccasin Pl.<br>Tucson, 85749 | BAC Home Loans Servicing<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | $228,511.06 | $300,000.00 | $3,000.00 | Occ |
| 10101 E. Moccasin<br>Tucson, 85749 | Long Family Ltd Partnership<br>3909 N. Oracle Rd<br>Tucson, AZ 85705 | $134,195.84 | | | |
| 4512 N. Camino Real<br>Tucson, 85718 | HomEq Servicing<br>P.O. Box 79230<br>City of Industry, CA 91716 | $369,849.97 | $260,000.00 | $1,634.79 | Occ |
| 4770 S. Cherry<br>Tucson, 85714 | Ocwen<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 | $133,629.33 | $60,000.00 | $650.00 | Occ |
| 8880 N. Silvermoon Way<br>Tucson, 85743 | GMAC Mortgage Corp.<br>P.O. Box 79135<br>Phoenix, AZ 85062-9135 | $121,500.02 | $160,000.00 | $850.00 | Occ |
| Page 2 | SUBTOTAL Page 2 | $2,079,844.01 | $1,621,616.06 | $12,757.84 | |

| PROPERTY ADDRESS | Lender Name | Current Loan Balance (approx) | Current FMV (Comps under 180-days) | Monthly Rental Income | Status Occ/Vac |
|---|---|---|---|---|---|
| 1249 W. Navajo<br>Tucson, 85705 | Wells Fargo<br>P.O. Box 660390<br>Dallas, TX 75266-0390 | $61,864.25 | $83,000.00 | $968.38 | Occ |
| 3149 S. Kolb<br>Tucson, 85730 | Sun Trust Mortgage<br>P.O. Box 79041<br>Baltimore, MD 21279-0041 | $150,876.02 | $105,272.00 | $1,195.00 | Occ |
| 2737 N. Orchard<br>Tucson, 85712 | Wells Fargo<br>P.O. Box 78614<br>Phoenix, AZ 85062-8614 | $82,317.88 | $70,000.00 | $919.17 | Occ |
| 8601 E. Calle Bolivar<br>Tucson, 85715 | Wells Fargo<br>P.O. Box 660390<br>Dallas, TX 75266-0390 | $132,436.02 | $170,000.00 | $1,407.53 | Occ |
| 2650 E. 18th<br>Tucson, 85716 | Wells Fargo<br>P.O. Box 30600<br>Los Angeles, CA 90060-0800 | $111,532.30 | $140,000.00 | $1,000.00 | Occ |
| 10170 E. Rio De Oro<br>Tucson, 85749 | Wells Fargo<br>P.O. Box 54107<br>Los Angeles, CA 90054-0107 | $169,725.88 | $280,000.00 | $2,610.30 | Vac |
| 3335 S. Magda<br>Tucson, 85730 | Chase<br>7255 Baymeadows Way<br>Jacksonville, FL 32256-6851 | $86,220.24 | $100,000.00 | $1,000.00 | Occ |
| 2011 S. Kelvin Strav<br>Tucson, 85713 | Chase<br>7255 Baymeadows Way<br>Jacksonville, FL 32256-6851 | $66,790.03 | $44,351.00 | $960.50 | Occ |
| 3125 E. 28th<br>Tucson, 85713 | Wachovia<br>P.O. Box 659568<br>San Antonio, TX 78265-9568 | $123,560.08 | $73,211.00 | $750.00 | Occ |
| 1931 E. Virginia<br>Tucson, 85706<br>(Occ in bk-no pmts vary) | Chase<br>7255 Baymeadows Way<br>Jacksonville, FL 32256-6851 | $71,732.80 | $69,490.00 | $1,356.03 | Occ |
| 2226 S. Forgeus<br>Tucson, 85713 | Sun Trust Mortgage<br>P.O. Box 79041<br>Baltimore, MD 21279-0041 | $107,403.27 | $35,000.00 | $775.00 | Occ |
| 1137 E. 33rd<br>Tucson, 85713 | Chase<br>7255 Baymeadows Way<br>Jacksonville, FL 32256-6851 | $45,495.89 | $38,223.00 | $0.00 | Vac |
| 3508 S. Mission #B<br>Tucson | Chase<br>7255 Baymeadows Way<br>Jacksonville, FL 32256-6851 | $53,686.51 | $33,456.00 | $626.86 | Occ |
| 2449 N. Sparkman<br>Tucson, 85716 | Sun Trust Mortgage<br>P.O. Box 79041<br>Baltimore, MD 21279-0041 | $124,451.36 | $60,000.00 | $850.00 | Occ |
| 4539 E. Quail Ranch<br>Tucson, 85739<br>EMS Property Mgmt | Dennis Rosen 50%<br>1670 E. River Rd.<br>Tucson, AZ 85718<br>John Munic Enterprises-50%<br>8452 E. Desert View Pl.<br>Tucson, AZ 85750 | $216,000.00 | $140,171.00 | Unknown | Unknown |
| Page 3 | SUBTOTAL Page 3 | $1,604,092.53 | $1,442,174.00 | $14,418.77 | |

| PROPERTY ADDRESS | Lender Name | Current Loan Balance (approx) | Current FMV (Comps under 180-days) | Monthly Rental Income | Status Occ/Vac |
|---|---|---|---|---|---|
| 2403 S. Holly Strav Tucson, 85713 | Ocwen P.O. Box 6440 Carol Stream, IL 60197-6440 | $131,927.03 | $45,036.00 | $850.00 | Occ |
| 6112 S. Earp Wash Tucson, 85706 | GMAC Mortgage Corp. P.O. Box 79135 Phoenix, AZ 85062-9135 | $103,177.23 | $105,629.00 | $725.00 | Occ |
| 6112 S. Earp Wash Tucson, 85706 | Specialized Loan Servicing P.O. Box 105219 Atlanta, GA 30348-5219 | $35,914.66 | | | |
| 2820 E. 18th Tucson, 85716 | America's Servicing P.O. Box 37297 Baltimore, MD 21297-3297 | $145,826.42 | $144,519.00 | $1,100.00 | Occ |
| 3270 N. Placita de Coronado Tucson, 85749 | American Home Mortgage P.O. Box 44042 Jacksonville, FL 32231-4042 | $555,917.11 | $400,000.00 | $3,000.00 | Occ |
| 4666 E. Camino Rosa Tucson | Canyon Community Bank 7981 N. Oracle Rd. Tucson, AZ 85704 | $164,760.57 | $240,000.00 | $0.00 | Vac |
| 570 E. San Moritz Tucson, 85737 | Canyon Community Bank 7981 N. Oracle Tucson, AZ 85705 | $206,344.05 | $201,177.60 | $900.00 | Occ |
| 3445 S. Western Way Tucson, 85735 | American Home Mortgage P.O. Box 44042 Jacksonville, FL 32231-4042 | $168,678.75 | $134,025.00 | $1,100.00 | Occ |
| 5779 S. Manta Ray Tucson, 85706 | BAC Home Loans Servicing P.O. Box 10219 Van Nuys, CA 91410-0219 | $114,785.11 | $121,746.00 | $1,000.00 | Occ |
| 5779 S. Manta Ray Tucson, 85706 | Countrywide Home Loans P.O. Box 650225 Dallas, TX 75265-0225 | $22,957.39 | | | |
| 7228 E. Eastview Tucson, 85710 | Specialized Loan Servicing P.O. Box 650305 Dallas, TX 75265 | $116,573.85 | $85,000.00 | $1,100.00 | Occ |
| 7228 E. Eastview Tucson, 85710 | Specialized Loan Servicing P.O. Box 650305 Dallas, TX 75265 | $24,475.43 | | | |
| 9268 N. Red Diamond Tucson, 85742 | America's Servicing, Co. P.O. Box 37297 Baltimore, MD 21297-3297 | $111,390.19 | $126,106.00 | $1,100.00 | Vac |
| 9268 N. Red Diamond Tucson, 85742 | EMC P.O. Box 660530 Dallas, TX 75266-0530 | $39,883.77 | | | |
| Page 4 | SUBTOTAL Page 4 | $1,942,611.56 | $1,603,238.60 | $10,875.00 | |

| PROPERTY ADDRESS | Lender Name | Current Loan Balance (approx) | Current FMV (Comps under 180-days) | Monthly Rental Income | Status Occ/Vac |
|---|---|---|---|---|---|
| 6873 E. Creek Run<br>Tucson, 85706 | Litton Loan Serv.<br>P.O. Box 4387<br>Houston, TX 77210-4387 | $128,437.82 | $90,000.00 | $1,050.00 | Occ |
| 2456 W. Chris Oliver Way<br>Tucson, 85705 | America's Servicing Co.<br>P.O. Box 60768<br>Los Angeles, CA 90060-0768 | $137,816.00 | $150,000.00 | $1,200.00 | Occ |
| 2456 W. Chris Oliver Way<br>Tucson, 85706 | EMC Payment Processing<br>P.O. Box 660530<br>Dallas, TX 75266-0530 | $17,118.00 | | | |
| 2456 W. Chris Oliver Way<br>Tucson, 85706 | Wood Family Trust<br>1911 N. King<br>Tucson, AZ 85749 | $25,184.06 | | | |
| 2453 W. Tyler River Dr.<br>Tucson, 85706 | America's Servicing Co.<br>P.O. Box 60768<br>Los Angeles, CA 90060-0768 | $142,310.00 | $150,000.00 | $1,100.00 | Occ |
| 2453 W. Tyler River Dr.<br>Tucson, 85706 | EMC Payment Processing<br>P.O. Box 660530<br>Dallas, TX 75266-0530 | $17,697.17 | | | |
| 2453 W. Tyler River Dr.<br>Tucson, 85706 | Wood Family Trust<br>1911 N. King<br>Tucson, AZ 85749 | $22,851.19 | | | |
| 1510 W. Calle Siglo<br>Tucson, 85705 | GMAC Mortgage Corp<br>P.O. Box 79135<br>Phoenix, AZ 85062-9135 | $127,798.00 | $90,000.00 | $0.00 | Vac |
| 491 W. Hammerhead<br>Tucson, 85706 | America's Servicing Co.<br>P.O. Box 60768<br>Los Angeles, CA 90060-0768 | $119,994.69 | $125,000.00 | $1,228.00 | Occ |
| 491 W. Hammerhead<br>Tucson, 85706 | Whilshire Credit Corp.<br>P.O. Box 30040<br>Los Angeles, CA 90030-0040 | $35,106.72 | | | |
| 6968 S. Goshawk<br>Tucson, 85706 | Litton Loan Servicing<br>P.O. Box 4387<br>Houston, TX 77210-4387 | $146,542.11 | $116,346.00 | $1,195.00 | Occ |
| 6264 W. Velvet Senna Dr.<br>Tucson, 85746 | America's Servicing Corp<br>P.O. Box 60768<br>Los Angeles, CA 90060-0768 | $133,996.52 | $126,865.00 | $1,150.00 | Occ |
| 6264 W. Velvet Senna Dr.<br>Tucson, 85746 | EMC Mortgage Corp.<br>P.O Box 660530<br>Dallas, TX 75266-0530 | $17,276.94 | | | |
| 1529 E. Wedwick<br>Tucson, 85706 | First Franklin Loan Sevices<br>P.O. Box 856156<br>Louisville, KY 40285-6156 | $149,774.68 | $104,961.00 | $1,200.00 | Occ |
| 1529 E. Wedwick<br>Tucson, 85706 | Clyde Gavin<br>7240 S. Camino Mirlo<br>Tucson, AZ 85747 | $54,211.42 | | | |
| 2819 E. Edison<br>Tucson, 85716 | First Franklin Loan Sevices<br>P.O. Box 856156<br>Louisville, KY 40285-6156 | $180,990.33 | $200,000.00 | $0.00 | Vac |
| 2819 E. Edison<br>Tucson, 85716 | Fidelity Account Servicing<br>P.O. Box 12848<br>Tucson, AZ 85732 | $53,500.00 | | | |
| Page 5 | SUBTOTAL Page 5 | $1,510,605.65 | $1,153,172.00 | $8,123.00 | |

| PROPERTY ADDRESS | Lender Name | Current Loan Balance (approx) | Current FMV (Comps under 180-days) | Monthly Rental Income | Status Occ/Vac |
|---|---|---|---|---|---|
| 1817 W. Maplewood Tucson, 85746 | Chase 7255 Baymeadows Way Jacksonville, FL 32256-6851 | $132,124.00 | $70,000.00 | $900.00 | Occ |
| 433 N. Chalet Tucson, 85748 | Litton Loan Servicing LP P.O. Box 4387 Houston, TX 77210-4387 | $187,961.43 | $170,000.00 | $1,200.00 | Occ |
| 433 N. Chalet Tucson, 85748 | Dennis Rosen 10% 1670 E. River Rd. Tucson, AZ 85718 John Munic Enterprises-90% 8452 E. Desert View Pl. Tucson, AZ 85750 | $65,126.25 | | | |
| 7686 E. Queen Palm Tucson, 85730 | Chase Manhttan Mortgage P.O. Box 78116 Phoenix, AZ 85062-8116 | $132,620.99 | $88,000.00 | $895.00 | Occ |
| 6279 W. Desert Laurel Lane Tucson, 85746 | America's Servicing Co. P.O Box 60768 Los Angeles, CA 90060-0768 | $138,672.00 | $127,000.00 | $1,150.00 | Occ |
| 6279 W. Desert Laurel Lane Tucson, 85746 | EMC Mortgage Corp. P.O Box 660530 Dallas, TX 75266-0530 | $17,223.86 | | | |
| 131 E. Jacinto Tucson, 85705 | Ocwen P.O. Box 6440 Carol Stream, IL 60197-6440 | $76,277.29 | $82,214.00 | $850.00 | Occ |
| 131 E. Jacinto Tucson, 85705 | Wood Family Trust 1911 N. King Tucson, AZ 85749 | $25,498.67 | | | |
| 639 N. Sunstream Tucson, 85748 | Litton Loan Servicing P.O. Box 4387 Houston, TX 77210-4387 | $242,297.12 | $220,000.00 | $1,200.00 | Occ |
| 4009 E. Hayhurst Tucson, 85712 | BAC Home Loans Servicing P.O. Bax 10219 Van Nuys, CA 91410-0219 | $105,929.59 | $77,500.00 | $700.00 | Occ |
| 872 W. Wedwick Tucson, 85706 | American Home Mortgage P.O. Box 44042 Jacksonville, FL 32231-4042 | $103,942.59 | $64,216.00 | $700.00 | Occ |
| 3926 E. Camino de Palmas Tucson, 85711 | Chase 7255 Baymeadows Way Jacksonville, FL 32256-6851 | $239,942.28 | $144,585.00 | $1,495.00 | Occ |
| 2118 S. Norton Tucson, 85713 | Chase 7255 Baymeadows Way Jacksonville, FL 32256-6851 | $111,174.10 | $50,714.00 | $549.00 | Occ |
| 5690 E. 21st Tucson, 85711 | American Home Mortgage P.O. Box 44042 Jacksonville, FL 32231-4042 | $134,369.31 | $110,000.00 | $900.00 | Occ |
| 1642 W. Ontario Tucson, 85745 | Chase 7255 Baymeadows Way Jacksonville, FL 32256-6851 | $140,482.53 | $60,000.00 | $995.00 | Occ |
| 8421 E. Colette Tucson, 85710 | HomeEq Servicing Corp P.O. Box 79230 City of Industry, CA 91716-9230 | $180,368.62 | $160,000.00 | $1,395.00 | Occ |
| Page 6 | SUBTOTAL Page 6 | $2,034,010.63 | $1,424,229.00 | $12,929.00 | |

| PROPERTY ADDRESS | Lender Name | Current Loan Balance (approx) | Current FMV (Comps under 180-days) | Monthly Rental Income | Status Occ/Vac |
|---|---|---|---|---|---|
| 4570 E. 5th<br>Tucson, 85711<br>Motion filed | Chase<br>7255 Baymeadows Way<br>Jacksonville, FL  32256-6851 | $122,148.72 | $110,000.00 | $800.00<br>$500.00 | Occ<br>Occ |
| 4570 E. 5th<br>Tucson, 85711 | Bart Timm<br>3410 N. El Paso #A13<br>Colorado Springs, CO 80907 | $45,653.26 | | | |
| 7112 S. Camino Grande<br>Tucson, 85746 | Chase<br>7255 Baymeadows Way<br>Jacksonville, FL  32256-6851 | $176,905.14 | $137,005.00 | $1,150.00 | Occ |
| 1245 W. Kleindale<br>Tucson, 85705<br>AG in arrears-Not receiving pmt | Chase<br>7255 Baymeadows Way<br>Jacksonville, FL  32256-6851 | $137,292.03 | $123,900.00 | $1,000.00 | Occ |
| 5952 S. Sandario<br>Tucson | Land America Acct. Servicing<br>3637 Sentara Way #303<br>Virginia Beach, VA  23452 | $32,453.61 | $42,500.00 | $512.87 | Occ |
| 535 W. 42nd<br>Tucson, 85713 | Chase<br>7255 Baymeadows Way<br>Jacksonville, FL  32256-6851 | $73,807.66 | $23,835.00 | $450.00 | Occ |
| 1653 W. Gaffer<br>Tucson, 85746 | Chase<br>7255 Baymeadows Way<br>Jacksonville, FL  32256-6851 | $143,314.59 | $83,137.00 | $1,100.00 | Occ |
| 2411 S. Forgeus<br>Tucson, 85713 | Chase<br>7255 Baymeadows Way<br>Jacksonville, FL  32256-6851 | $88,115.97 | $50,434.00 | $597.88 | Occ |
| 1339 S. Avenida Sirio<br>Tucson, 85710 | American Home Mortgage<br>P.O. Box 44042<br>Jacksonville, FL 32231-4042 | $224,600.85 | $210,000.00 | $2,429.20 | Occ |
| 3236 W. Avenida Sombra<br>Tucson, 85746 | American Home Mortgage<br>P.O. Box 44042<br>Jacksonville, FL 32231-4042 | $185,594.78 | $128,455.00 | $1,100.00 | Occ |
| 3731 E. 27th<br>Tucson, 85713 | EMC Payment Processing<br>P. O. Box 660530<br>Dallas, TX 75266-0530 | $121,120.00 | $73,048.00 | $895.00 | Occ |
| 3284 W. Ave Cancion<br>Tucson, 85746 | EMC Payment Processing<br>P. O. Box 660530<br>Dallas, TX 75266-0530 | $162,638.89 | $102,496.00 | $1,200.00 | Occ |
| 4907 E. Rosewood<br>Tucson, 85711 | EMC Payment Processing<br>P. O. Box 660530<br>Dallas, TX 75266-0530 | $102,720.00 | $125,413.00 | $1,205.54 | Occ |
| 4907 E. Rosewood<br>Tucson, 85711<br>Investor requesting rents | EMC Payment Processing<br>P. O. Box 660530<br>Dallas, TX 75266-0530 | $12,840.00 | | | |
| 4907 E. Rosewood<br>Tucson, 85711 | Timm Family Trust<br>1630 E. Greenlee<br>Tucson, AZ 85716 | $22,006.45 | | | |
| 6060 S. Belvedere<br>Tucson, 85706 | Canyon Community Bank<br>7981 N. Oracle Road<br>Tucson, AZ. 85704 | $25,044.39 | $84,219.00 | $995.00 | Occ |
| Page 7 | SUBTOTAL Page 7 | $1,676,256.34 | $1,294,442.00 | $13,935.49 | |

| PROPERTY ADDRESS | Lender Name | Current Loan Balance (approx) | Current FMV (Comps under 180-days) | Monthly Rental Income | Status Occ/Vac |
|---|---|---|---|---|---|
| 1437 S. Coati<br>Tucson, 85713 | BAC Home Loans Servicing<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | $196,003.34 | $150,000.00 | $1,395.00 | Occ |
| 1321 N. Sahuara<br>Tucson, 85719 | BAC Home Loans Servicing<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | $135,248.00 | $120,000.00 | $1,295.00 | Occ |
| 1321 N. Sahuara<br>Tucson, 85719 | Fidelity National Title<br>P.O. Box 12848<br>Tucson, Az 85732 | $50,290.00 | | | |
| 7724 E. Vancouver<br>Tucson, 85730 | American Home Mortgage<br>P.O. Box 44042<br>Jacksonville, FL 32231-4042 | $119,434.19 | $120,632.00 | $1,606.98 | Occ |
| 7724 E. Vancouver<br>Tucson, 85730 | Ernest and Marlene Ditty<br>842 E. Crown Ridge Dr.<br>Oro Valley, AZ 85755-8801 | $24,075.00 | | | |
| 3925 E. 1st<br>Tucson, 85711 | BAC Home Loans Servicing<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | $138,524.03 | $145,165.00 | $900.00 | Occ |
| 3925 E. 1st<br>Tucson, 85711 | Paul & Freida Liebeskind<br>P.O. Box 42742<br>Tucson, AZ 85733 | $50,290.00 | | | |
| 1346 S. San Ricardo<br>Tucson, 85713 | BAC Home Loans Servicing<br>P.O. Bax 10219<br>Van Nuys, CA 91410-0219 | $231,120.00 | $125,000.00 | $1,395.00 | Occ |
| 1346 S. San Ricardo<br>Tucson, 85713 | Paul & Freida Liebeskind<br>P.O. Box 42742<br>Tucson, AZ 85733 | $29,960.00 | | | |
| 1521 N. Atwood<br>Tucson, 85745 | Aurora Loan Servicing<br>P.O. Box 5180<br>Denver, CO 80217-5180 | $218,280.00 | $155,000.00 | $1,300.00 | Occ |
| 5860 N. Mona Lisa<br>Tucson, 85741 | Sun Trust Mortgage Inc<br>P.O. Box 79041<br>Baltimore, MD 21279-0041 | $192,600.00 | $135,000.00 | $1,200.00 | Occ |
| 2919 E. 19th<br>Tucson, 85716 | Nationstar Mortgage LLC<br>P. O. Box 650783<br>Dallas, TX 75265-0783 | $110,861.89 | $130,818.00 | $850.00 | Occ |
| 2919 E. 19th Street<br>Tucson, 85716 | Wood Family Trust<br>1911 N. King<br>Tucson, AZ 85749 | $54,391.66 | | | |
| 1497 W. San Ricardo<br>Tucson, 85713 | Flagstar Bank<br>Drawer 641635<br>P.O. Box 6400<br>Detroit, MI 48264-1635 | $204,588.14 | $158,150.00 | $1,400.00 | Occ |
| 1497 W. San Ricardo<br>Tucson, 85713 | Fidelity National Title<br>P.O. Box 12848<br>Tucson, Az 85732 | $53,500.00 | | | |
| Page 8 | SUBTOTAL Page 8 | $1,809,166.25 | $1,239,765.00 | $11,341.98 | |

| PROPERTY ADDRESS | Lender Name | Current Loan Balance (approx) | Current FMV (Comps under 180-days) | Monthly Rental Income | Status Occ/Vac |
|---|---|---|---|---|---|
| 2621 N. Columbus<br>Tucson, 85712 | Ocwen<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 | $145,034.11 | $94,814.00 | $0.00 | Vac |
| 2621 N. Columbus Blvd<br>Tucson, 85712 | Dennis Rosen-50%<br>1670 E. River Rd.<br>Tucson, AZ 85718<br>John Munic Enterprises-50%<br>8452 E. Desert View Pl.<br>Tucson, AZ 85750 | $55,471.87 | | | |
| 8054 S. Fenway<br>Tucson, 85706<br>Investor requesting rents | Flagstar Bank<br>Drawer 641635<br>P.O. Box 64000<br>Detroit, MI 48264-1635 | $189,596.27 | $158,807.00 | $1,200.00 | Occ |
| 8054 S. Fenway<br>Tucson, 85706 | RMKM Family Ltd. Partnership<br>1441 N. Reta Dr.<br>Vail, AZ 85641 | $25,000.00 | | | |
| 5887 N. Misty Ridge<br>Tucson, 85718 | Flagstar Bank<br>Drawer 641635<br>P.O. Box 64000<br>Detroit, MI 48264-1635 | $316,010.45 | $250,000.00 | $1,400.00 | Occ |
| 5887 N. Misty Ridge<br>Tucson, 85718 | Dennis Rosen 10%<br>1670 E. River Rd.<br>Tucson, AZ 85718<br>John Munic Enterprises-90%<br>8452 E. Desert View Pl.<br>Tucson, AZ 85750 | $158,310.00 | | | |
| 4407 E. Linden<br>EMS Property Mgmt | Dennis Rosen<br>1670 E. River Rd #124<br>Tucson, AZ 85719-8900<br>John Munic Enterprises<br>8452 E. Desert View Pl<br>Tucson, AZ 85750 | $146,250.00 | $100,000.00 | $0.00 | Unknown |
| 1631 N. Saddleback<br>Tucson, 85745 | American Home Mortgage<br>P.O. Box 660029<br>Dallas, TX 75266-0029 | $192,199.77 | $140,000.00 | $1,200.00 | Occ |
| 1587 W. San Ricardo<br>Tucson, 85713 | Ocwen<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 | $192,327.26 | $150,255.00 | $1,200.00 | Occ |
| 1587 W. San Ricardo<br>Tucson, 85713 | Timm Family Trust<br>Fidelity National Title<br>5151 E. Broadway #550<br>Tucson, AZ 85711 | $51,827.94 | | | |
| 5255 E. Lee<br>Tucson, 85712 | Flagstar Bank<br>Drawer 641635<br>P.O. Box 64000<br>Detroit, MI 48264-1635 | $268,594.29 | $230,000.00 | $1,800.00 | Occ |
| 5608 E. 1st<br>Tucson, 85711 | Bank of Arizona, N.A.<br>Commercial Bank-Tucson<br>4801 E. Broadway<br>Tucson, AZ 85711 | $272,352.95 | $200,000.00 | $1,800.00 | Occ |
| 3762 E. 23rd<br>Tucson, 85713<br>(Foreclosed) | American Home Mortgage<br>P.O. Box 660029<br>Dallas, TX 75266-0029 | $147,232.00 | $129,748.00 | $0.00 | Vac |
| Page 9 | SUBTOTAL Page 9 | $2,160,206.91 | $1,453,624.00 | $8,600.00 | |

| PROPERTY ADDRESS | Lender Name | Current Loan Balance (approx) | Current FMV (Comps under 180-days) | Monthly Rental Income | Status Occ/Vac |
|---|---|---|---|---|---|
| 4874 E. 12th<br>Tucson, 85711 | Aurora Loan Servicing<br>P.O. Box 5180<br>Denver, CO  80217-5180 | $192,474.02 | $125,551.00 | $1,200.00 | Occ |
| 2128 E. Silvosa<br>Tucson, 85713<br>(Foreclosed) | American Home Mortgage<br>P.O. Box 660029<br>Dallas, TX 75266-0029 | $128,786.12 | $48,062.00 | $0.00 | Vac |
| 4020 E. Flower<br>Tucson, 85712 | American Home Mortgage<br>P.O. Box 660029<br>Dallas, TX 75266-0029 | $171,200.00 | $95,258.00 | $895.00 | Occ |
| 2225 E. Hidalgo Vista<br><br>EMS Property Mgmt | Dennis Rosen<br>1670 E. River Rd #240<br>Tucson, AZ 85718<br>John Munic Enterprises-50%<br>8452 E. Desert View Pl.<br>Tucson, AZ  85750 | $140,625.00 | $36,086.00 | $0.00 | Unknown |
| 5843 E. 28th | Chase Manhattan Mortgage<br>P.O. Box 78420<br>Phoenix, AZ  85062-8420 | $86,951.62 | $103,112.00 | $861.06 | Occ |
| 5843 E. 28th | Vantage West Credit Union<br>P.O. Box 15115<br>Tucson, AZ  85708 | $10,295.84 | | | |
| 2391 N. Avenida Tabica | BAC Home Loan Servicing<br>P.O. Box 650070<br>Dallas, TX 75265-0070 | $126,730.45 | $125,000.00 | $1,250.00 | Occ |
| 2391 N. Avenida Tabica | Wilshire Credit Corp<br>P.O. Box 7159<br>Pasasena, CA 91109-7195 | $27,711.51 | | | |
| 5233 S. Hampton | Citimortgage<br>P. O. Box 6006<br>The Lakes, NV 88901-6006 | $43,375.91 | $60,650.00 | $850.00 | Occ |
| 5233 S. Hampton | Timm Family Trust<br>1630 E. Greenlee<br>Tucson, AZ 85719 | $71,052.06 | | | |
| 117 N. Understory | Security National Servicing<br>Dept 1710<br>Denver, CO 80291-1710 | $204,080.04 | $220,000.00 | $1,495.00 | Occ |
| 117 N. Understory | Dennis Rosen<br>1670 E. River Rd #124<br>Tucson, AZ 85719-8900<br>John Munic Enterprises<br>8452 E. Desert View Pl<br>Tucson, AZ 85750 | $51,468.75 | | | |
| Page 10 | SUBTOTAL Page 10 | $1,254,751.32 | $813,719.00 | $6,551.06 | |

| PROPERTY ADDRESS | Lender Name | Current Loan Balance (approx) | Current FMV (Comps under 180-days) | Monthly Rental Income | Status Occ/Vac |
|---|---|---|---|---|---|
| 1413 E. Grant Rd. | Dennis Rosen | $235,500.01 | $200,000.00 | $0.00 | Unknown |
| EMS Property Mgmt | 1670 E. River Rd #124 | | | | |
| | Tucson, AZ 85719-8900 | | | | |
| | John Munic Enterprises | | | | |
| | 8452 E. Desert View Pl | | | | |
| | Tucson, AZ 85750 | | | | |
| | Amanda M. Rosen | | | | |
| | 1670 E. River Rd #124 | | | | |
| | Tucson, AZ 85719-8900 | | | | |
| | Matthew Z. Rosen | | | | |
| | 1670 E. River Rd #124 | | | | |
| | Tucson, AZ 85719-8900 | | | | |
| 449 E. Lester | Dennis Rosen | $119,977.20 | $40,000.00 | $0.00 | Unknown |
| EMS Property Mgmt | 1670 E. River Rd #124 | | | | |
| | Tucson, AZ 85719-8900 | | | | |
| | John Munic Enterprises | | | | |
| | 8452 E. Desert View Pl | | | | |
| | Tucson, AZ 85750 | | | | |
| 2601 E. Rickey Vista | Dennis Rosen-10% | $139,500.00 | $46,998.00 | $0.00 | Unknown |
| EMS Property Mgmt | 1670 E. River Rd #124 | | | | |
| | Tucson, AZ 85719-8900 | | | | |
| | John Munic Enterprises-90% | | | | |
| | 8452 E. Desert View Pl | | | | |
| | Tucson, AZ 85750 | | | | |
| 37 W. 32nd St. | Dennis Rosen-25% | $127,049.94 | $45,000.00 | $0.00 | Unknown |
| EMS Property Mgmt | 1670 E. River Rd #124 | | | | |
| | Tucson, AZ 85719-8900 | | | | |
| | John Munic Enterprises-50% | | | | |
| | 8452 E. Desert View Pl | | | | |
| | Tucson, AZ 85750 | | | | |
| | Douglas Kennedy-25% | | | | |
| | 2841 N. Orlando | | | | |
| | Tucson, AZ 85712 | | | | |
| 2119 S. Miramonte | Chase | $99,024.33 | $53,393.00 | $850.00 | Occ |
| | 7255 Baymeadows Way | | | | |
| | Jacksonville, FL 32256-6851 | | | | |
| 2119 S. Miramonte | Carolyn Lee-Lemons | $69,075.00 | | | |
| | 7995 W. Tree Frog Tr. | | | | |
| | Tucson, AZ 85735 | | | | |
| 7981 N. Jensen | Chase | $205,929.93 | $140,000.00 | $1,400.00 | Occ |
| Tucson, 85715 | 7255 Baymeadows Way | | | | |
| | Jacksonville, FL 32256-6851 | | | | |
| 7981 N. Jensen | Timm Family Trust | $57,750.00 | | | |
| Tucson, 85715 | 1630 E. Greenlee | | | | |
| | Tucson, AZ 85716 | | | | |
| 5411 N. Airway | BAC Home Loan Servicing | $427,965.09 | $355,000.00 | $2,500.00 | |
| Tucson, 85750 | P.O. Box 10219 | | | | Occ |
| | Van Nuys, CA 91410-0219 | | | | |
| 6418 S. Bright Sun | BAC Home Loan Servicing | $185,601.77 | $150,000.00 | $1,200.00 | Occ |
| | P.O. Box 10219 | | | | |
| | Van Nuys, CA 91410-0219 | | | | |
| Page 11 | SUBTOTAL Page 11 | $1,667,373.27 | $1,030,391.00 | $5,950.00 | |

| PROPERTY ADDRESS | Lender Name | Current Loan Balance (approx) | Current FMV (Comps under 180-days) | Monthly Rental Income | Status Occ/Vac |
|---|---|---|---|---|---|
| 4913 W. Calle Don Roberto | American Home Mortgage P.O. Box 44042 Jacksonville, FL 32231-4042 | $228,685.94 | $120,000.00 | $1,395.00 | Occ |
| 4913 W. Calle Don Roberto | Wood Family Trust 1911 N. King Tucson, AZ 85749 | $69,075.00 | | | |
| 6643 W. Harbin Ridge | America's Servicing Corp P.O. Box 60768 Los Angeles, CA 90060-0768 | $170,879.00 | $130,000.00 | $0.00 | Vac |
| 6643 W. Harbin Ridge | EMC Payment Processing P.O. Box 660530 Dallas, TX 75266-0530 | $21,204.60 | | | |
| 6643 W. Harbin Ridge | Wood Family Trust 1911 N. King Tucson, AZ 85749 | $30,539.94 | | | |
| 4984 W. Calle Don Roberto | Wells Fargo Home Mortgage P.O. Box 30427 Los Angeles, CA 90030-0427 | $171,961.50 | $125,000.00 | $1,395.00 | Occ |
| 4984 W. Calle Don Roberto | Suntrust Mortgage P.O. Box 79041 Baltimore, MD 21279-0041 | $32,615.01 | | | |
| 4984 W. Calle Don Roberto | KeyBank P.O. Box 94722 Cleveland, OH 44101-4722 | $15,144.00 | | | |
| 15677 E. Marsh Station Rd. | Citimortgage P.O. Box 6006 The Lakes, NV 88901-6006 | $507,339.00 | $250,000.00 | $0.00 | Vac |
| 5806 E. 26th Clyde Gavin | BAC Home Loan Servicing P.O. Box 10219 Van Nuys, CA 91410-0219 | $120,174.48 | $140,000.00 | $0.00 | Unknown |
| 5806 E. 26th | Clyde Gavin 7240 S. Camino Mirlo Tucson, AZ 85747 | $48,600.00 | | | |
| 2219 S. Calle Zamora Tucson, 85730 | PNC P.O. Box 54828 Los Angeles, CA 90054-0828 | $80,293.14 (Ins claim dispute) | $30,000.00 | $0.00 | Vac |
| 1341 W. Placita Oro Tucson, 85745 Clyde Gavin | Fremont Investment & Loan P.O. Box 25100 Santa Ana, CA 92799-5100 | $110,655.80 | $100,000.00 | $0.00 | Unknown |
| 1341 W. Placita Oro Tucson, 85745 | Clyde Gavin 7240 S. Camino Mirlo Tucson, AZ 85747 | $44,940.00 | | | |
| 950 W. Calle de Casas Lindas Tucson, 85706 RMKM Fam Ltd Partnership | Washington Mutual P.O. Box 856020 Los Angeles, CA 90060-0800 | $58,148.96 | $70,000.00 | $0.00 | Unknown |
| 950 W. Calle de Casas Lindas Tucson, 85706 | RMKM Family Ltd. Partnership 1441 N. Reta Dr. Vail, AZ 85641 | $21,361.84 | | | |
| 3534 S. Desert Cache Tucson, 85735 | America's Servicing Co. P.O. Box 60768 Dallas, TX 75260-0530 | $172,114.78 | $160,000.00 | $1,495.00 | Occ |
| 3534 S. Desert Cache Tucson, 85735 | Green Point Mortgage Funding P.O. Box 908 Newark, NJ 07101-0908 | $21,361.84 | | | |
| 1414 W. Sonora | AMC Mortgage 2613 Fallston Rd. Fallston, MD 81047 | $121,173.00 | $55,000.00 | $800.00 | Occ |
| 2041 S. Magnolia | Wells Fargo P.O. Box 5965 Los Angeles, CA 90060-0800 | $68,083.15 | 90,000.00 | $750.00 | Occ |
| Page 12 | SUBTOTAL Page 12 | $2,114,350.98 | $1,180,000.00 | $5,835.00 | |
| | TOTALS: | $21,601,041.94 | $15,745,325.66 | $119,496.34 | |