LAW OFFICES
**GIBSON, NAKAMURA & GREEN, P.L.L.C.**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

Scott D. Gibson, SBN 007395
Kristen M. Green, SBN 019802
ecf@gnglaw.com
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings Under Chapter 11 |
| DEED AND NOTE TRADERS, LLC, | NO. 4:10-bk-03640-EWH |
| Debtor. | **FIRST MODICATION TO DEBTOR'S PLAN OF REORGANIATION DATED APRIL 2, 2010** |

Deed and Note Traders, LLC, the Debtor herein ("DNT" or "Debtor"), pursuant to Bankruptcuy Code §1127(a) hereby modifies its Plan of Reorganization dated April 2, 2010 (the "Plan") to add certain new Classes of claims that have result from agreement entered into with certain secured and unsecured creditor since the filing of the initial Plan. In addition, and as a result of certain of such agreements, the Plan will be modified to add a new Class of claims that allows, but does require, general unsecured creditors to elect alternative treatment under the Plan. The Debtor asserts that because this modification only alter the treatment of those creditors that have specifically agreed to the treatment of their claims under this Modification, or those

DEED AND NOTE TRADERS\BK2\XXX.doc
12/22/10 9:37 AM

creditors who voluntarily elect to be treated differently under this Modification, no further disclosure pursuant to Bankruptcy Code §1125 is necessary or required.

Except as set forth below, all terms and provisions of the Plan shall remain unchanged:

1. The following additional classes shall be added to the Plan:

**Class 8 – Bank of Arizona Secured Claims.** The claims classified as the Class 8 Claims shall consist of the secured claims of Bank of Arizona shall be paid in accordance with that certain Stipulation entered into by and between Bank of Arizona and the Debtor and filed with the Court on September 2, 2010 (Docket Entry 591), pursuant to which certain collateral was abandoned to Bank of Arizona and Bank of Arizona waivered any claim it may have had to asset an unsecured claim for a deficiency. The Class 8 claim is impaired under the Plan.

**Class 9 – Canyon Community Bank Secured Claims.** The claims classified as the Class 9 Claims consist of the secured claims of Canyon Community Bank ("CCB"). The class 9 claims shall be paid in accordance with that certain Stipulation entered into by and between CCB and the Debtor dated and filed with Court on or about August 18, 2010 (Docket 503). The class 9 Claim is impaired under the Plan.

**Class 10 – Rosen/Munic/Kenedy Secured Claims.** The class 10 secured claims of Dennis A Rosen, Joan Rosen, Matthew Rosen, Amanda Rosen, Douglas C. Kennedy and John Munic Enterprises, Inc. (the "Rosen Claims'), in the approximate sum of $1,600,000.00, secured by first and second deeds of trust on numerous properties, shall be paid as follows:

A. Upon the Effective Date, the Debtor shall pay to the holders of the Class 10 claims the sum of $250,000;

B. Upon the Effective Date, the Debtor shall execute and deliver to deeds and/or deeds in lieu of foreclosure for the following properties, free and clear of all liens and with all property taxes paid current:

1. 2225 E. Hildalgo, Tucson, AZ;
2. 6275 N Carapan, Tucson, AZ;
3. 1412 E. Grant, Tucson, Az; and
4. 449 E. Lester, Tucson, AZ (to include any right to insurance proceeds from the destruction of the building)

C. Upon the Effective date, the Debtor shall execute and deliver all of its right title and interest in and to the following properties, subject existing liens and encumbrances:

1. 6060 S. Belvedere, Tucson, AZ;
2. 1249 W. Navajo; and
3. 570 E. San Moritz.

D. Upon Debtor's performance of its obligation to the holders of the Class 10 claims under the Plan, the Class 10 Claimants shall execute and deliver to Debtor, a Deed and Release and Reconveyance to all other real property collateral held by the Class 10 Claimants.

E. The balance of the Rosen Claims shall be paid as unsecured claims under Class 11 of the Plan.

F. The Class 10 claim is impaired under the Plan

**Class 11 – Unsecured Rosen Claim.** The Class 11 Claim shall consist of the unsecured Rosen Claims and shall be allowed in the sum of $1,000,000. The Class 11 Claim shall be paid

LAW OFFICES
GIBSON, NAKAMURA & GREEN, P.L.L.C.
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

on the Effective Date a sum of $50,000.00, or five percent (5%) of the allow unsecured Rosen Claim. No further amount shall be paid on account of the Class 11 Claim. The Class 11 Claim is impaired under the Plan.

**Class 12 – Alternative Election for the Holders of Class 6 Unsecured Claims.** Any holders of a Class 6 Unsecured Claim shall have the option, but shall not be required, to elect to receive a sum equal to five percent (5%) of the allow amount of each Allowed Unsecured Claim, which sum would be paid on the Effective Date. Any Class 6 Claimant electing to be treated as a Class 12 Claim, shall, no later than 30 days after receiving written notice of its right to make such an election, which Notice shall be mailed to the holders of all Class 6 claims no later than the Effective Date, notify the Debtor in writing of its election. Any Class 6 Claimant making the election to be treated as a Class 12 Claimant shall not received any further distributions under the Plan. Any Class 6 Claimant, not timely electing to be treated as a Class 6 Claimant shall be paid in full as a Class 6 creditor in accordance with this Plan. Class 12 is impaired under the Plan.

2. Paragraph 7.1 of the Plan, dealing with the treatment of Class 5 Claims, shall be modified to add the following sentence at the end of paragraph 7.1:

> If within such 30 day period, the holder of the Class 5 claimant notifies the Debtor that it does not intent to accept the Deed, the Debtor shall not be authorized to record the Deed without such claimant's written consent and approval of the Deed.

LAW OFFICES
GIBSON, NAKAMURA & GREEN, P.L.L.C.
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

3. Notwithstanding anything in the Plan to the contrary, the "Effective Date" shall be the first business day following the entry of the Confirmation Order.

DATED this 22nd day of December, 2010.

GIBSON, NAKAMURA & GREEN, P.L.L.C.


By: /s/ Scott D. Gibson (007395)
    Scott D. Gibson
    Kristen M. Green
    Attorneys for Debtor

# CERTIFICATE OF SERVICE

Original electronically filed and copies of the foregoing served via the Court's CM/ECF Notification System this 22nd day of December, 2010, on all Electronic Case Filing Participants that have appeared in the above-captioned case, or U.S. Mail to parties not registered through CM/ECF.

Elizabeth C. Amorosi
United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003

Howard A. Chorost
21 E. Speedway Boulevard
Tucson, AZ 85705
Attorney for Vantage West Credit Union

Clifford B. Altfeld
ALTFELD, BATTAILE & GOLDMAN, P.C.
250 N. Meyer Ave.
Tucson, AZ 87501
Attorneys for Canyon Community Bank

Wendy A. Peterson
PIMA COUNTY ATTORNEY
Civil Division
32 N. Stone Ave., Suite 2100
Tucson, AZ 85701

Clyde Gavin
7240 S. Camino Mirlo
Tucson, AZ 85747
Creditor

Hilary B. Bonial
F# 7745-N-3145
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
Attorney for Specialized Loan Servicing, LLC, American Home Mortgage Servicing, Inc., Saxon Mortgage Services; BAC Home Loans Servicing LP

Specialized Loan Servicing, LLC
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129
Creditor

Nancy J. March
DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 E. Broadway Blvd., #200
Tucson, AZ 85716
Attorneys for RMKM Family Ltd Partnership

American Home Mortgage Services, Inc.
1525 S. Beltline Road, Suite 100 N
Coppell, TX 75019
Creditor

Dennis J. Clancy
RAVEN, CLANCY, & McDONAGH, P.C.
313 South Convent
Tucson, AZ 85701
Attorneys for CNH Capital America LLC

Maria Tsagaris
MCCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
Attorneys for Litton Loan Servicing, L.P., and Saxon Mortgage Services, and America's Servicing Company; Wells Fargo Bank, N.A.

Dennis A. Rosen
LAW OFFICES OF DENNIS A. ROSEN
1670 E. River Road, Suite 124
Tucson, AZ 85718
Attorneys for Creditors John Munic Enterprises, Creditors Rosen, and Creditor Kennedy

Gerard O'Meara
GUST ROSENFELD, PLC
1 S. Church Ave., Suite 1900
Tucson, AZ 85701-1620
Attorneys for Alaska Seaboard Partners, L.P.

LAW OFFICES
GIBSON, NAKAMURA & GREEN, P.L.L.C.
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

DEED AND NOTE TRADERS\BK2\XXX.doc
12/22/10 9:37 AM

LAW OFFICES
GIBSON, NAKAMURA & GREEN, P.L.L.C.
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

| | | |
|---|---|---|
| 1 | Mark S. Bosco<br>TIFFANY & BOSCO | Josephine E. Piranio<br>Brian A. Paino |
| 2 | 2525 East Camelback Road, Suite 300<br>Phoenix, AZ 85016 | Kyle J. Shelton<br>PITE DUNCAN |
| 3 | Attorneys for Citibank, N.A., U.S. Bank National<br>Association; Residential Funding Company, LLC; | 4375 Jutland Drive, Suite 200<br>P.O. Box 17933 |
| 4 | Chase Home Finance LLC; Deutsche Bank National<br>Trust Company; Kondaur Capital Corporation; | San Diego, CA 92177-0933<br>Attorneys for Ocwen Loan Servicing, LLC |
| 5 | Flagstar Bank, FSB; Wells Fargo Bank; America's<br>Servicing Company; BAC Home Loan Servicing, | And PNC Bank National Association; and JPMorgan<br>Chase; Citibank, N.A.; U.S. Bank National; |
| 6 | L.P., PNC Mortgage; Litton Loan Servicing | J.P. Morgan Mortgage Acquisition Corp.; Bank of<br>America, EMC Mortgage Corporation; GMAC |
| 7 | Saxon Mortgage Services<br>1270 Northland Drive, Suite 200 | Mortgage; Wachovia Bank, N.A. Home Loan<br>Services, Inc.; Wachovia Mortgage; Washington |
| 8 | Mendota Heights, MN 55120<br>Creditor | Mutual Bank; Deutsche Bank National Trust Co.;<br>Select Portfolio Servicing, Inc.; Citibank, N.A., as<br>Trustee |
| 9 | Michael M. Neal | |
| 10 | LAW OFFICE OF MICHAEL M. NEAL<br>110 S. Church, Suite 4298 | Kevin Hahn<br>MALCOLM, CISNEROS |
| 11 | Tucson, AZ 85701<br>Attorneys for Bank of Arizona | 2112 Business Center Drive<br>Second Floor<br>Irvine, CA 92612 |
| 12 | Carolyn Lee-Lemons<br>7993 W. Tree Frog Trail | Attorneys for Flagstar Bank; HSBC Mortgage<br>Corporation; Onewest Bank FSB; Wells Fargo Bank |
| 13 | Tucson, AZ 85735<br>Creditor | Jason P. Sherman |
| 14 | | PERRY & SHAPIRO |
| 15 | The Ridge 4 Homeowners Association<br>c/o Carolyn B. Goldschmidt | 3300 N. Central Avenue, #2200<br>Phoenix, AZ 85012 |
| 16 | Monroe McDonough Goldschmidt & Molla, PLLC<br>4578 North First Avenue, Ste. 160<br>Tucson, AZ 85718-5607 | Attorneys for Deutsche Bank; Suntrust Mortgage, Inc.<br>HSBC Bank; Suntrust |
| 17 | Attorneys Secured The Ridge 4 Homeowners<br>Association | Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100 |
| 18 | | P.O. Box 24737<br>West Palm Beach, FL 33415 |
| 19 | | Creditor |
| 20 | | Matthew A. Silverman<br>MCCARTHY, HOLTHUS & LEVINE |
| 21 | | 8502 East Via de Ventura, Suite 200<br>Scottsdale, AZ 85258<br>Attorneys for HSBC Mortgage Corporation |
| 22 | | |
| 23 | | Jeremy T. Bergstrom, Esq.<br>MILES, BAUER, BERGSTROM & WINTERS, LLP<br>2200 Paseo Verde Pkwy., Suite 250<br>Henderson, NV 89052<br>Attorneys for Deutsche Bank National Trust<br>Company, The Bank of New York Mellon |

DEED AND NOTE TRADERS\BK2\XXX.doc
12/22/10 9:37 AM

LAW OFFICES
**GIBSON, NAKAMURA & GREEN, P.L.L.C.**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

| | |
|---|---|
| Travis B. Hill | Andrew Goldberg |
| Daniel L. Hulsizer | Rosicki, Rosicki & Associates, P.C. |
| CARSON MESSENGER ELLIOTT LAUGHLIN | 51 E. Bethpage Road |
| & RAGAN, PLLC | Plainview, NY 11803 |
| PO Box 33907 | Attorneys for Deutsche Bank National Trust |
| Phoenix, AZ 85067 | Company and Barclays Capital Real Estate, Inc. |
| Attorneys for Litton Loan Servicing, L.P., and | |
| America's Servicing Company | BAC Home Loans Servicing, LP |
| | 7105 Corporate Drive |
| Steven M. Cox | Plano, TX 75024 |
| WATERFALL ECONOMIDIS | Creditor |
| 5210 E. Williams Circle, 8th Floor | |
| Tucson, AZ 85711 | Kim Lepore |
| Attorneys for Robert J.F. Houyoux | ROBERT J. HOPP & ASSOCIATES |
| | 333 W. Colfax Avenue, Suite 400 |
| | Denver, CO 80204 |
| | Attorneys for Wells Fargo Bank |

By: /s/ Linda Caputo