**ORDERED.**

**Dated: February 10, 2011**



_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**
_____

LAW OFFICES
**GIBSON, NAKAMURA & GREEN, P.L.L.C.**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

Scott D. Gibson, SBN 007395
Kristen M. Green, SBN 019802
ecf@gnglaw.com
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEED AND NOTE TRADERS, LLC,<br><br>                            Debtor. | In Proceedings Under<br>Chapter 11<br><br>NO. 4:10-bk-03640-EWH<br><br>**ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION DATED APRIL 2, 2010 AS MODIFIED BY FIRST MODIFICATION OF PLAN DATED DECEMBER 22, 2010** |

     The Debtors Plan of Reorganization Dated April 2, 2010, as the same was modified by that certain First Modification to Plan of Reorganization dated December 22, 2010, having come before this Court for a hearing on confirmation on December 22, 210, and after consideration of all objections to the Plan and the Stipulations of certain objecting parties approving this Order, and the Declaration of David A. Kinas, the Manager of the Debtor, good cause appearing, the Court hereby finds and concludes as follows:

DEED AND NOTE TRADERS\BK2\ORDER
CONFIRMING PLAN.doc

LAW OFFICES
GIBSON, NAKAMURA & GREEN, P.L.L.C.
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600

1. The Plan complies with each and all of the requirements of confirmation as prescribed by Title 11, United States Code, including, but not limited to, 11 U.S.C. §§ 1123 and 1129(a)(1)-(13);

2. The Effective Date of the Plan shall be eleven (11) days following the date of the entry of this Order;

3. The Debtor shall be, and hereby is, authorized and directed to pay any and all claims classified as Class 1 administrative expenses under the Plan, to the extent that such claims have been allowed, or to the extent such claims are for professional fees, or to the extent such fees have been allowed after notice and opportunity for hearing thereon;

4. The Class 2 claims of Pima County shall be paid, in cash and in full, on the Effective Date.

5. All unexpired lease and executory contracts for which notice of rejection has been filed by the date of this order, including any such leases identified as to be rejected in the Plan, shall be and hereby are deemed rejected.

6. Any and all pre-confirmation operating reports for the Debtor, and any unpaid fees due to the Office of the United States Trustee. shall be filed and paid within thirty (30) days of the later of the date they become due or the date of the entry of this Order.

7. Notwithstanding anything contained in the Plan to the contrary, following entry of this Order, the Reorganized Debtor shall file quarterly operating reports and shall pay quarterly fees until this case is closed, dismissed, or converted.

8. Any and all pending Motions for Stay Relief by the parties that have stipulated to confirmation of this Plan, shall be are hereby are denied, as moot.

NOW, THEREFORE, good cause appearing,

. . .

. . .

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtor's First Amended Plan of Reorganization dated April 2, 2010, and Modified on December 22, 2010, and as further amended by the terms of this Order, shall be, and hereby is, confirmed.

**DATED AND SIGNED ABOVE**

AGREED TO AND APPROVED:

/s/ Terri A. Roberts
Terri A. Roberts
PIMA COUNTY ATTORNEY'S OFFICE
32 N. Stone Avenue, Suite 2100
Tucson, AZ 85701
Attorneys for Pima County

LAW OFFICES
GIBSON, NAKAMURA & GREEN, P.L.L.C.
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 722-2600