Paul M. Levine (007202)
Matthew A. Silverman (018919)
Jessica R. Kenney, Esq., (026615)
**McCarthy ◆ Holthus ◆ Levine**
8502 East Via de Ventura, Suite 200
Scottsdale, Arizona 85258
Telephone: (480) 302-4100
Attorneys for Secured Creditors
Email: jkenney@mhlevine.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN RE:

Deed and Note Traders, LLC
    Debtor.

No. 4:10-bk-03640-EWH

Chapter 11

**NOTICE OF PROPERTIES TO BE VALUED BY THE COURT**

**PLEASE TAKE NOTICE** that the following secured creditors, by and through their attorneys, **McCarthy ◆ Holthus ◆ Levine**, hereby dispute the value of certain real properties listed below:

| Address | Movant |
|---|---|
| 3270 North Placita De Coronado<br>MHL File # AZ-10-29667 | Wells Fargo Bank |
| 1414 West Sonora Street<br>MHL File # AZ-10-32019 | Deutsche Bank |

Secured Creditors respectfully request that the Court review the Decelerations and professional opinions of value submitted by the Secured Creditors and the Debtor in Possession and determine the fair market value of the properties. Wells Fargo's Broker Declaration and professional opinion of value in support of its valuation of the property located at 3270 North Placita De Coronado is located at Docket Number 935 and is attached hereto and incorporated by this reference as **Exhibit "A".** The Debtor in Possession's declaration in support of his opinion of value of the property located at 3270 North Placita De Coronado is located at Docket Number 999 and attached hereto and incorporated by this reference as **Exhibit "B".** Deutsche Bank's Broker

Declaration and professional opinion of value in support of its valuation of the property located at 1414 West Sonora Street is located at Docket Number 936 and is attached hereto and incorporated by this reference as **Exhibit "C".** The Debtor in Possession's declaration in support of his opinion of value of the property located at 1414 West Sonora Street is located at Docket Number 991 and attached hereto and incorporated by this reference as **Exhibit "D".**

Respectfully submitted,

**McCarthy ◆ Holthus ◆ Levine**

Dated: April 18, 2011          By: /s/ Jessica R. Kenney
                                             Jessica R. Kenney, Esq.
                                             Attorney for Secured Creditors

    On 4/18/2011, I served the foregoing **NOTICE OF PROPERTIES TO BE VALUED BY THE COURT** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Scott D. Gibson
ecf@gnglaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                               /s/ Alexandru Nicolau

    On 4/18/2011, I served the foregoing **NOTICE OF PROPERTIES TO BE VALUED BY THE COURT** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Deed And Note Traders L.L.C
1302 North Alvernon Way
Tucson, AZ 85712

SPECIAL NOTICE

| | |
|---|---|
| 1 | Homeq Servicing |
| 2 | P.O. Box 79230 |
|   | City of Industry, CA 91716 |
| 3 | |
| 4 | Saxon Mortgage Services, Inc. |
|   | 1270 Northland Drive, #200 |
| 5 | Mendota Heights, MN 55120 |
| 6 | Specialized Loan Servicing LLC |
| 7 | 8742 Lucent Boulevard, Suite 300 |
|   | Highlands Ranch, CO 80129 |
| 8 | |
|   | Saxon Mortgage |
| 9 | P.O. Box 961105 |
| 10 | Fort Worth, TX 76161 |
| 11 | American Home Mortgage Servicing, Inc |
|    | Attn: Managing Agent |
| 12 | 1525 South Beltline Road Suite 100 |
| 13 | Coppell, TX 75019 |
| 14 | U.S. Bank National Association |
|    | 2525 East Camelback Road Suite 300 |
| 15 | Phoenix, AZ 85016 |
| 16 | |
|    | American Home Mortgage |
| 17 | P.O. Box 44042 |
| 18 | Jacksonville, FL 32231 |
| 19 | Clyde Gavin |
|    | 7240 South Camino Mirlo |
| 20 | Tucson, AZ 85747 |
| 21 | |
|    | Dennis Rosen |
| 22 | 1670 East River Road |
| 23 | Tucson, AZ 85718 |
| 24 | BAC Home Loan Servicing |
|    | PO Box 10219 |
| 25 | Van Nuys, CA 91410 |
| 26 | |
|    | Washington Mutual |
| 27 | P.O. Box 78037 |
| 28 | Phoenix, AZ 85062 |
| 29 | America's Servicing |

| | |
|---|---|
| 1 | PO Box 37297 |
| 2 | Baltimore, MD 21297 |
| 3 | Countrywide Home Loans |
| 4 | 1295 West Washington Street, #101<br>Tempe, AZ 85281 |
| 5 | |
| 6 | American Home Mortgage Serv. Pmnt<br>Processing |
| 7 | PO Box 660029<br>Dallas, TX 75266 |
| 8 | |
| 9 | Chase Manhattan Mortgage<br>PO Box 78920 |
| 10 | Phoenix, AZ 85062 |
| 11 | Canyon Community Bank |
| 12 | 7981 North Oracle Road<br>Tucson, AZ 85704 |
| 13 | |
| 14 | Ocwen<br>PO Box 6440 |
| 15 | Carol Stream, IL 60197 |
| 16 | Christopher J Pattock |
| 17 | 230 Nort First Avenue, #204<br>Phoenix, AZ 85003 |
| 18 | |
| 19 | Citibank, N.A., as Trustee for First Franklin<br>Mortgage Loan Trust |
| 20 | 2525 East Camelback Road, Suite 300<br>Phoenix, AZ 85016 |
| 21 | |
| 22 | Citibank, N.A. as Trustee for the<br>certificateholders of Structured Asset Mortgage |
| 23 | Investments II Inc., Bear Stearns Alt-A Trust,<br>Mortgage Pass-Through Certificates Series 2006- |
| 24 | 4 |
| 25 | 2525 East Camelback Road, Suite 300<br>Phoenix, AZ 85016 |
| 26 | |
| 27 | Saxon Mortgage Services, Inc.<br>1544 Old Alabama Road |
| 28 | Roswell, GA 30076 |
| 29 | |

| | |
|---|---|
| 1 | **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.** |
| 2 | |
| 3 | /s/ Warb Wilcox |