Kevin Hahn, #024277
MALCOLM ♦ CISNEROS. A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612
Phone: (949) 252-9400
Facsimile: (949) 252-1032
*kevin@mclaw.org*

Attorneys for Movant
FLAGSTAR BANK,
and its successors and/or assignees

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, TUCSON DIVISION

| In re: | Chapter 11 |
|---|---|
| DEED AND NOTE TRADERS, L.L.C., | Case No. 4:10-bk-03640-EWH |
| Debtor, | |
| FLAGSTAR BANK, and its successors and/or assignees, | **MOTION TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, vs. | (Relating to docket no. 296) |
| DEED AND NOTE TRADERS, L.L.C., Debtor, and U.S. TRUSTEE, Trustee, | |
| Respondents. | |

FLAGSTAR BANK, and its successors and/or assignees ("FLAGSTAR"), by its attorney undersigned, moves to withdraw its Motion for Relief from the Automatic Stay filed on June 11, 2010 without prejudice.

DATED this May 3, 2011.

      **MALCOLM ♦ CISNEROS,** A Law Corporation

      /s/ Kevin Hahn, #024277
      Kevin Hahn, Esq.
      Attorney for Movant

A copy of the instrument has been furnished via U.S. MAIL, this May 3, 2011, to:

**DEBTOR**
DEED AND NOTE TRADERS, L.L.C.
1302 NORTH ALVERNON WAY
TUCSON, AZ 85712

**DEBTOR'S ATTORNEY**
SCOTT D. GIBSON
GIBSON, NAKAMURA & GREEN, PLLC
2329 NORTH TUCSON BLVD
TUCSON, AZ 85716

**CHAPTER 7 TRUSTEE**
U.S. TRUSTEE
CHRISTOPHER J. PATTOCK
230 NORTH FIRST AVE, #204
PHOENIX, AZ 85003-1706

**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

By */s / Elizabeth Egler*