THOMPSON•KRONE•GIBSON, P.L.C.
6303 East Tanque Verde Road
Suite 210
Tucson, AZ 85715
(520) 884-9694
FAX: (520) 323-4613
Scott D. Gibson, PCC 20430, State Bar No. 007395
sdgecf@lawtkg.com
*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEED AND NOTE TRADERS, L.L.C.,<br><br>Debtor. | In Proceedings Under<br>Chapter 11<br><br>CASE NO. 4-10-bk-03640-EWH<br><br>**MOTION FOR ENTRY OF ORDER DIRECTING LENDERS TO COMPLY WITH TERMS OF CONFIRMED PLAN OF REORGANIZATION OR BE SUBJECT TO CONTEMPT CITATION** |

Deed and Note Traders, L.L.C., the Reorganized Debtor, in the above-captioned chapter 11 case, hereby moves this Court for the entry of an Order requiring secured lenders to honor its Confirmed Plan of Reorganization, or upon their failure to do so be subject to an order directing why they should not appear and be held in contempt for disregarding the Confirmed Plan. In support of its Motion, the Debtor states as follows:

1. On February 10, 2011, the Debtor confirmed its Plan of Reorganization Dated April 2, 2010.

2. Under the terms of the Debtor's Plan of Reorganization, secured creditors are to receive interest only payments at a rate of 5.6% per annum for the duration of the Plan, based upon the readjusted value of the property as determined by the Court or as agreed upon between the parties.

3. Most of the lenders affected by the Plan are institutional lenders, which have for all intents and purposes ignored the Plan and continue to insist that the Debtor pay its mortgages according to the original terms (or in many cases are demanding adjustments based upon interest

1

rate changes). Many of the lenders have returned payments which are consistent with the Plan, insisting that larger amounts be paid or that arrearages be paid before payments would be accepted. Other lenders have refused to accept payoffs of the restructured debt, insisting that the original amounts of the indebtedness be paid before a sale can occur. (Representative examples are attached hereto as Exhibit "A.")

    4. The Debtor has sent numerous letters to these lenders requesting that they comply with the terms of the Plan and providing them with copies of the Confirmation Order. When closings were scheduled to occur and lenders were requesting incorrect amounts, counsel for the Debtor has provided title companies with information regarding the restructured debt amounts and the Confirmed Plan of Reorganization. Yet, despite these communications, the lenders continue to ignore the Confirmed Plan of Reorganization.

    5. The Debtor requests that this Court enter an Order directing all secured parties with claims administered under the Debtor's Plan of Reorganization to comply with the terms of the Plan, and upon their failure to do so, and upon Motion by the Debtor, they be ordered to appear and state why they should not be held in contempt.

    6. While the Debtor does not wish to occupy any additional time of this Court and would prefer to have its case fully administered and closed, it requires the continued administration of this Court to ensure that it does not have further conflicts with institutional lenders which continue to refuse to recognize the terms of the Confirmed Plan of Reorganization.

    WHEREFORE, for all of the foregoing reasons, the Debtor requests that this Court enter an order in the form attached hereto as Exhibit "B," or some order which accomplishes the same effect, which order can then be served upon all the secured lenders in this case by the Debtor.

RESPECTFULLY SUBMITTED this 13th day of September, 2012.

**THOMPSON•KRONE•GIBSON, P.L.C.**

By: /s/ Scott D. Gibson (007395)
Scott D. Gibson
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

Original electronically filed and copies of the foregoing served via the Court's CM/ECF Notification System this 13th day of September, 2012, on all Electronic Case Filing Participants that have appeared in the above-captioned case, or U.S. Mail to parties not registered through CM/ECF.

Elizabeth C. Amorosi
United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003

Howard A. Chorost
21 E. Speedway Boulevard
Tucson, AZ 85705
Attorney for Vantage West Credit Union

Clifford B. Altfeld
ALTFELD, BATTAILE & GOLDMAN, P.C.
250 N. Meyer Ave.
Tucson, AZ 87501
Attorneys for Canyon Community Bank

Daniel Jurkowitz
David W. Krula
Linda S. Tucker
BARBARA LAWALL
PIMA COUNTY ATTORNEY
Civil Division
32 N. Stone Ave., Suite 2100
Tucson, AZ 85701

Clyde Gavin
7240 S. Camino Mirlo
Tucson, AZ 85747
Creditor

Hilary B. Bonial
F# 7745-N-3145
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
Attorney for Specialized Loan Servicing, LLC,
American Home Mortgage Servicing, Inc., Saxon
Mortgage Services; BAC Home Loans Servicing LP

Specialized Loan Servicing, LLC
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129
Creditor

Nancy J. March
DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 E. Broadway Blvd., #200
Tucson, AZ 85716
Attorneys for RMKM Family Ltd Partnership

American Home Mortgage Services, Inc.
1525 S. Beltline Road, Suite 100 N
Coppell, TX 75019
Creditor

Dennis J. Clancy
RAVEN, CLANCY, & McDONAGH, P.C.
313 South Convent
Tucson, AZ 85701
Attorneys for CNH Capital America LLC

Maria Tsagaris
MCCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102
Attorneys for Litton Loan Servicing, L.P., and Saxon Mortgage Services, and America's Servicing Company; Wells Fargo Bank, N.A.

Dennis A. Rosen
LAW OFFICES OF DENNIS A. ROSEN
1670 E. River Road, Suite 124
Tucson, AZ 85718
Attorneys for Creditors John Munic Enterprises, Creditors Rosen, and Creditor Kennedy

Gerard O'Meara
GUST ROSENFELD, PLC
1 S. Church Ave., Suite 1900
Tucson, AZ 85701-1620
Attorneys for Alaska Seaboard Partners, L.P.

3

| | | |
|---|---|---|
| 1 | Mark S. Bosco<br>TIFFANY & BOSCO | Kevin Hahn<br>MALCOLM, CISNEROS |
| 2 | 2525 East Camelback Road, Suite 300<br>Phoenix, AZ 85016 | 2112 Business Center Drive<br>Second Floor |
| 3 | Attorneys for Citibank, N.A., U.S. Bank National<br>Association; Residential Funding Company, LLC; | Irvine, CA 92612<br>Attorneys for Flagstar Bank; HSBC Mortgage |
| 4 | Chase Home Finance LLC; Deutsche Bank National<br>Trust Company; Kondaur Capital Corporation; | Corporation; Onewest Bank FSB; Wells Fargo Bank |
| 5 | Flagstar Bank, FSB; Wells Fargo Bank; America's<br>Servicing Company; BAC Home Loan Servicing, | Jason P. Sherman<br>SHAPIRO, VAN ESS & SHERMAN, LLP |
| 6 | L.P., PNC Mortgage; Litton Loan Servicing; HSBC<br>Bank USA, NA | 3300 N. Central Avenue, #2200<br>Phoenix, AZ 85012 |
| 7 | Saxon Mortgage Services | Attorneys for Deutsche Bank; Suntrust Mortgage,<br>Inc. |
| 8 | 1270 Northland Drive, Suite 200<br>Mendota Heights, MN 55120 | HSBC Bank; Suntrust |
| 9 | Creditor | Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100 |
| 10 | Michael M. Neal<br>LAW OFFICE OF MICHAEL M. NEAL | P.O. Box 24737<br>West Palm Beach, FL 33415 |
| 11 | 110 S. Church, Suite 4298<br>Tucson, AZ 85701 | Creditor |
| 12 | Attorneys for Bank of Arizona | Matthew A. Silverman<br>MCCARTHY, HOLTHUS & LEVINE |
| 13 | Carolyn Lee-Lemons<br>7993 W. Tree Frog Trail | 8502 East Via de Ventura, Suite 200<br>Scottsdale, AZ 85258 |
| 14 | Tucson, AZ 85735<br>Creditor | Attorneys for HSBC Mortgage Corporation<br>American Home Mortgage Servicing, Inc.; J.P.<br>Morgan Mortgage Acquisition Corp. |
| 15 | The Ridge 4 Homeowners Association<br>c/o Carolyn B. Goldschmidt | Jeremy T. Bergstrom, Esq. |
| 16 | Monroe McDonough Goldschmidt & Molla, PLLC<br>4578 North First Avenue, Ste. 160 | MILES, BAUER, BERGSTROM & WINTERS,<br>LLP |
| 17 | Tucson, AZ 85718-5607<br>Attorneys Secured The Ridge 4 Homeowners | 2200 Paseo Verde Pkwy., Suite 250<br>Henderson, NV 89052 |
| 18 | Association | Attorneys for Deutsche Bank National Trust<br>Company, The Bank of New York Mellon |
| 19 | Josephine E. Piranio<br>Brian A. Paino | Travis B. Hill |
| 20 | Kyle J. Shelton<br>PITE DUNCAN | Daniel L. Hulsizer<br>CARSON MESSENGER ELLIOTT LAUGHLIN |
| 21 | 4375 Jutland Drive, Suite 200<br>P.O. Box 17933 | & RAGAN, PLLC<br>PO Box 33907 |
| 22 | San Diego, CA 92177-0933<br>Attorneys for Ocwen Loan Servicing, LLC | Phoenix, AZ 85067<br>Attorneys for Litton Loan Servicing, L.P., and |
| 23 | And PNC Bank National Association; and<br>JPMorgan Chase; Citibank, N.A.; U.S. Bank | America's Servicing Company |
| 24 | National; J.P. Morgan Mortgage Acquisition Corp.;<br>Bank of America, EMC Mortgage Corporation; | Steven M. Cox<br>WATERFALL ECONOMIDIS |
| 25 | GMAC Mortgage; Wachovia Bank, N.A. Home<br>Loan Services, Inc.; Wachovia Mortgage; | 5210 E. Williams Circle, 8th Floor<br>Tucson, AZ 85711 |
| 26 | Washington Mutual Bank; Deutsche Bank National<br>Trust Co.; Select Portfolio Servicing, Inc.; Citibank, | Attorneys for Robert J.F. Houyoux |
| 27 | N.A., as Trustee; American Home Mortgage<br>Servicing, Inc.; HSBC Bank USA, National | |
| 28 | Association | |

4

| | | |
|---|---|---|
| 1 | Andrew Goldberg<br>Rosicki, Rosicki & Associates, P.C. | Robert R. Hall<br>ROUTH CRABTEE OLSON |
| 2 | 51 E. Bethpage Road<br>Plainview, NY 11803 | 111 W. Monroe Street, Suite 1216<br>Phoenix, AZ 85003 |
| 3 | Attorneys for Deutsche Bank National Trust<br>Company and Barclays Capital Real Estate, Inc. | Attorneys for Bank of New York Mellon |
| 4 | | Nathaniel Morris Brodnax |
| | BAC Home Loans Servicing, LP | LAW OFFICES OF LES ZIEVE |
| 5 | 7105 Corporate Drive<br>Plano, TX 75024 | 18377 Beach Blvd., Suite 210<br>Huntington Beach, CA 92648 |
| 6 | Creditor | Attorneys for Deutsche Bank National Trust<br>  Company as Trustee for Soundview Home Loan |
| 7 | Kim Lepore |   Trust 2006-1, Asset-backed Certificates, 2006-1; |
| | ROBERT J. HOPP & ASSOCIATES | and Deutsche Bank National Trust Company, as |
| 8 | 333 W. Colfax Avenue, Suite 400<br>Denver, CO 80204 | Trustee for the registered holders of Saxon Asset<br>Securities Trust 2007-1 Mortgage Loan Asset |
| 9 | Attorneys for Wells Fargo Bank | Backed Certificates, Series 2007-1 |
| 10 | Marix Servicing, LLC<br>1925 W. Pinnacle Peak Rd. | David J. Hindman<br>MESCH CLARK & ROTHSCHILD, P.C. |
| 11 | Phoenix, AZ 85027<br>Creditor | 259 N. Meyer Ave.<br>Tucson, AZ 85701 |
| 12 | | Attorneys for The Ridge 4 Homeowners Assoc. |

By: /s/ Linda Caputo

# EXHIBIT "A"



1000711471 BK ARM Rate and Payment Change Letter 064

**SLS**
Specialized Loan Servicing, LLC

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

08/27/12

DAVID A KINAS
1302 N ALVERNON WY
TUCSON AZ 85712

Loan number: 1000711471
Property address: 7228 E EASTVIEW DRIVE
TUCSON AZ 85710

### NOTICE OF INTEREST RATE AND PAYMENT ADJUSTMENT

As provided by the terms of your loan documents, the next scheduled interest rate and payment adjustments are reflected below.

|  | Prior change | New |
|---|---|---|
| INDEX VALUE | 0.75210 | 0.71815 |
| MARGIN | 3.75000 | 3.75000 |
| INTEREST RATE | 4.50000 | 4.50000 |
| RATE EFFECTIVE DATE |  | 10/01/12 |
| PRINCIPAL BALANCE |  | 98672.85 |
| PRINCIPAL & INTEREST PAYMENT | 581.79 | 581.79 |
| NEW PAYMENT EFFECTIVE DATE |  | 11/01/12 |

Your new interest rate and payment amount indicated above are the maximum allowable considering applicable payment and/or rate caps for this period. The principal balance is projected on the assumption that the scheduled payments will be paid.

The new interest rate is calculated using the current index value and the margin. Please be advised, this rate may vary, based on the maximum and/or minimum rate allowed and the rounding factor designated by the terms of your loan documents.

Your next interest rate change is scheduled for 04/01/13 and the next principal and interest payment change is scheduled for 05/01/13. Please be aware that the above information does not include any optional product premium or required Escrow payment. Adjustments to your escrow may cause interim changes to your total payment due.

If this is the first interest change, your "prior" information will be blank.

If you have any general questions, please contact our Customer Care Department at (800) 315-4757, Monday through Friday, 6 am to 6 pm (MST). TDD Number (800) 268-9419, Monday through Friday, 8 am to 5 pm (MST).

BANKRUPTCY NOTICE – IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT. PLEASE BE ADVISED THAT THIS NOTICE IS TO ADVISE YOU OF THE STATUS OF YOUR MORTGAGE LOAN. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE . HOWEVER, IT MAY BE A NOTICE OF POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT OUR CUSTOMER CARE CENTER AT (800) 306-6057, MONDAY THROUGH FRIDAY, 8 AM TO 5 PM (MST).

8742 Lucent Blvd., Suite 300
Highland Ranch, Colorado 80129

 5151 CORPORATE DRIVE
TROY, MI 48098-2639

August 15, 2012



1-655-50434-0000669-001-01-000-000-000-000
DAVID KINAS
1302 N ALVERNON WAY
TUCSON AZ 85712-3802

1497 W SAN RICARDO BLVD
TUCSON AZ 85713

RE: Loan #0501378870

Dear Mortgagor,

On 09/01/2012, the interest rate on your Adjustable Rate Mortgage (ARM) will decrease from 3.000% to 3.000%, and your monthly principal and interest installment payments will decrease from $857.05 to $857.05, beginning with your 10/01/2012 payment.

Your present interest rate, not based on an index value, is 3.000%. To determine your new interest rate we added the agreed upon margin at your closing of 2.250% and the Current Index Value of 0.725% as of 08/01/2012 for a total of 3.000% (rounded to the nearest 0.125th).

The new monthly installment was determined by computing the monthly payment to principal and interest necessary to pay off the principal balance of the mortgage $178,286.10 over the remaining term of the mortgage (294 payments) at the new Existing Interest Rate, without taking into consideration any delinquent payments or crediting any prepayments to principal made after the date of this letter.

Please remit your payments plus escrow items (as applicable) in accordance with your new payment notice that will follow under separate cover. The next payment change date will be 6 months from this "Payment Change Date".

You may prepay your loan in whole or in part however, there may be a prepayment penalty. Please refer to your mortgage contract.

If you have any questions, you may contact the Customer Service Department toll free at (800) 968-7700.

Sincerely Yours,

FLAGSTAR BANK, FSB

```
************New Payment Amount************
Principal & Interest:  $   915.72
Total Monthly Payment: $ 1,033.62
Effective Date:        November 01, 2012
```

RE: Home Mortgage Loan 0022269799

Rate Change Notice

Dear Mortgagor(s):

Our records indicate that your loan, secured by a Mortgage on the property
located at 7686 E Queen Palm Cir, Tucson AZ 85730,
is scheduled to be adjusted as of October 01, 2012 effective with the
November 01, 2012 payment.

Based on the monthly payments due by October 01, 2012, your principal
balance will be $ 116,834.30. Your interest rate of 7.85000% will
be in effect until the next adjustment date of April 01, 2013.
The current index value is 0.71815% which is based
on the WALL STREET JOURNAL SIX MONTH LIBOR effective for
August 17, 2012.

The calculation routine resulted in no change to your interest rate.
We are adjusting your principal and interest payment from
$ 915.71 to $ 915.72. Your new total payment
amount is therefore $ 1,033.62 beginning with the payment due
on November 01, 2012.

***********************************************************************
Interest Rates are determined as follows:

| | | | |
|---|---|---|---|
| Previous Index | 0.75210% | Current Index | 0.71815% |
| Margin | 5.65000% | Margin | 5.65000% |
| Previous Interest Rate | 7.85000% | New Interest Rate | 7.85000% |

Note: The interest rate may be subject to a .12500 % rounding factor.
***********************************************************************

Chase's goal is to provide the highest level of quality service for each
of our customers. If you have any questions concerning this rate
adjustment, please contact Customer Care at (800) 848-9136.

We appreciate your business and value our relationship with you.

Sincerely,

Special Loans
Chase Home Lending
www.chase.com

AR001

Case 4:10-bk-03640-BMW    Doc 1364    Filed 09/13/12    Entered 09/13/12 14:44:27    Desc
Main Document    Page 9 of 13



8/10/2012

DAVID KINAS
1302 N ALVERNON WAY
TUCSON, AZ, 85712

1521 N. Atwood

RE: Loan Number 598653848
Adjustable Rate Change Notification

Dear DAVID KINAS:

On **8/1/2012**, the interest rate on your Adjustable Rate Mortgage (ARM) will change from **8.125%** to **3.125%** and your monthly installment payments will change from **$1,721.71** to **$1,280.68**. Beginning with your **9/1/2012** payment, please pay the new amount. Your monthly billing statement reflecting the new amount will be sent shortly.

Your present interest rate was based on an index value of **0.734%**. To determine your new interest rate, we added the current index value of **0.734%** as of **7/2/2012**, to the agreed upon margin of **2.250%** for a total of **2.984%** rounded to the nearest **0.125%**. The new interest rate of **3.125%** may not be more than **1.000%** higher or **1.000%** lower than the present interest rate of **8.125%**. The original interest rate of your mortgage was **8.125%** which may not be decreased beyond **2.250%** or increased beyond **13.125%** during the life of the mortgage.

The new monthly installment was determined by computing the monthly payment to principal and interest necessary to pay off the principal balance of the mortgage **$202,337.73** over the remaining term of the mortgage **348** months at the new interest rate, without taking into account delinquent payments, and crediting any prepayments to principal. If you have an auto debit (ACH) for your payment, the amount drafted from your bank account will adjust with the changes on your loan .

If you should have any questions regarding this notification, please contact our Customer Service Department at 1-888-480-2432 Monday through Thursday between 8 a.m. and 8 p.m. (CST) and Friday, between 8 a.m. and 5 p.m. (CST) or visit us on the web at www.MyNationstarMtg.com.

Sincerely,
Nationstar                                Mortgage                                LLC

*This is an attempt to collect a debt, and any information obtained will be used for that purpose.*



www.NationstarMtg.com

# EXHIBIT "B"

THOMPSON•KRONE•GIBSON, P.L.C.
6303 East Tanque Verde Road
Suite 210
Tucson, AZ 85715
(520) 884-9694
FAX: (520) 323-4613
Scott D. Gibson, PCC 20430, State Bar No. 007395
sdgecf@lawtkg.com
*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEED AND NOTE TRADERS, L.L.C.,<br><br>Debtor. | In Proceedings Under<br>Chapter 11<br><br>CASE NO. 4-10-bk-03640-EWH<br><br>**ORDER DIRECTING SECURED CREDITORS TO COMPLY WITH TERMS OF PLAN** |

    This matter having come before the Court pursuant to the Debtor's Motion for Entry of Order Directing Lenders to Comply with Terms of Confirmed Plan of Reorganization or Be Subject to Contempt Citation, and the Court having reviewed the Motion, and good cause appearing,

    IT IS HEREBY ORDERED as follows:

    1. All secured lenders which have been treated as Class 4 creditors under the Debtor's Confirmed Plan of Reorganization shall accept payment from the Debtor as provided for under the Plan, and shall amend their records to reflect the amended payment as provided for under the Plan.

    2. Should any lender refuse to accept payment from the Debtor as provided for under the Plan, or refuse to accept a payoff as provided for under the Plan, upon motion by the Debtor, this Court may issue an order directing such lender to appear and show cause, if any may exist, why such secured creditor should not be held in contempt for failure to abide by the Confirmed Plan of Reorganization.

DEED AND NOTE TRADERS\BK2\
ORDER DIRECTING SECURED CREDITORS RE PLAN.wpd

1

Case 4:10-bk-03640-BMW Doc 1364 Filed 09/13/12 Entered 09/13/12 14:44:27 Desc
Main Document Page 12 of 13

3. This Order shall terminate upon the closing of this case and the entry of the final decree, unless the Court shall determine that cause exists to retain jurisdiction over the matters addressed in this Order.

**DATED AND SIGNED ABOVE**