THOMPSON•KRONE•GIBSON, P.L.C.
6303 East Tanque Verde Road
Suite 210
Tucson, AZ 85715
(520) 884-9694
FAX: (520) 323-4613
Scott D. Gibson, PCC 20430, State Bar No. 007395
sdgecf@lawtkg.com
*Attorneys for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

DEED AND NOTE TRADERS, L.L.C.,

Debtor.

In Proceedings Under
Chapter 11

CASE NO. 4-10-bk-03640-EWH

**ORDER DIRECTING SECURED CREDITORS TO COMPLY WITH TERMS OF PLAN**

This matter having come before the Court pursuant to the Debtor's Motion for Entry of Order Directing Lenders to Comply with Terms of Confirmed Plan of Reorganization or Be Subject to Contempt Citation, and the Court having reviewed the Motion, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. All secured lenders which have been treated as Class 4 creditors under the Debtor's Confirmed Plan of Reorganization shall accept payment from the Debtor as provided for under the Plan, and shall amend their records to reflect the amended payment as provided for under the Plan.

2. Should any lender refuse to accept payment from the Debtor as provided for under the Plan, or refuse to accept a payoff as provided for under the Plan, upon motion by the Debtor, this Court may issue an order directing such lender to appear and show cause, if any may exist, why such secured creditor should not be held in contempt for failure to abide by the Confirmed Plan of Reorganization.

1

DEED AND NOTE TRADERS\BK2\
ORDER DIRECTING SECURED CREDITORS RE PLAN.wpd

3. This Order shall terminate upon the closing of this case and the entry of the final decree, unless the Court shall determine that cause exists to retain jurisdiction over the matters addressed in this Order.

**DATED AND SIGNED ABOVE**

2

DEED AND NOTE TRADERS\BK2\
ORDER DIRECTING SECURED CREDITORS RE PLAN.doc

Case 4:10-bk-03640-BMW    Doc 1368    Filed 10/02/12    Entered 10/02/12 13:26:21    Desc
Main Document - Motion to Compel    Page 2 of 2