ORDERED.

Dated: July 1, 2013

Eileen W. Hollowell, Bankruptcy Judge
_____

Brian A. Paino (SBN 027091)
bpaino@piteduncan.com
Jamin S. Neil (SBN 026655)
jneil@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Wells Fargo Bank, N.A. and Ocwen Loan Servicing, LLC,

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Case No. 4:10-bk-03640-EWH |
| DEED AND NOTE TRADERS, L.L.C., | Chapter 11 |
| Debtor. | **INTERIM ORDER RE: ORDER TO SHOW CAUSE REGARDING CREDITORS' FAILURE TO COMPLY WITH DEBTOR'S PLAN** |

On April 11, 2013 at 10:00 a.m. in Courtroom 446, this Court held a hearing on its Order to Show Cause Regarding Creditors' Failure to Comply with Debtor's Plan ("OSC") requiring certain secured creditors of the Debtor to appear and show cause why they should not be held in contempt for failing to comply with the terms of the Debtor's confirmed Chapter 11 Plan.

During this hearing, the Court instructed all creditors who responded to the OSC to enter into stipulations with the Debtor clarifying the treatment of their respective claims in the Debtor's confirmed Chapter 11 Plan.

Subsequently, those creditors that were the subject of the OSC and the Debtor (collectively, the "Parties") have entered into negotiations and have circulated various iterations of stipulations discussed at the April 11, 2013, OSC hearing.

In order to aid the Parties in timely entering into stipulations allowing the Debtor's

- 1 -
**INTERIM ORDER RE: ORDER TO SHOW CAUSE REGARDING CREDITORS' FAILURE TO COMPLY WITH DEBTOR'S PLAN**

secured creditors to properly update their systems to comply with the Debtor's confirmed Chapter 11 Plan;

**IT IS HEREBY ORDERED** the Parties shall negotiate, in good faith, stipulations clarifying the treatment for all of the claims that were the subject of the OSC. The stipulations need not reference the Parties' positions regarding whether the Debtor is entitled damages for any creditor's alleged lack of compliance with the Debtor's confirmed Chapter 11 Plan. Once stipulations have been finalized by the Parties, the Parties shall seek approval of the same from this Court.

The Debtor may renew any motion for sanctions within ninety (90) days from the date the order is entered approving a stipulation clarifying the treatment of a secured claim in the Debtor's Chapter 11 Plan.

**DATED AND SIGNED ABOVE**