ORDERED.

Dated: July 18, 2014



Eileen W. Hollowell, Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034

Attorneys for Green Tree Servicing, LLC

14-01459

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:10-bk-03640-EWH |
| Deed and Note Traders, LLC, | Chapter 11 |
| Debtor. | |
| Deed and Note Traders, LLC, | **ORDER RE: MOTION FOR CLARIFICATION OF TERMS IN CONFIRMED PLAN OF REORGANIZATION** |
| Movant, vs. | |
| Green Tree Servicing, LLC, | |
| Respondent. | |

A hearing was held on March 6, 2014 regarding the Motion for Clarification of Terms in Confirmed Plan of Reorganization and it was ordered that the creditors may upload their Orders regarding Motion for Clarification.

IT IS HEREBY ORDERED resolving the Motion for Clarification of Wells Fargo Bank, N.A.'s Claim in Debtor's Chapter 11 Plan ("Order") in regards to the real property which is the subject of this Order is commonly known as 8880 North Silver Moon Way, Tucson, AZ 85743 ("Property") as follows:

1. Green Tree Servicing, LLC (hereinafter "Lender") shall have a secured claim against the Debtor's bankruptcy estate as of the Second Plan's Effective Date in the amount of $121,500.02 (the "Secured Claim").

2. Debtor shall tender interest-only payments at an interest rate of 5.6% per annum on Lender's Secured Claim commencing April 1, 2011, and continuing on the first day of each month thereafter until November 1, 2015, when all outstanding amounts owing under Lender's Secured Claim shall be completely due and payable via a balloon payment. The interest-only payments shall be in the amount of $567.00 (the "Interest-Only Payments"). The balloon payment shall be in the amount of $121,500.02, plus any outstanding interest, fees, costs, and/or other expenses recoverable under the Second Plan, this Order, and/or the Note and Deed of Trust.

3. In addition to the Interest-Only Payments set forth in paragraph 3, the Debtor shall tender to Lender regular escrow payments for advances made by Lender for real property taxes and real property hazard insurance related to the Property (the "Escrow Payments"). The Escrow Payments shall commence April 1, 2011, and continue the first day of each month thereafter until the Debtor has completely satisfied Lender's Secured Claim and Unsecured Claim in accordance with this Order and the Second Plan. The current Escrow Payment is $152.30, which is subject to change pursuant to the terms of the Note and Deed of Trust.

4. In the event the Debtor defaults under the terms of this Order and Second Plan, Lender shall be permitted to exercise its rights under the Note, Deed of Trust, and applicable state law. In the event the automatic stay of 11 U.S.C. § 362 is in effect during the Debtor's default, Lender shall first

be required to obtain relief from the automatic stay prior to exercising its rights under the Note, Deed of Trust, and applicable state law.

5. Except as otherwise expressly provided herein, all remaining terms of the Note and Deed of Trust shall govern the treatment of Lender's Secured Claim.

6. Lender shall amend all of its records to reflect the terms of this Order.

7. In the event this case is converted to any other bankruptcy chapter, or is dismissed, this Order shall be deemed void and unenforceable.