Josephine E. Salmon (SBN 020630)
jsalmon@piteduncan.com
Phil J. Giles (SBN 030340)
pgiles@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for CitiMortgage, Inc., Wells Fargo Bank, N.A., Rushmore Loan Management Services, LLC, as servicing agent for U.S. Bank National Association, not in its individual capacity but solely as Trustee for RMAC Trust, Series 2013-3T, and Ocwen Loan Servicing, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEED AND NOTE TRADERS, L.L.C.,<br><br>Debtor. | Case No. 4:10-bk-03640-EWH<br><br>Chapter 11<br><br>**ORDER RE: DEBTOR'S SECOND MOTION FOR ENTRY OF ORDER DIRECTING SECURED LENDERS TO COMPLY WITH THE DEBTOR'S CONFIRMED PLAN**<br><br>**HEARING:**<br>Date: July 10, 2014<br>Time: 10:00<br>Ctrm: 329 |

The above-captioned matter came on for hearing on July 10, 2014, in the Courtroom of the Honorable Eileen W. Hollowell.

Appearances as noted on the record.

Based on the arguments of counsel, the record before the court, and good cause appearing therefor,

/././/

/././/

/././/

- 1 -

**ORDER RE: DEBTOR'S SECOND MOTION FOR ENTRY OF ORDER DIRECTING SECURED LENDERS TO COMPLY WITH THE DEBTOR'S CONFIRMED CHAPTER 11 PLAN**

**IT IS HEREBY ORDERED**:

1. Debtor's Second Motion for Entry of Order Directing Secured Lenders to Comply with Debtor's Confirmed Plan is hereby dismissed as it pertains to the following Creditors as they are fully compliant with Debtor's confirmed Chapter 11 Plan.

| Creditor | Property Address | Loan Number |
|---|---|---|
| CitiMortgage, Inc. | 5233 South Hampton Rd., Tucson, AZ | ******5793 |
| CitiMortgage, Inc. | 15677 East Marsh Station Road, Vail, AZ | ******3665 |
| CitiMortgage, Inc. | 4155 East Market Street, Tucson, AZ | ******2280 |
| Wells Fargo Bank, N.A. | 3125 E 28th St, Tucson, AZ 85713 | ******8067 |
| Rushmore Loan Management Services, LLC | 117 N Understory Ln, Tucson, AZ 85748 | ******2032 |
| Ocwen Loan Servicing, LLC | 1587 W. San Ricardo, Tucson 85713 | ******3517 |

- 2 -

**ORDER RE: DEBTOR'S SECOND MOTION FOR ENTRY OF ORDER DIRECTING SECURED LENDERS TO COMPLY WITH THE DEBTOR'S CONFIRMED CHAPTER 11 PLAN**

Case 4:10-bk-03640-BMW    Doc 1664    Filed 08/21/14    Entered 08/22/14 07:52:32    Desc
Main Document    Page 2 of 2