LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600
SBN: 007395
ecf@sdglaw.net

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEED AND NOTE TRADERS, LLC,<br><br>                    Debtor. | In Proceedings Under<br>Chapter 11<br><br>NO. 4-10-bk-03640-EWH<br><br>**MOTION TO MODIFY PLAN** |

       Deed and Note Traders, LLC, the reorganized Debtor in the above-captioned chapter 11 case, hereby moves to modify its Plan pursuant to Bankruptcy Code § 1127(a) and (b) for the reason and on the grounds that numerous creditors have failed to comply with the terms of the confirmed Plan and have continued to report various secured loans which are otherwise current in a default status, thereby precluding the Debtor from qualifying for refinancing of these secured loans within the time frame contemplated by the original Plan.

       In support of its Motion, the Debtor states as follows:

       1.     On September 7, 2007, the Debtor filed its first chapter 11 proceeding in which it confirmed a plan on October 23, 2008 (the "First Plan").

       2.     The First Plan provided that the secured claims owed by the Debtor would be extended for a period of seven (7) years with interest-only payments, with those payments becoming due on November 23, 2015.

MO TO MODIFY PLAN.doc

3.  On February 12, 2010, the Debtor filed its second chapter 11 proceeding in order to address the continuing decline of value of property in the Tucson, Arizona, real estate market.

4.  On February 10, 2011, the Debtor confirmed a Plan of Reorganization in its second bankruptcy proceeding (the "Second Plan") under which the Debtor "crammed down" most, if not all, of the properties in its portfolio to current fair market value.

5.  Following confirmation of the Debtor's Second Plan, the Debtor commenced making payments under the indebtedness as restructured under the Second Plan.

6.  Many of the secured creditors whose obligations were modified under the Second Plan failed and refused to acknowledge the modification of their indebtedness under the Second Plan, have failed and refused to accept payments, to properly reflect the outstanding indebtedness as set forth in the Second Plan, and have, in many cases, commenced foreclosure proceedings to foreclose on the properties which are otherwise in a non-default status under the terms of the Second Plan.

7.  As a result of the failure of the secured creditors to properly report the correct indebtedness and the non-default status of the loans, the Debtor's credit standing has been impaired and it has been unable to secure financing to re-finance its properties in anticipation of the maturity under the First Plan of November 2015.

8.  As a result of the failure of the creditors in this case to comply with the terms of the First Plan and the Second Plan, the Debtor seeks to modify its Plan to extend the deadline for the maturity of its secured loans under its First Plan and its Second Plan for a period of five (5) years, or until November 23, 2020.

9.  The request for modification of the Debtor's Plan is not a result of any failure of the Debtor to comply with the terms of its First Plan or its Second Plan, but solely the result of the failure of its secured lenders to comply with the terms of this Plan which have been

MO TO MODIFY PLAN.doc

LAW OFFICE OF
SCOTT D. GIBSON, PLLC
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

brought to the Court on numerous occasions and are the subject of a pending motion for contempt against those creditors.

WHEREFORE, the Debtor respectfully requests that this Court enter its order modifying the Debtor's Plan of Reorganization pursuant to Bankruptcy Code § 1127(a) and (b) to extend the maturity date of all of its secured loans to November 23, 2020.

RESPECTFULLY SUBMITTED this 10th day of June, 2015.

LAW OFFICE OF SCOTT D. GIBSON, PLLC

By: /s/ Scott D. Gibson (007395)
Scott D. Gibson
Attorneys for Debtor

MO TO MODIFY PLAN.doc

LAW OFFICE OF
SCOTT D. GIBSON, PLLC
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

LAW OFFICE OF
SCOTT D. GIBSON, PLLC
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

CERTIFICATE OF SERVICE

Original electronically filed and copies of the foregoing served via the Court's CM/ECF Notification System this 10th day of June, 2015, on all Electronic Case Filing Participants that have appeared in the above-captioned case, or U.S. Mail to parties not registered through CM/ECF.

| | |
|---|---|
| Elizabeth C. Amorosi<br>United States Trustee<br>230 N. First Ave., Suite 204<br>Phoenix, AZ 85003 | Nancy J. March<br>Fennemore Craig, P.C.<br>One South Church, Suite 1000<br>Tucson, AZ 85701-1627<br>Attorneys for RMKM Family Ltd Partnership |
| Howard A. Chorost<br>21 E. Speedway Boulevard<br>Tucson, AZ 85705<br>Attorney for Vantage West Credit Union | American Home Mortgage Services, Inc.<br>1525 S. Beltline Road, Suite 100 N<br>Coppell, TX 75019<br>Creditor |
| Clifford B. Altfeld<br>ALTFELD, BATTAILE & GOLDMAN, P.C.<br>250 N. Meyer Ave.<br>Tucson, AZ 87501<br>Attorneys for Canyon Community Bank | Dennis J. Clancy<br>RAVEN, CLANCY, & McDONAGH, P.C.<br>313 South Convent<br>Tucson, AZ 85701<br>Attorneys for CNH Capital America LLC |
| Daniel Jurkowitz<br>David W. Krula<br>Linda S. Tucker<br>BARBARA LAWALL<br>PIMA COUNTY ATTORNEY<br>Civil Division<br>32 N. Stone Ave., Suite 2100<br>Tucson, AZ 85701 | Maria Tsagaris<br>MCCALLA RAYMER, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102<br>Attorneys for Litton Loan Servicing, L.P., and Saxon Mortgage Services, and America's Servicing Company; Wells Fargo Bank, N.A. |
| Clyde Gavin<br>7240 S. Camino Mirlo<br>Tucson, AZ 85747<br>Creditor | Dennis A. Rosen<br>LAW OFFICES OF DENNIS A. ROSEN<br>1670 E. River Road, Suite 124<br>Tucson, AZ 85718<br>Attorneys for Creditors John Munic Enterprises, Creditors Rosen, and Creditor Kennedy |
| Hilary B. Bonial<br>F# 7745-N-3145<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243<br>Attorney for Specialized Loan Servicing, LLC, American Home Mortgage Servicing, Inc., Saxon Mortgage Services; BAC Home Loans Servicing LP | Gerard O'Meara<br>GUST ROSENFELD, PLC<br>1 S. Church Ave., Suite 1900<br>Tucson, AZ 85701-1620<br>Attorneys for Alaska Seaboard Partners, L.P. |
| Specialized Loan Servicing, LLC<br>8742 Lucent Blvd., Suite 300<br>Highlands Ranch, CO 80129<br>Creditor | |

MO TO MODIFY PLAN.doc

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

| | |
|---|---|
| Mark S. Bosco<br>TIFFANY & BOSCO<br>Seventh Floor Camelback Esplanade II<br>2525 East Camelback Road<br>Phoenix, AZ 85016<br>Attorneys for Citibank, N.A., U.S. Bank National Association; Residential Funding Company, LLC; Chase Home Finance LLC; Deutsche Bank National Trust Company; Kondaur Capital Corporation; Flagstar Bank, FSB; Wells Fargo Bank; America's Servicing Company; BAC Home Loan Servicing, L.P., PNC Mortgage; Litton Loan Servicing; HSBC Bank USA, NA | Josephine E. Piranio<br>Brian A. Paino<br>Kyle J. Shelton<br>Jamin S. Neil<br>PITE DUNCAN<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Attorneys for Ocwen Loan Servicing, LLC; PNC Bank National Association; JPMorgan Chase; Citibank, N.A.; U.S. Bank National; J.P. Morgan Mortgage Acquisition Corp.; Bank of America, N.A.; EMC Mortgage Corporation; GMAC Mortgage; Wachovia Bank, N.A. Home Loan Services, Inc.; Wachovia Mortgage; Washington Mutual Bank; Deutsche Bank National Trust Co.; Select Portfolio Servicing, Inc.; Citibank, N.A., as Trustee; American Home Mortgage Servicing, Inc.; HSBC Bank USA, National Association; Citimortgage, Inc. |
| Saxon Mortgage Services<br>1270 Northland Drive, Suite 200<br>Mendota Heights, MN 55120<br>Creditor | |
| Michael M. Neal<br>LAW OFFICE OF MICHAEL M. NEAL<br>110 S. Church, Suite 4298<br>Tucson, AZ 85701<br>Attorneys for Bank of Arizona | Kevin Hahn<br>MALCOLM, CISNEROS<br>2112 Business Center Drive<br>Second Floor<br>Irvine, CA 92612<br>Attorneys for Flagstar Bank; HSBC Mortgage Corporation; Onewest Bank FSB; Wells Fargo Bank |
| Carolyn Lee-Lemons<br>7993 W. Tree Frog Trail<br>Tucson, AZ 85735<br>Creditor | |
| The Ridge 4 Homeowners Association<br>c/o Carolyn B. Goldschmidt<br>Monroe McDonough Goldschmidt & Molla, PLLC<br>4578 North First Avenue, Ste. 160<br>Tucson, AZ 85718-5607<br>Attorneys Secured The Ridge 4 Homeowners Association | Jason P. Sherman<br>SHAPIRO, VAN ESS & SHERMAN, LLP<br>3300 N. Central Avenue, #2200<br>Phoenix, AZ 85012<br>Attorneys for Deutsche Bank; Suntrust Mortgage, Inc. HSBC Bank; Suntrust<br><br>Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100<br>P.O. Box 24737<br>West Palm Beach, FL 33415<br>Creditor<br><br>Matthew A. Silverman<br>MCCARTHY, HOLTHUS & LEVINE<br>8502 East Via de Ventura, Suite 200<br>Scottsdale, AZ 85258<br>Attorneys for HSBC Mortgage Corporation American Home Mortgage Servicing, Inc.; J.P. Morgan Mortgage Acquisition Corp.; Nationstar; MLB Sub I, LLC/BSI Financial Services, Inc. |

MO TO MODIFY PLAN.doc

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

| | | |
|---|---|---|
| 1 | Jeremy T. Bergstrom, Esq.<br>MILES, BAUER, BERGSTROM & WINTERS, LLP | Marix Servicing, LLC<br>1925 W. Pinnacle Peak Rd. |
| 2 | 2200 Paseo Verde Pkwy., Suite 250<br>Henderson, NV 89052 | Phoenix, AZ 85027<br>Creditor |
| 3 | Attorneys for Deutsche Bank National Trust<br>Company, The Bank of New York Mellon | Robert R. Hall |
| 4 | Travis B. Hill | ROUTH CRABTREE OLSON, PC<br>111 W. Monroe Street, Suite 1216 |
| 5 | Daniel L. Hulsizer<br>CARSON MESSENGER ELLIOTT LAUGHLIN | Phoenix, AZ 85003<br>Attorneys for Bank of New York Mellon; |
| 6 | & RAGAN, PLLC<br>PO Box 33907 | Bank of America |
| 7 | Phoenix, AZ 85067<br>Attorneys for Litton Loan Servicing, L.P., and | Nathaniel Morris Brodnax<br>LAW OFFICES OF LES ZIEVE<br>18377 Beach Blvd., Suite 210 |
| 8 | America's Servicing Company | Huntington Beach, CA 92648<br>Attorneys for Deutsche Bank National Trust |
| 9 | Steven M. Cox<br>WATERFALL ECONOMIDIS | Company as Trustee for Soundview Home Loan<br>Trust 2006-1, Asset-backed Certificates, 2006-1; |
| 10 | 5210 E. Williams Circle, 8th Floor<br>Tucson, AZ 85711 | and Deutsche Bank National Trust Company, as |
| 11 | Attorneys for Robert J.F. Houyoux | Trustee for the registered holders of Saxon Asset<br>Securities Trust 2007-1 Mortgage Loan Asset Backed<br>Certificates, Series 2007-1; |
| 12 | Andrew Goldberg<br>Rosicki, Rosicki & Associates, P.C. | MTGLQ Investors, LP |
| 13 | 51 E. Bethpage Road<br>Plainview, NY 11803 | David J. Hindman |
| 14 | Attorneys for Deutsche Bank National Trust<br>Company and Barclays Capital Real Estate, Inc. | MESCH CLARK & ROTHSCHILD, P.C.<br>259 N. Meyer Ave.<br>Tucson, AZ 85701 |
| 15 | BAC Home Loans Servicing, LP | Attorneys for The Ridge 4 Homeowners Assoc. |
| 16 | 7105 Corporate Drive<br>Plano, TX 75024<br>Creditor | Michael D. Curran<br>Maynard Cronin Erickson |
| 17 | Kim Lepore | CURRAN & REITER, PLC<br>3200 N. Central Avenue, Suite 1800 |
| 18 | ROBERT J. HOPP & ASSOCIATES<br>333 W. Colfax Avenue, Suite 400 | Phoenix, AZ 85012<br>Attorneys for JPMorgan Chase Bank, N.A |
| 19 | Denver, CO 80204<br>Attorneys for Wells Fargo Bank | Kim R. Lepore |
| 20 | | WRIGHT, FINLAY & ZAK, LLP;<br>18444 N. 25th Ave., Suite 420 |
| 21 | | Phoenix, AZ 85023<br>Attorneys for JP Morgan Mortgage Acquisition Corp.,<br>its successors and/or assigns |
| 22 | | |
| 23 | | |
| 24 | By: /s/ Maria Calderon | |
| 25 | | |
| 26 | | |

MO TO MODIFY PLAN.doc