LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600
SBN: 007395
ecf@sdglaw.net

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEED AND NOTE TRADERS, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>NO. 4-10-bk-03640-BMW<br><br>**SUPPLEMENT TO REORGANIZED DEBTOR'S APPLICATION FOR ORDER TO SHOW CAUSE RE: CONTEMPT** |

Deed and Note Traders, LLC, the reorganized Debtor in the above-captioned chapter 11 proceeding, hereby supplements its Application for Order to Show Cause filed herein on March 6, 2013 (Dkt. 1395) (hereinafter the "OSC"). At the last hearing held on the OSC on October 14, 2015 (the third of three hearings on this matter thus far), the Court directed the Debtor to supplement its Motion with specific information regarding how the institutional lenders which hold liens against the assets of the Debtor have not been complying with the Debtor's confirmed Plan of Reorganization. It was anticipated that a hearing on this matter could be held in late November; however, due to the volume of the information necessary to comply with the Court's directions regarding the defaults by the secured lenders, this task could not be completed until just recently.

SUPP TO OSC.doc

Attached hereto is a specific list of the properties owned by the Debtor, the secured lenders holding liens against the properties, the amounts of the loan, the payment amounts, and the reasons why the Debtor believes these secured lenders are not in compliance with the terms of the confirmed Plan.

Pursuant to the Court's Minute Entry of October 14, 2015, the parties are to respond to the Debtor's supplement within one week of any hearing to be held on this matter. The Debtor will request a hearing from the Court and provide notice of that to all parties which are subject to the Order to Show Cause re: Contempt, along with a copy of this supplement. Because of the volume of information contained in the supplement, it may be difficult to read for some parties and, accordingly, the Debtor is agreeable to separately sending a copy of the supplement to any party that requests the same, via email.

DATED this 30th day of December, 2015.

LAW OFFICE OF SCOTT D. GIBSON, PLLC


By: /s/ Scott D. Gibson (007395)
    Scott D. Gibson
    Attorneys for Debtor

SUPP TO OSC.doc

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

CERTIFICATE OF SERVICE

Original electronically filed and copies of the foregoing served via the Court's CM/ECF Notification System this 30th day of December, 2015, on all Electronic Case Filing Participants that have appeared in the above-captioned case, or U.S. Mail to parties not registered through CM/ECF.

| | |
|---|---|
| Elizabeth C. Amorosi<br>United States Trustee<br>230 N. First Ave., Suite 204<br>Phoenix, AZ 85003 | Hilary B. Bonial<br>F# 7745-N-3145<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243<br>Attorney for Specialized Loan Servicing, LLC, American Home Mortgage Servicing, Inc., Saxon Mortgage Services; BAC Home Loans Servicing LP |
| Howard A. Chorost<br>21 E. Speedway Boulevard<br>Tucson, AZ 85705<br>Attorney for Vantage West Credit Union | |
| | Specialized Loan Servicing, LLC<br>8742 Lucent Blvd., Suite 300<br>Highlands Ranch, CO 80129<br>Creditor |
| Clifford B. Altfeld<br>ALTFELD, BATTAILE & GOLDMAN, P.C.<br>250 N. Meyer Ave.<br>Tucson, AZ 87501<br>Attorneys for Canyon Community Bank | Nancy J. March<br>Fennemore Craig, P.C.<br>One South Church, Suite 1000<br>Tucson, AZ 85701-1627<br>Attorneys for RMKM Family Ltd Partnership |
| Daniel Jurkowitz<br>David W. Krula<br>Linda S. Tucker<br>BARBARA LAWALL<br>PIMA COUNTY ATTORNEY<br>Civil Division<br>32 N. Stone Ave., Suite 2100<br>Tucson, AZ 85701 | American Home Mortgage Services, Inc.<br>1525 S. Beltline Road, Suite 100 N<br>Coppell, TX 75019<br>Creditor |
| Clyde Gavin<br>7240 S. Camino Mirlo<br>Tucson, AZ 85747<br>Creditor | Dennis J. Clancy<br>RAVEN, CLANCY, & McDONAGH, P.C.<br>313 South Convent<br>Tucson, AZ 85701<br>Attorneys for CNH Capital America LLC |

SUPP TO OSC.doc

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

| | |
|---|---|
| Maria Tsagaris<br>MCCALLA RAYMER, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102<br>Attorneys for Litton Loan Servicing, L.P., and Saxon Mortgage Services, and America's Servicing Company; Wells Fargo Bank, N.A. | Michael M. Neal<br>LAW OFFICE OF MICHAEL M. NEAL<br>110 S. Church, Suite 4298<br>Tucson, AZ 85701<br>Attorneys for Bank of Arizona |
| Dennis A. Rosen<br>LAW OFFICES OF DENNIS A. ROSEN<br>1670 E. River Road, Suite 124<br>Tucson, AZ 85718<br>Attorneys for Creditors John Munic Enterprises, Creditors Rosen, and Creditor Kennedy | Carolyn Lee-Lemons<br>7993 W. Tree Frog Trail<br>Tucson, AZ 85735<br>Creditor<br><br>The Ridge 4 Homeowners Association<br>c/o Carolyn B. Goldschmidt<br>Monroe McDonough Goldschmidt & Molla, PLLC<br>4578 North First Avenue, Ste. 160<br>Tucson, AZ 85718-5607<br>Attorneys Secured The Ridge 4 Homeowners Association |
| Gerard O'Meara<br>GUST ROSENFELD, PLC<br>1 S. Church Ave., Suite 1900<br>Tucson, AZ 85701-1620<br>Attorneys for Alaska Seaboard Partners, L.P. | |
| Mark S. Bosco<br>TIFFANY & BOSCO<br>Seventh Floor Camelback Esplanade II<br>2525 East Camelback Road<br>Phoenix, AZ 85016<br>Attorneys for Citibank, N.A., U.S. Bank National Association; Residential Funding Company, LLC;<br>Chase Home Finance LLC; Deutsche Bank National Trust Company; Kondaur Capital Corporation; Flagstar Bank, FSB; Wells Fargo Bank; America's Servicing Company; BAC Home Loan Servicing, L.P., PNC Mortgage; Litton Loan Servicing; HSBC Bank USA, NA | Josephine E. Piranio<br>Brian A. Paino<br>Kyle J. Shelton<br>Jamin S. Neil<br>PITE DUNCAN<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Attorneys for Ocwen Loan Servicing, LLC; PNC Bank National Association; JPMorgan Chase; Citibank, N.A.; U.S. Bank National; J.P. Morgan Mortgage Acquisition Corp.; Bank of America, N.A.; EMC Mortgage Corporation; GMAC Mortgage; Wachovia Bank, N.A. Home Loan Services, Inc.; Wachovia Mortgage; Washington Mutual Bank; Deutsche Bank National Trust Co.; Select Portfolio Servicing, Inc.; Citibank, N.A., as Trustee; American Home Mortgage Servicing, Inc.; HSBC Bank USA, National Association; Citimortgage, Inc. |
| Saxon Mortgage Services<br>1270 Northland Drive, Suite 200<br>Mendota Heights, MN 55120<br>Creditor | |

SUPP TO OSC.doc

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

| | |
|---|---|
| Kevin Hahn<br>MALCOLM, CISNEROS<br>2112 Business Center Drive<br>Second Floor<br>Irvine, CA 92612<br>Attorneys for Flagstar Bank; HSBC Mortgage Corporation; Onewest Bank FSB; Wells Fargo Bank | Travis B. Hill<br>Daniel L. Hulsizer<br>CARSON MESSENGER ELLIOTT LAUGHLIN<br>  & RAGAN, PLLC<br>PO Box 33907<br>Phoenix, AZ 85067<br>Attorneys for Litton Loan Servicing, L.P., and<br>America's Servicing Company |
| Jason P. Sherman<br>SHAPIRO, VAN ESS & SHERMAN, LLP<br>3300 N. Central Avenue, #2200<br>Phoenix, AZ 85012<br>Attorneys for Deutsche Bank; Suntrust Mortgage, Inc.<br>HSBC Bank; Suntrust | Steven M. Cox<br>WATERFALL ECONOMIDIS<br>5210 E. Williams Circle, 8th Floor<br>Tucson, AZ 85711<br>Attorneys for Robert J.F. Houyoux |
| Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100<br>P.O. Box 24737<br>West Palm Beach, FL 33415<br>Creditor | Andrew Goldberg<br>Rosicki, Rosicki & Associates, P.C.<br>51 E. Bethpage Road<br>Plainview, NY 11803<br>Attorneys for Deutsche Bank National Trust Company and Barclays Capital Real Estate, Inc. |
| Matthew A. Silverman<br>MCCARTHY, HOLTHUS & LEVINE<br>8502 East Via de Ventura, Suite 200<br>Scottsdale, AZ 85258<br>Attorneys for HSBC Mortgage Corporation<br>American Home Mortgage Servicing, Inc.;<br>J.P. Morgan Mortgage Acquisition Corp.;<br>Nationstar; MLB Sub I, LLC/BSI Financial Services, Inc.; Seterus, Inc. | BAC Home Loans Servicing, LP<br>7105 Corporate Drive<br>Plano, TX 75024<br>Creditor<br><br>Kim Lepore<br>ROBERT J. HOPP & ASSOCIATES<br>333 W. Colfax Avenue, Suite 400<br>Denver, CO 80204<br>Attorneys for Wells Fargo Bank |
| Jeremy T. Bergstrom, Esq.<br>MILES, BAUER, BERGSTROM & WINTERS, LLP<br>2200 Paseo Verde Pkwy., Suite 250<br>Henderson, NV 89052<br>Attorneys for Deutsche Bank National Trust Company, The Bank of New York Mellon | Marix Servicing, LLC<br>1925 W. Pinnacle Peak Rd.<br>Phoenix, AZ 85027<br>Creditor |

SUPP TO OSC.doc

| | |
|---|---|
| Robert R. Hall<br>ROUTH CRABTREE OLSON, PC<br>111 W. Monroe Street, Suite 1216<br>Phoenix, AZ 85003<br>Attorneys for Bank of New York Mellon;<br>Bank of America | Michael D. Curran<br>Maynard Cronin Erickson<br>CURRAN & REITER, PLC<br>3200 N. Central Avenue, Suite 1800<br>Phoenix, AZ 85012<br>Attorneys for JPMorgan Chase Bank, N.A |
| Nathaniel Morris Brodnax<br>LAW OFFICES OF LES ZIEVE<br>18377 Beach Blvd., Suite 210<br>Huntington Beach, CA 92648<br>Attorneys for Deutsche Bank National Trust<br>  Company as Trustee for Soundview Home Loan<br>   Trust 2006-1, Asset-backed Certificates, 2006-1; and Deutsche Bank National Trust Company, as Trustee for the registered holders of Saxon Asset Securities Trust 2007-1 Mortgage Loan Asset Backed Certificates, Series 2007-1;<br>MTGLQ Investors, LP | Kim R. Lepore<br>WRIGHT, FINLAY & ZAK, LLP;<br>18444 N. 25th Ave., Suite 420<br>Phoenix, AZ 85023<br>Attorneys for JP Morgan Mortgage Acquisition Corp., its successors and/or assigns<br><br>Thomas D. Laue<br>UDALL LAW FIRM<br>4801 E. Broadway Blvd., Suite 400<br>Tucson, AZ 85711-3638<br>Attorneys for Christopher Jordan |
| David J. Hindman<br>MESCH CLARK & ROTHSCHILD, P.C.<br>259 N. Meyer Ave.<br>Tucson, AZ 85701<br>Attorneys for The Ridge 4 Homeowners Assoc. | Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143<br>Creditor |

By: /s/ Maria Calderon

SUPP TO OSC.doc

<s:mortgagepayments:5.11.15 lender not following bk reasons>

| PROPERTY ADDRESS | Lender Name | New Loan | New Int Pmt | Escrow | TOTAL PAYMENT | Making Pmts | Reasons |
|---|---|---|---|---|---|---|---|
| 2820 E. 18th<br>Tucson, 85716 | America's Servicing<br>Ln. #1100096804 | $144,519.00 | $674.42 | $164.81 | $839.23 | | Loan amt $144,519.00 per SG and TB Clarification Filing. Lender pays taxes, but stopped paying ins. so DNT pays. On the 8/2015 stmt, the unpaid pmt date is incorrect and the unapplied funds amt is incorrect. They also created a 2nd principal bal. |
| 2456 W. Chris Oliver Way<br>Tucson, 85705 | America's Servicing Co.<br>Ln#1218068245 | $137,816.00 | $643.14 | $132.65 | $775.79 | | Lender not following bk of 4/2011. Loan amount incorrect and 9/2015 stmt howing unpaid payments back to 8/2009. Lender stopped paying insurance in 2010, so DNT pays, Lender pays taxes. |
| 3534 S. Desert Cache<br>Tucson, 85735 | America's Serv Co<br>Ln. #1218044918 | $160,000.00 | $746.67 | $189.72 | $936.39 | | Lender was not following BK loan Amt. or Int. Rate. T&B foreclosed on property 1/7/2015 |
| 6279 W. Desert Laurel Lane<br>Tucson, 85746 | America's Servicing Co.<br>Ln.#1218071002 | $127,000.00 | $592.67 | $214.67 | $807.34 | | Lender loan amt incorrect. Attorney filed clarification with court 5.28.14, but lenders statement dated 9/2015 loan amount still incorrect. DNT paid some ins. But lender now paying insurance and taxes. |
| 491 W. Hammerhead<br>Tucson, 85706 | America's Servicing Co.<br>Ln.#1205509664<br>T&B Court Clarification | $121,517.75<br><br>$119,994.69 | $567.08 | $93.55 | $660.63 | X | Lender loan amt. incorrect, so pmts were applied incorrectly. Attorney clarification filed and lender finally fixed 8/2015. Lender created a 2nd and unpaid date is incorrect. Lender paid taxes, DNT paid insurance |
| 6643 W. Harbin Ridge | America's Servicing Corp<br>Ln. #1218068252 | $130,000.00 | $606.67 | $171.58 | $778.25 | | Lender loan amt. incorrect and unpaid date incorrect. Lender attorney filed clarification 5/14, but lender didn't fix statement till 5/18/15. Lender fixed loan amt, but then added all the delq. bal. a 2nd Principal bal. loan? Lender pays taxes, DNT paid ins. Lender place forced ins. pol. |
| 9268 N. Red Diamond<br>Tucson, 85742 | America's Servicing, Co.<br>Ln. #1218063571<br>T&B Clarification Letter | $113,215.08<br><br>$111,390.19 | $528.34 | $149.31 | $677.65 | X | Lender corrected loan amt on 7/2015 stmt, so DNT paid on the larger amt, where did extra money go and lender created a 2nd loan and unpaid date incorrect. Lender pays taxes, DNT pays insurance |
| 2453 W. Tyler River Dr. PAID OFF<br>Tucson, 85706 | America's Servicing Co.<br>Ln#1218068247 | $144,106.00 | $672.49 | $178.24 | $850.73 | | Paid off 8/21/15. Lended showed late int. pmts but we were current and overpaid per attorneys clarificationfiling. DTN should be refund $. |
| 6264 W. Velvet Senna Dr.<br>Tucson, 85746 | America's Servicing Corp<br>Ln.#1218070996 | $126,865.00 | $592.04 | $131.24 | $723.28 | | Lender loan amt. incorrect per BK. T & B filed court clarification lender loan amt still incorrect. |
| 1414 W. Sonora | American Home Mortgage Servicing<br>Ln.#4001324187 | $55,000.00 | $256.67 | $105.69 | $362.36 | | Lender not sending stmt. it is in a 3rd party name. Don't know if following bk when making pmts. Lender has NOT paid taxes. DNT pays insurance. |

| Property | Lender / Loan # | Loan Amount | Payment | Interest | Total | X | Notes |
|---|---|---|---|---|---|---|---|
| 5411 N. Airway<br>Tucson, 85750 | BAC Home Loan Servicing<br>Ln. #072900429 | $310,642.00 | $1,449.66 | $337.21 | $1,786.87 | X | BAC/BofA finally have loan amount correct and nterest rate correct. Lender applied payments incorrectly, making escrow amt incorrectly. |
| 1437 S. Coati<br>Tucson, 85713 | BAC<br>Ln. #072900253 | $150,000.00 | $700.00 | $172.58 | $872.58 | X | Lender loan amt & int rate was incorrect. Lender attorney court filing correcting amt. & rate. Int. rate on Lender stmt still incorrect till 5/2015. Lender/Attorney sent Notice of Default, but lender is applied pmts incorrectly per history. |
| 1321 N. Sahuara<br>Tucson, 85719 | BAC Home Loans Servicing<br>Ln. #072892884 | $126,400.00 | $589.87 | $269.14 | $859.01 | X | Lender not following BK. Int. rate. Loan amt correct, but they applied pmt incorrectly (2015 pmts to 2008 and 2009) Per lenders payoff, they show I am delq. On int pmts. but per my pmt schedule I am current. Lender started sending pmts. back 4/15/15 saying in foreclosure. |
| 1302-04-10 N. Alvernon Way<br>Tucson, 85712 | Canyon Community Bank<br>Ln #22269 | $305,325.00 | $1,424.85 | $0.00 | $1,424.85 | X | |
| 10101 E. Moccasin Pl.<br>Tucson, 85749 | Caliber Home   BAC Home<br>Ln. #0394555 | $213,561.74 | $996.62 | $360.07 | $1,356.69 | X | Lender loan amt incorrect, applying to PITI. Prin Bal. kept changing we had $208823.60. After T & B clarification $213561.74 corrected. DNT has made all pmts per BK. BofA applied pmt incorrectly by taking the current pmts and applying them back to 2008 & 2009. BofA sold loan to Caliber Bank, they sent a letter showing us $10,863.14 delq. int. pmts. Req. a payoff and they so delq. int. pmts. We made them. |
| 4570 E. 5th<br>Tucson, 85711 | Chase<br>Ln.#0702879347 | $110,000.00 | $513.33 | $189.18 | $702.51 | | Chase not following BK. Interest rate incorrect and prin balance and lender applied payments incorrectly to PITI. They finally paid 2012, 2013 and 2014 taxes 9/30/14 |
| 3705 E. 27th<br>Tucson, 85713 | Chase  WRONG LENDER  PNC********<br>Ln. #1976103098 | $66,000.00 | $0.00 | $0.00 | $0.00 | | SG needs to do letter to PNC and Chase. Pmts to wrong lender. PNC never sent stmts. |
| 3731 E. 27th<br>Tucson, 85713 | Chase/EMC Payment Processing<br>Ln. #0013560230 | $73,048.00 | $340.89 | $90.23 | $431.12 | | Lender not following Bk. Int. rate and Loan Balance incorrect. Lender applied payments incorrectly. Lender stopped paying insurance so DNT pays them. Lender stopped paying taxes (dtax 2012, 13 & 14). |
| 5843 E. 28th | Chase<br>Ln. #1948717557 | $82,925.00<br>by STIP | $386.98 | $222.72 | $609.70 | | Lender not following BK. Not sending any statements as in Phil Sniders name. T&B clarification states not escrowed but notice filed with BK shows escrowed. Lender didn't pay taxes from 2012-2014. Lender brought 9/30/14. escrow increase. Lender didn't pay taxes from 2012-2014 finally paid on 9/30/14 |
| 535 W. 42nd<br>Tucson, 85713 | Chase<br>Ln #0702879404 | $23,835.00 | $111.23 | $70.82 | $182.05 | | Lender not following BK. Loan balance incorrect and interest rate incorrect. Lender applied pmt incorrectly to PITI. Lender stopped paying taxes, but brought current 9/3014. Lender also stopped paying insur. DNT paid 2013 & 2014, but lender now paying insurance. |

| Property | Lender / Loan # | Balance | Col4 | Col5 | Col6 | Notes |
|---|---|---|---|---|---|---|
| 3402 W. Avenida Obregon<br>Tucson, 85746 | Chase Manhattan Mortgage<br>Ln. #1976103087 | $70,833.06 | $330.55 | $117.39 | $447.94 | Chase not following BK. All statements have wrong loan amount and interest rate. Stmts show PITI. T&B court papers show amount and int. rate but lender not following. Lender just paid taxes 2012 & 2013 on 3/20/15. Borrower wanted to payoff, but Lender would not send a payoff. |
| 3926 E. Camino de Palmas<br>Tucson, 85711 | Chase<br>Ln.#0702877663 | $144,585.00 | $674.73 | $196.94 | $871.67 | Lender loan amt. & int. rate incorrect, not following BK. DNT paid impounds to lender, but lender let taxes go delq. (2012-2014) finally paid all 9.30.14. DNT paying insurance. |
| 7112 S. Camino Grande<br>Tucson, 85746 | Chase<br>Ln.#0702879388 | $137,005.00 | $639.36 | $187.42 | $826.78 | Lender loan amt & int rate incorrect. DNT paid impounds for taxes but lender delq. 2012 & 2013 finally paid 10.1.14. |
| 2411 S. Forgeus<br>Tucson, 85713 | Chase<br>Ln. #0702879495 | $65,000.00 | $303.33 | $81.33 | $384.66 | Lender loan amt. & int rate incorrect. Lender applying payments incorrectly to PITI. Lender filed with court escrow amt. due, DNT paid but lender didn't pay taxes. Lender finally current 8/2014 on taxes. |
| 1653 W. Gaffer<br>Tucson, 85746 | Chase<br>Ln.#0702879370 | $83,137.00 | $387.97 | $96.26 | $484.23 | Lender loan amt. & int rate incorrect. Lender applying incorrectly to PITI. Lender finally brought DTAX 9/2014. DNT pays insurance. |
| 7981 N. Jensen<br>Tucson, 85715 | Chase<br>Ln.#0702878828 | $151,000.00 | $704.67 | $176.79 | $881.46 | Lender loan amt. & int. rate incorrect. Applying pmts incorrectly to PITI when paying them. Lender stopped paying taxes & ins. Lender brought taxes (2012-2014) current on 9/30/14. DNT pays ins. |
| 2011 S. Kelvin Strav<br>Tucson, 85713 | Chase<br>Ln. #0601497969 | $63,548.52 | $296.56 | $85.23 | $381.79 | Lender loan amt. & int rate incorrect. Applying pmts incorrectly to PITI. Lender stopped paying taxes & ins.. Lender brought taxes (2012-2014) current 09/30/14. Lender not sending stmts since 2/2013. |
| 3335 S. Magda<br>Tucson, 85730 | Chase<br>Ln. #0601497829 | $79,027.89 | $368.80 | $123.52 | $492.32 | Lender loan amt. & int. rate incorrect. Applying pmts to PITI. Lender brought taxes (2012-2013) current 9/30/14. Lender stopped paying insurance, DNT paid. Lender forced policy. |
| 1817 W. Maplewood<br>Tucson, 85746 | Chase<br>Ln.#0699213971 | $76,500.00 | $357.00 | $93.02 | $450.02 | Lender loan amt. & int. rate incorrect. Lender not sending stmts since 2/2013. |
| 2119 S. Miramonte | Chase<br>Ln. #0699214706 | $53,393.00 | $249.17 | $91.82 | $340.99 | Lender loan amt. & int. rate incorrect. Lender not sending stmts since 2/2013. Lender brought taxes (2012-2013) current 9/2014. DNT pays insurance. |
| 3508 S. Mission #B<br>Tucson | Chase<br>Ln. #0648122596 | $39,200.00 | $182.93 | $60.83 | $243.76 | Lender loan & int. rate incorrect. Lender stopped sending stmts 2/2013. Lender brought 2012-2013 taxes current 9/30/14. DNT pays insurance |
| 1642 W. Ontario<br>Tucson, 85745 | Chase<br>Ln.#0702877648 | $60,000.00 | $280.00 | $158.38 | $438.38 | Lender loan amt & int rate incorrect. Pmts applied incorrectly. Lender pays taxes and ins. |

| Property | Lender / Loan # | Loan Amt | P&I | T&I | PITI | BK | Notes |
|---|---|---|---|---|---|---|---|
| 7686 E. Queen Palm, Tucson, 85730 | Chase Ln.#22269799 | $88,000.00 | $410.67 | $88.17 | $498.84 | | Lender loan amt & int rate incorrect. Lender paying taxes, DNT/Lender paying insurance. Lender not sending stmts since 10/2012 |
| 4907 E. Rosewood, Tucson, 85711 | EMC Payment Processing or Chase????? Ln. #13560057  Chase Ln. #1023645416 | $96,000.00 | $448.00 | $108.61 | $556.61 | | Lender int rate incorrect. So pmts applied incorrectly of Int. making escrow amt incorrect. EMC transferred to Chase, but everything would stay the same EMC & loan no. Chase is now sending stmts with difference in no. DNT pays ins. Lender has NOT paid taxes. |
| 2842-2848 N. Venice, Tucson, 85712 | Chase Ln. #0817888712 | $92,146.62 | $430.02 | $177.06 | $607.08 | | Lender loan amt & int rate incorrect. No stmts since 10/2013. Lender pays taxes, DNT pays insurance |
| 1931 E. Virginia, Tucson, 85706 | Chase Ln. #0626061329 | $72,320.37 | $337.50 | $102.95 | $440.45 | | Lender loan amt. & int rate incorrect. Lender paid (2012-2013) taxes 10.2.14. DNT pays insurance. |
| 5233 S. Hampton | Citimortgage Ln. #0771135793 | $60,650.00 | $283.03 | $101.78 | $384.81 | X | Lender not following BK. returned our payments. They started following 3/2014. Loan amt still in correct. Started making the payment and now the Lenders attorney filed Relief of stay showing delinq. pmts. |
| 15677 E. Marsh Station Rd. | Citimortgage Ln. #2004113665 | $250,000.00 | $1,166.67 | $258.92 | $1,425.59 | X | Lender not sending stmts as loan is in 3rd party name. Not sure if following BK plan. DNT pays insurance, Lender pays taxes |
| 2225 N. Dodge, Tucson, 85716 | Ditech  Green Tree  GMAC Mtg New Ln #621737378  Ln #621737378  Ln. #600184879 | $120,000.00 | $560.00 | $0.00 | $560.00 | X | Lender loan amount was incorrect on stmt 1/2013. Attorney filed clarification 5/28/14 to correct loan amt. DNT fixed on our end 5.2015. GMAC use to impound but stopped paying taxes & ins.so DNT pays them now. New lender Green tree doesn't pay anything & nothing states on stmt. Greentree name to Ditech. |
| 4009 E. Hayhurst, Tucson, 85712 | Ditech  Green Tree  BAC New Ln##687389643   ln #687389643  n.#063089295 | $77,500.00 | $361.67 | $121.11 | $482.78 | X | BofA loan amt & int. rate incorrect even after BK Court determining value. BofA transferred to GreenTree 5/1/13, they also have wrong loan amt & int rate. The stmts lender sends has no loan amt or int. rate on it but show Prin & Int. paid for previous year for taxes, so they are processing pmts incorrectly. Greentree changed to Ditech |
| 5779 S. Manta Ray, Tucson, 85706 | Ditech  GREEN TREE  BAC Ln. #688705011  #688705011  Ln. #082314573 T&B Clarification Letter | $102,275.80 $102,275.80 | $477.29 | $105.45 | $582.74 | X | BofA loan amt. & int. rate incorrect. Transferred to Greentree 6/1/2013. Loan amt. & int rate still incorrect Greentree stmt shows pmts applied to PITI. T & B clarification letter give loan amt. but lenders still wrong |
| 1497 W. San Ricardo, Tucson, 85713 | Ditech  Green Tree  Flagstar Ln . #0002953362   n #0002953362  Ln. #501378870 | $158,150.00 | $738.03 | $189.37 | $927.40 | X | Flagstar was not following BK. Flagstar transferred to GreenTree. GreenTree not following BK. GT changed names to Ditech, still not following Bk on stmt 9/2015 |
| 8880 N. Silvermoon Way, Tucson, 85743 | Ditech  Green Tree  GMAC Ln #621741966   Ln #621741966 | $121,500.02 | $567.00 | $199.52 | $766.52 | X | GMAC loan amt. & int rate incorrect. GMAC transferred to GreenTree 2/2013. GreenTree int rate & loan amt incorrect. On stmt 5/2013 GreenTree shows past due amt, but current. New stmt they have no info. |

| Property | Lender / Loan # | Loan Amt | P&I | Esc | Total | ? | Notes |
|---|---|---|---|---|---|---|---|
| 8054 S. Fenway<br>Tucson, 85706 | Flagstar Bank<br>Ln.#501417538 | $158,807.00 | $741.10 | $148.52 | $889.62 | X | Lender wasn't following BK, loan amt & int rate incorrect. attorney filed 6/2012 with wrong amts. Attorney filed clarification with correct loan amt. & int. rate. Lenders escrow stmt incorrect. Lender only pays taxes, DNT pay Insurance as lender stopped paying. They then tried to place ins.but Lender is insured & got copies. Lender not sending any statements |
| 5887 N. Misty Ridge<br>Tucson, 85718 | Flagstar Bank<br>Ln.#501430195 | $300,000.00 | $1,400.00 | $313.90 | $1,713.90 | | Lender int rate and loan amt incorrect. Lender not sending stmts. T & B court clarification of 3/2014 stating amt. & int. |
| 2391 N. Avenida Tabica | Green Tree    Countrywide Home<br>Ne Ln. #082280585    Ln. #078962769 | $125,000.00 | $583.33 | $172.72 | $756.05 | X | Lenders have not sent us any statements. The loan is in a different borrowers name Steven Garcia and Rachel Cristobel. |
| 2919 E. 19th<br>Tucson, 85716 | Nationstar Mortgage LLC<br>Ln. #0596540818<br>T&B Clarification Letter | $130,818.00<br>$110,863.89 | $610.48 | $151.91 | $762.39 | X | Lender filed in BK court int. rate of 2.75% on 3/2013. On 5/2015, making pymts at the BK int. rate of 5.6% per SG. Lender has not sent a statement since 9/2010. Loan Bal. is incorrect on stmt. |
| 2819 E. Edison<br>Tucson, 85716 | NationStar    BAC<br>New Ln #0618106686    Ln.#023529845 | $192,404.09 | $897.89 | $234.27 | $1,132.16 | X | BofA loan amt. correct but not int. rate. Since int rate incorrect, pmts applied incorrectly. BofA transferred to Nationstar 12/16/2013 but no stmts since then. |
| 5690 E. 21st<br>Tucson, 85711 | Ocwen<br>Ln.#7143696792 | $120,000.00 | $560.00 | $165.21 | $725.21 | X | Lender Bal is $119,761.30 on statement. Lender has post petition amt due. Lender hasn't sent a stmt since 12/2013. |
| 1339 S. Avenida Sirio<br>Tucson, 85710 | Ocwen<br>Ln. #7141131792 | $250,000.00 | $1,166.67 | $176.28 | $1,342.95 | X | Lenders loan amount incorrect as they applied payments incorrectly to principal & int, not to int. and impounds. Lender stopped paying taxes, sent letter showing previous lender did impound. They brought some current, 2014 still delq. |
| 3236 W. Avenida Sombra<br>Tucson, 85746 | Ocwen    Homeward   AHMSI<br>New Ln. #7141113071    Ln. #021255112 | $128,455.00 | $599.46 | $181.05 | $780.51 | X | AHMSI not following BK, applied pmts incorrectly as loan amt & int rate incorrect. They changed name to Howeward. They started following BK per loan amt & int rate. Transferred to Ocwen 3/2013, they havent sent stmt to us since 11/2013 |
| 4913 W. Calle Don Roberto | Ocwen    Old Homeward/AHMSI<br>Ln. #7142307219    Old ln. #021650213 | $125,900.00 | $587.53 | $285.56 | $873.09 | ??? | AHMSI & Homeward int. rate and loan amt incorrect. transferred to Ocwen 3/1/13. Ocwen now has correct loan amt. & Int. rate. |
| 4512 N. Camino Real<br>Tucson, 85718 | Ocwen Loan Servicing<br>Ln #706038478 | $346,141.30 | $1,615.33 | $0.00 | $1,615.33 | | Lender not following BK, lender loan amt. incorrect. Lender sent notice 9/2014 that int. rate increase 2/2015. DNT pays taxes & Ins. |
| 433 N. Chalet<br>Tucson, 85748 | Ocwen Loan Servicing    Litton<br>Ln #7093000300    Ln #0018105007 | $170,000.00 | $793.33 | $203.38 | $996.71 | | Litton loan amt incorrect so pmts applied incorrectly. Transferred to Ocwen |

| Property | Lender / Loan # | Loan Amt | P&I | T&I | Total | X | Notes |
|---|---|---|---|---|---|---|---|
| 4770 S. Cherry | Ocwen Ln. #80573066 | $70,000.00 | $326.67 | $0.00 | $326.67 | | Lender loan amt & int rate incorrect. Lender taking pmts at P & I. Dnt pays taxes and ins. |
| 8421 E. Colette Tucson, 85710 | Ocwen Loan Servicing old HomeEq. Ln.#706499043 | $163,997.00 | $765.32 | $158.91 | $924.23 | X | Lender loan amt incorrect on stmt. Lender attorney filed clarification on 6/2014 for loan amt. but lender stmt date 10.14 is still incorrect. Lender pays taxes, but stopped paying ins. So DNT pays. Tried to pay but lender returning pmts. |
| 6873 E. Creek Run Tucson, 85706 | Ocwen Litton Loan NEW Ln #7090993853 Ln. #0040839961 | $90,000.00 | $420.00 | $126.83 | $546.83 | | Litton loan amt incorrect. Transferred to Ocwen 9/2011. Ocwen ln amt still incorrect on the 12/2013. Since amt incorrect, payments applied incorrectly. |
| 6112 S. Earp Wash Tucson, 85706 | Ocwen GMAC Mortgage Corp Ln. #035900696 | $105,629.00 | $492.94 | $0.00 | $492.94 | X | GMAC/Ocwen loan amt. & int. rate correct. GMAC was impounding for taxes & ins. But stopped paying and so DNT pays them. Last stmt sent form lender 2/2014. |
| 6968 S. Goshawk Tucson, 85706 | Ocwen Loan Servicing Ln. #7090994422 | $116,346.00 | $542.95 | $168.16 | $711.11 | | Lender loan amt. incorrect thru 7/2013 stmt. I was sending pmt per BK & Ocwen sent refund cks (4/2013-7/2013) stating they couldn't accept pmts from us as our loan was due per Balloon Note. The Attorney filed a Notice of Default. |
| 2403 S. Holly Strav Tucson, 85713 | Ocwen Ln.#0080572969 | $55,000.00 | $256.67 | $0.00 | $256.67 | | Lender Loan and Int. rate incorrect. DNT pays taxes and insurance. |
| 131 E. Jacinto Tucson, 85705 | Ocwen Ln.#0034945824 | $70,268.94 | $327.92 | $0.00 | $327.92 | X | Lenders loan amt. and int rate incorrect. No stmts since 12/2012. Lender applying pmts incorrectly to PI on the stmt dated 2/2012. Lender stopped paying taxes & ins. DNT pays them. |
| 1025 S. Kroeger Tucson, 85745 | Ocwen Loan Servicing Ln. #71173389 | $85,000.00 | $396.67 | $102.53 | $499.20 | X | Lender following BK 1/2013. Loan amt. & int. rate correct now. Lender stopped sending stmts. 11/2013. |
| 3270 N. Placita de Coronado Tucson, 85749 | Ocwen Ln.#7143374820 | $560,000.00 | $2,613.33 | $342.40 | $2,955.73 | X | Lender hasn't sent any statements since 12/2013. Lender pays taxes only. Lender shows past due int.? and $ to impound incorrect since we paid ins. |
| 639 N. Sunstream Tucson, 85748 | Ocwen Loan Servicing Ln #7093000508 | $235,000.00 | $1,096.67 | $228.58 | $1,325.25 | | Litton not following bk, transferred to OCWEN, they returned checks and tried to foreclose. Starting taking pmts again, but loan amt. still incorrect, so payments applied incorrectly to loan by lender. Lender not sending stmts 12/2013. |
| 7730 E. Victoria Tucson, 85730 | Ocwen Loan Servicing - Interest Only Ln. #006199210 | $120,283.00 | $561.32 | $0.00 | $561.32 | | Lender loan amt & int rate incorrect. No stmts since 12/2013. DNT pays ins. & taxes. |

| Property | Lender / Loan | Balance | Col5 | Col6 | Col7 | X | Notes |
|---|---|---|---|---|---|---|---|
| 872 W. Wedwick<br>Tucson, 85706 | Ocwen<br>Ln.#7143908270 | $63,786.23 | $297.67 | $76.26 | $373.93 | X | Lender Int rate correct. Loan different so overage goes and reduces prin.bal. Lender pays taxes but DNT pays insurance. |
| 3445 S. Western Way<br>Tucson, 85735 | Ocwen  Homeward<br>Ln. #7143298821 | $105,000.00 | $490.00 | $162.39 | $652.39 | X | Lender loan amt incorrect, so pmts applied incorrectly. Lender pays taxes, DNT pays insurance. |
| 4874 E. 12th<br>Tucson, 85711 | Peak Loan Serv/BSI Financial/NATIONSTAR<br>New Ln #598653764   Old Ln #0598653764 | $125,908.00 | $587.57 | $169.40 | $756.97 | X | Aurora had wrong Prin Bal. Then transferred to Nationstar, they sent 1 statement. They transferred to BSI 10/2013 2 stmts then nothing. They transferred to Peak 10/2014, no stmts. |
| 8324 E. Beverly<br>Tucson, 85710 | PNC  T&B Court Clarification<br>Ln. #0156237 | $75,154.11 | $350.72 | $137.69 | $488.41 | X | PNC has not sent any statements. Lender Lender provide a loan status in court 6/26/13, that is incorrect, Interest amount incorrect and states they pay taxes and insurance. DNT has paid insurance. |
| 813 S. Deer Meadow<br>Tucson, 85745 | PNC<br>Ln. #0156916 | $248,075.15 | $1,157.68 | $341.78 | $1,499.46 | X | Lender has not sent any statements. PNC/Ocwen had Tiffany & Bosco send letter out stating a Trustee's Sale 8/30/13, but our attorney got cancelled. Without stmts not sure if following loan amt. or int. rate. PNC said we gave back. NO. DNT has paid some insurance. |
| 3738 E. March Pl.<br>Tucson, 85713 | PNC<br>Ln. #0157190 | $47,379.85 | $221.11 | $52.80 | $273.91 | X | PNC hasn't sent any stmt since filing of BK. Do not know if following BK. Letter from PNC 10/2009 stating National City Mtg. joined PNC. |
| 1631 N. Saddleback    PAID OFF<br>Tucson, 85745 | RCS  Matrix Servicing<br>New Ln. #2000255850   Ln.#0000178707 | $140,000.00 | $653.33 | $231.44 | $884.77 | | We paid off lender 8/2015. Lender had delq. int. on payoff but we were current with payments. When lender wasn't following BK, pmts were applied incorrectly.<br>NEED SG TO SEND LETTER RE: INT PMTS |
| 1521 N. Atwood<br>Tucson, 85745 | Rushmore - Carrington -NATIONSTAR Mtg<br>new#7600033641 -old #7000059591 -old #598653848=<br>T&B Court Clarification | $160,000.00<br><br>$155,000.00 | $746.67 | $207.02 | $953.69 | | Aurora not following BK, transferred to Nationstar. Nationstar didn't follow BK wrong loan amt. & int. rate and they sent only 1 stmt. Nationstar transferred to Carrington, loan amt. & int. rate correct but delq. past due amts. Incorrect sicne they previous lenders were applying pmts incorrectly. Carrington transferred to Rushmore 7/2014 and have not sent any stmts. |
| 10170 E. Rio De Oro<br>Tucson, 85749 | Rushmore  Ocwen / Litton<br>Ne Ln. #   Ln #7090340147 | $162,929.88 | $760.34 | $284.59 | $1,044.93 | X | Litton not following BK, sold to Ocwen 11/2011. Ocwen not following BK. Ocwen sold to Rushmore 5/2015. Rushmore has not set a stmt. Rushmore started to Impound. Lender has paid ins., DNT has paid taxes. |
| 117 N. Understory | Rushmore   SLS   SNS<br>7600012032   Ln. #227491 | $220,000.00 | $1,026.67 | $0.00 | $1,026.67 | | SNS transferred to SLS. SLS didn't send stmts. SLS transferred to Rushmore, Rushmore loan amt & int. rate incorrect so any pmts made were applied incorrectly. DNT pays taxes and insurance. T/B FORECLOSED 7/2015 |

| Property | Lender(s) / Loan #s | Balance | Pmt | Esc | Total | X | Notes |
|---|---|---:|---:|---:|---:|:---:|---|
| 834 W. Calle Antonia<br>Tucson, 85706 | Seterus    Ocwen    IndyMac<br>Ln. #29476231   Ln. #7196128909   Ln. #1000866366 | $51,210.48 | $238.98 | $89.17 | $328.15 | X | IndyMac loan amt & Int. rate incorrect, so pmts applied incorrectly. Transferred to Ocwen 9/2013, stmt 3/2015, loan amt. & int rate Incorrect, so pmts applied incorrectly PITI, transferred to Seterus 8/2015. Loan amts??? DNT did pay some insurance so ?? Surplus from Ocwen and then neg balance? Within 4 months? |
| | T&B Court Clarification | $56,793.00 | | | | | |
| 3001 W. Calle Canario<br>Tucson, 85746 | Seterus    Ocwen    Indy Mac<br>LN#7195046334   Ln #3000090450 | $105,000.00 | $490.00 | $120.70 | $610.70 | X | IndyMac loan amt & Int rate incorrect, so pmts applied incorrectly. Lender showed surplus then neg bal when the transferred to Ocwen 9/2013 & loan amt & int rate incorrect till 4/21/15 so pmts applied incorrectly. Ocwen also sent letter stating delq. 11/14-4/15 but I have made those pmts. Also, we have been overpaying by $151.11 a month, so I have an overage in my impounds by over $8000.00 but could be more since pmts applied incorrectly for so long. |
| | T&B Court Clarification | $72,619.00 | $338.89 | $120.70 | $459.59 | | |
| 1587 W. San Ricardo<br>Tucson, 85713 | Seterus    Ocwen    Howeward<br>new Ln #29434903   Ln. #7144103517 | $149,609.78 | $698.18 | $142.83 | $841.01 | | AHMSI/Homeward transferred to Ocwen 2013. Lender has int. rate correct but not loan amt. which is correct? Ocwen sold to Seterus 8/2015. Lender pays taxes, DNT pays insurance. |
| 3925 E. 1st<br>Tucson, 85711 | Specialized Loan Serv.    BAC<br>new Ln. #1009352967   Ln. #073813816 | $129,461.48 | $604.15 | $157.63 | $761.78 | X | BofA started following bk 1/2015 with interest & loan amt. but they were applying pmts. incorrectly. When loan transferred to SLS they had an incorrect loan amt and are not following BK per their Escrow Disclosure stmt as they have an incorrect monthly mtg pmt showing due and have not sent any stmts. |
| 7228 E. Eastview<br>Tucson, 85710 | Specialized Loan Servicing<br>Wrong 2nd Ln.#1000689804<br>1st Ln,. #1000711471 | $85,000.00 | $396.67 | $152.84 | $549.51 | X | Paying on 2nd instead of 1st. Old employee set up wrong loan # and 1st and 2nd are same lender. Last statement received from lender on 1st was 10/2009 till 6/2013 stmt. Lender send escrow stmt 5/15. Loan amt & int rate incorrect on 1st lien. SG to do letter to lender to have them transfer payments made from 2nd to 1st lien. |
| 6418 S. Bright Sun | SPS    BAC Home Loan<br>New Ln. #0013437686   Ln. #073856733 | $150,000.00 | $700.00 | $252.92 | $952.92 | X | BofA/BAC not following BK, loan amt & int rate incorrect so pmts applied incorrectly. Transferred loan to SPS 8/2012, they were not following BK till 9/2014. DNT pays insurance. directly to State Farm. DNT paid impounds for taxes to lender so impounds should not be that amt. |
| 2226 S. Forgeus<br>Tucson, 85713 | Statebridge    Sun Trust Mortgage<br>New Ln. #0000015739   Ln. #0145283883 | $63,483.35 | $296.26 | $58.43 | $354.69 | X | Suntrust loan amt incorrect int. rate finally correct. Lender applying pmts to PITI. Lender paid taxes, but DNT paid for insurance. Suntrust assigned to Statebridge 5/2013 but have not gotten any statements. |
| 3149 S. Kolb<br>Tucson, 85730 | Statebridge    Sun Trust<br>New Ln #0000015741   Ln. #0145284212 | $103,306.92 | $482.10 | $123.93 | $606.03 | X | SunTrust applying pmts incorrectly to PITI. Loan amt incorrect because of the PITI. Lender sent stmts periodically. Suntrust assigned loan to StateBridge 5/2013. StateBridge has not sent any stmts. |
| 5860 N. Mona Lisa<br>Tucson, 85741 | Statebridge    Sun Trust<br>New Ln #0000015743   Ln. #0145284865 | $135,000.00 | $630.00 | $158.61 | $788.61 | X | SunTrust Loan amt & int. rate incorrect. Didn't send any stmts since 8/2010. Applied pmts incorrectly. Suntrust sold to StateBridge 5/2013. They have never sent any stmts. Requested payoff from Lender twice, they never sent. Lender finally paid (2013 & 14) delq. taxes 12/29/14. DNT pays insurance. |

| Address | Lender | Loan # | Loan Balance | P&I | Impound | Total Pmt | BK | Notes |
|---|---|---|---|---|---|---|---|---|
| 2449 N. Sparkman<br>Tucson, 85716 | Statebridge  Sun Trust<br>New Ln #0000015740  Ln. #0145283917 | | $59,160.00 | $276.08 | $123.58 | $399.66 | X | SunTrust was not following BK. They transferred to StateBridge. They have not sent any stmts. |
| 3125 E. 28th<br>Tucson, 85713 | Wachovia<br>Ln. #0044278067 | | $73,211.00 | $341.65 | $126.67<br>updated 11.2014 | $468.32 | | Lender statement incorrect for Loan Balance and Interest rate. Lender stopped paying insurance so we only paid them impounds for taxes and DNT paid insurance. Lender started paying insurance 10/2014. |
| 355 S. Craycroft<br>Tucson, 85711 | Wachovia<br>Ln #0044290500 | | $145,000.00 | $676.67 | $238.43 | $915.10 | | Lender loan and Int. rate incorrect, so payments applied incorrectly. Finally fixed loan & int rate 8/26/15, but creaed a 2nd loan of delq. amt. WF pays taxes, DNT paid 2012 &13 insurance. |
| 2118 S. Norton<br>Tucson, 85713 | Washington Mutual<br>Ln.#0699214672 | | $101,125.74 | $471.92 | $55.57 | $527.49 | | Lender loan amt & int. rate incorrect. Lender hasn't sent any stmts since 11/2006. DNT pays insurance, Chase paid 2011, but 2012-2014 Delq. Taxes. |
| 8601 E. Calle Bolivar PAID OFF 5/2013<br>Tucson, 85715 | Wells Fargo<br>Ln. #0048645824 | | $0.00 | $0.00 | $0.00 | $0.00 | | PAID OFF 5/2013,  T/B FINALLY PROVIDED STEWART TITLE WITH PAYOFF, BUT IMPOUNDS TO HIGH. WF PURCHASED INSURANCE DURING TIME AFTER LOAN CLOSED. WOULD LIKE IMPOUND BREAKDOWN AND REFUND |
| 2650 E. 18th<br>Tucson, 85716 | Wells Fargo<br>Ln. #0048647366 | | $111,532.30 | $520.48 | $138.92 | $659.40 | X | WF Prin Amt & Int rate correct. We are making payments to them but they applied them incorrectly. Sometimes they put int. only towards unapplied amount and sometimes impound amount only. WF fixed unpaid payments date but then created a 2nd loan bal. On escrow disclosure, 11/2014 they showed my current pmt int. but I also sent impounds. WF pays taxes, Dnt pays insurance. |
| 2041 S. Magnolia<br>Tucson | Wells Fargo<br>Ln. #8015378535 | | $68,083.15 | $317.72 | $99.63 | $417.35 | X | Lender not sending stmts since loan is in 3rd party name. Don't know f lender following BK int. rate or loan amt. |
| 2737 N. Orchard<br>Tucson, 85712 | Wells Fargo<br>Ln. #0048646988<br>T & B Clarification Ltr | | $79,410.69<br>$70,000.00 | $370.58 | $158.49 | $529.07 | X | Lender applying pmts to PITI. T & B Clarification 70000. Lender pays taxes but DNT pays insurance Lender corrected In amt. 8/2015, but my overpayment on int. where are $$. |
| 4984 W. Calle Don Roberto | Wells Fargo Home Mortgage<br>Ln. #0256307687 | | $125,000.00 | $583.33 | $194.56 | $777.89 | | Lender hasn't sent statements it is in another borrowers name: Holly Orloff who deeded it over to DAK/DNT Lender Attorney filed in court loan amt & int. rate. |