LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600
SBN: 007395
ecf@sdglaw.net

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DEED AND NOTE TRADERS, LLC,<br><br>                    Debtor. | In Proceedings Under Chapter 11<br><br>NO. 4-10-bk-03640-BMW<br><br>**MOTION TO EXTEND THE TERM OF THE DEBTOR'S PLAN OF REORGANIZATION** |

      Deed and Note Traders, LLC, the reorganized Debtor in the above-captioned chapter 11 case, hereby moves this Court to extend its interim extension of the term of the Debtor's confirmed Plan of Reorganization, which extension was granted at a hearing held on an Application for Order to Show Cause filed by the Debtor on October 14, 2015. The Court initially granted an in interim extension of the term of the Debtor's Plan through and including December 31, 2015. At the time of the October hearing, it was anticipated that a hearing on this matter would take place in late November 2015 after the Debtor filed a supplement to its original Application for Order to Show Cause. Due to the volume of information required to prepare the supplement, the supplement could not be completed until recently, and has now been filed with

MO TO EXTEND TERM OF PLAN.doc

the Court. The Debtor is in the process of requesting a hearing on its Application and Supplement, and anticipates that it may be able to conduct such a hearing within the next 60 days.

Accordingly, the Debtor respectfully requests that this Court extend its interim extension of the Debtor's confirmed Plan of Reorganization through and including February 28, 2016, to allow this Court to hear and consider the numerous issues involved in the Debtor's repeated attempts to obtain compliance with its plan by all secured creditors in this case.

RESPECTFULLY SUBMITTED this 30th day of December, 2015.

LAW OFFICE OF SCOTT D. GIBSON, PLLC


By: /s/ Scott D. Gibson (007395)
Scott D. Gibson
Attorneys for Debtor

MO TO EXTEND TERM OF PLAN.doc

LAW OFFICE OF
SCOTT D. GIBSON, PLLC
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

# CERTIFICATE OF SERVICE

Original electronically filed and copies of the foregoing served via the Court's CM/ECF Notification System this 30th day of December, 2015, on all Electronic Case Filing Participants that have appeared in the above-captioned case, or U.S. Mail to parties not registered through CM/ECF.

Elizabeth C. Amorosi
United States Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003

Howard A. Chorost
21 E. Speedway Boulevard
Tucson, AZ 85705
Attorney for Vantage West Credit Union

Clifford B. Altfeld
ALTFELD, BATTAILE & GOLDMAN, P.C.
250 N. Meyer Ave.
Tucson, AZ 87501
Attorneys for Canyon Community Bank

Daniel Jurkowitz
David W. Krula
Linda S. Tucker
BARBARA LAWALL
PIMA COUNTY ATTORNEY
Civil Division
32 N. Stone Ave., Suite 2100
Tucson, AZ 85701

Clyde Gavin
7240 S. Camino Mirlo
Tucson, AZ 85747
Creditor

Hilary B. Bonial
F# 7745-N-3145
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
Attorney for Specialized Loan Servicing, LLC, American Home Mortgage Servicing, Inc., Saxon Mortgage Services; BAC Home Loans Servicing LP

Specialized Loan Servicing, LLC
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129
Creditor

Nancy J. March
Fennemore Craig, P.C.
One South Church, Suite 1000
Tucson, AZ 85701-1627
Attorneys for RMKM Family Ltd Partnership

American Home Mortgage Services, Inc.
1525 S. Beltline Road, Suite 100 N
Coppell, TX 75019
Creditor

Dennis J. Clancy
RAVEN, CLANCY, & McDONAGH, P.C.
313 South Convent
Tucson, AZ 85701
Attorneys for CNH Capital America LLC

MO TO EXTEND TERM OF PLAN.doc

LAW OFFICE OF
SCOTT D. GIBSON, PLLC
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

| | | |
|---|---|---|
| 1 | Maria Tsagaris | Michael M. Neal |
| 2 | MCCALLA RAYMER, LLC | LAW OFFICE OF MICHAEL M. NEAL |
| | 1544 Old Alabama Road | 110 S. Church, Suite 4298 |
| 3 | Roswell, GA 30076-2102 | Tucson, AZ 85701 |
| | Attorneys for Litton Loan Servicing, L.P., | Attorneys for Bank of Arizona |
| 4 | and Saxon Mortgage Services, and | |
| | America's Servicing Company; Wells Fargo | Carolyn Lee-Lemons |
| 5 | Bank, N.A. | 7993 W. Tree Frog Trail |
| | | Tucson, AZ 85735 |
| 6 | Dennis A. Rosen | Creditor |
| 7 | LAW OFFICES OF DENNIS A. ROSEN | |
| | 1670 E. River Road, Suite 124 | The Ridge 4 Homeowners Association |
| 8 | Tucson, AZ 85718 | c/o Carolyn B. Goldschmidt |
| | Attorneys for Creditors John Munic | Monroe McDonough Goldschmidt & Molla, |
| 9 | Enterprises, Creditors Rosen, and Creditor | PLLC |
| | Kennedy | 4578 North First Avenue, Ste. 160 |
| 10 | | Tucson, AZ 85718-5607 |
| 11 | Gerard O'Meara | Attorneys Secured The Ridge 4 |
| | GUST ROSENFELD, PLC | Homeowners Association |
| 12 | 1 S. Church Ave., Suite 1900 | |
| | Tucson, AZ 85701-1620 | Josephine E. Piranio |
| 13 | Attorneys for Alaska Seaboard Partners, L.P. | Brian A. Paino |
| | | Kyle J. Shelton |
| 14 | Mark S. Bosco | Jamin S. Neil |
| 15 | TIFFANY & BOSCO | PITE DUNCAN |
| | Seventh Floor Camelback Esplanade II | 4375 Jutland Drive, Suite 200 |
| 16 | 2525 East Camelback Road | P.O. Box 17933 |
| | Phoenix, AZ 85016 | San Diego, CA 92177-0933 |
| 17 | Attorneys for Citibank, N.A., U.S. Bank | Attorneys for Ocwen Loan Servicing, LLC; |
| 18 | National Association; Residential Funding | PNC Bank National Association; JPMorgan |
| | Company, LLC; | Chase; Citibank, N.A.; U.S. Bank National; |
| 19 | Chase Home Finance LLC; Deutsche Bank | J.P. Morgan Mortgage Acquisition Corp.; |
| | National Trust Company; Kondaur Capital | Bank of America, N.A.; EMC Mortgage |
| 20 | Corporation; Flagstar Bank, FSB; Wells | Corporation; GMAC Mortgage; Wachovia |
| | Fargo Bank; America's Servicing Company; | Bank, N.A. Home Loan Services, Inc.; |
| 21 | BAC Home Loan Servicing, L.P., PNC | Wachovia Mortgage; Washington Mutual |
| 22 | Mortgage; Litton Loan Servicing; HSBC | Bank; Deutsche Bank National Trust Co.; |
| | Bank USA, NA | Select Portfolio Servicing, Inc.; Citibank, |
| 23 | | N.A., as Trustee; American Home Mortgage |
| | Saxon Mortgage Services | Servicing, Inc.; HSBC Bank USA, National |
| 24 | 1270 Northland Drive, Suite 200 | Association; Citimortgage, Inc. |
| | Mendota Heights, MN 55120 | |
| 25 | Creditor | |
| 26 | | |

MO TO EXTEND TERM OF PLAN.doc

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

| | |
|---|---|
| Kevin Hahn<br>MALCOLM, CISNEROS<br>2112 Business Center Drive<br>Second Floor<br>Irvine, CA 92612<br>Attorneys for Flagstar Bank; HSBC Mortgage Corporation; Onewest Bank FSB; Wells Fargo Bank | Travis B. Hill<br>Daniel L. Hulsizer<br>CARSON MESSENGER ELLIOTT LAUGHLIN<br>  & RAGAN, PLLC<br>PO Box 33907<br>Phoenix, AZ 85067<br>Attorneys for Litton Loan Servicing, L.P., and<br>America's Servicing Company |
| Jason P. Sherman<br>SHAPIRO, VAN ESS & SHERMAN, LLP<br>3300 N. Central Avenue, #2200<br>Phoenix, AZ 85012<br>Attorneys for Deutsche Bank; Suntrust Mortgage, Inc.<br>HSBC Bank; Suntrust | Steven M. Cox<br>WATERFALL ECONOMIDIS<br>5210 E. Williams Circle, 8th Floor<br>Tucson, AZ 85711<br>Attorneys for Robert J.F. Houyoux |
| Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100<br>P.O. Box 24737<br>West Palm Beach, FL 33415<br>Creditor | Andrew Goldberg<br>Rosicki, Rosicki & Associates, P.C.<br>51 E. Bethpage Road<br>Plainview, NY 11803<br>Attorneys for Deutsche Bank National Trust Company and Barclays Capital Real Estate, Inc. |
| Matthew A. Silverman<br>MCCARTHY, HOLTHUS & LEVINE<br>8502 East Via de Ventura, Suite 200<br>Scottsdale, AZ 85258<br>Attorneys for HSBC Mortgage Corporation<br>American Home Mortgage Servicing, Inc.;<br>J.P. Morgan Mortgage Acquisition Corp.;<br>Nationstar; MLB Sub I, LLC/BSI Financial Services, Inc.; Seterus, Inc. | BAC Home Loans Servicing, LP<br>7105 Corporate Drive<br>Plano, TX 75024<br>Creditor<br><br>Kim Lepore<br>ROBERT J. HOPP & ASSOCIATES<br>333 W. Colfax Avenue, Suite 400<br>Denver, CO 80204<br>Attorneys for Wells Fargo Bank |
| Jeremy T. Bergstrom, Esq.<br>MILES, BAUER, BERGSTROM & WINTERS, LLP<br>2200 Paseo Verde Pkwy., Suite 250<br>Henderson, NV 89052<br>Attorneys for Deutsche Bank National Trust Company, The Bank of New York Mellon | Marix Servicing, LLC<br>1925 W. Pinnacle Peak Rd.<br>Phoenix, AZ 85027<br>Creditor |

MO TO EXTEND TERM OF PLAN.doc

| | |
|---|---|
| Robert R. Hall<br>ROUTH CRABTREE OLSON, PC<br>111 W. Monroe Street, Suite 1216<br>Phoenix, AZ 85003<br>Attorneys for Bank of New York Mellon;<br>Bank of America | Michael D. Curran<br>Maynard Cronin Erickson<br>CURRAN & REITER, PLC<br>3200 N. Central Avenue, Suite 1800<br>Phoenix, AZ 85012<br>Attorneys for JPMorgan Chase Bank, N.A |
| Nathaniel Morris Brodnax<br>LAW OFFICES OF LES ZIEVE<br>18377 Beach Blvd., Suite 210<br>Huntington Beach, CA 92648<br>Attorneys for Deutsche Bank National Trust Company as Trustee for Soundview Home Loan Trust 2006-1, Asset-backed Certificates, 2006-1; and Deutsche Bank National Trust Company, as Trustee for the registered holders of Saxon Asset Securities Trust 2007-1 Mortgage Loan Asset Backed Certificates, Series 2007-1; MTGLQ Investors, LP | Kim R. Lepore<br>WRIGHT, FINLAY & ZAK, LLP;<br>18444 N. 25th Ave., Suite 420<br>Phoenix, AZ 85023<br>Attorneys for JP Morgan Mortgage Acquisition Corp., its successors and/or assigns<br><br>Thomas D. Laue<br>UDALL LAW FIRM<br>4801 E. Broadway Blvd., Suite 400<br>Tucson, AZ 85711-3638<br>Attorneys for Christopher Jordan |
| David J. Hindman<br>MESCH CLARK & ROTHSCHILD, P.C.<br>259 N. Meyer Ave.<br>Tucson, AZ 85701<br>Attorneys for The Ridge 4 Homeowners Assoc. | Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143<br>Creditor |

By: /s/ Maria Calderon

MO TO EXTEND TERM OF PLAN.doc