LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
**2329 N. TUCSON BLVD.**
**TUCSON, ARIZONA  85716**
**(520) 784-2600**
**SBN:  007395**
**ecf@sdglaw.net**

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re

DEED AND NOTE TRADERS, LLC,

Debtor.

In Proceedings Under
Chapter 11

NO. 4-10-bk-03640-BMW

**MOTION TO LIMIT NOTICE TO
PARTIES**

Deed and Note Traders, LLC, the reorganized Debtor in the above-captioned chapter 11 case, hereby moves this Court to limit the notice required to be provided with respect to the Supplement to the Debtor's Application to Order to Show Cause filed on December 30, 2015 (Docket 1824), to only those parties who are identified in the exhibit to the Supplement to the Application to Order to Show Cause, which parties are the sole parties for which the Debtor seeks sanctions for contempt for failure to abide by the Debtor's confirmed Plan of Reorganization.  Further, the Debtor requests that the Court limit notice to allow the Debtor to serve those parties who have appeared in this action solely by email transmission of the Supplement to the Application to Order to Show Cause and only be required to serve hard copies of the Supplement to those parties who have not appeared and who would not otherwise receive an email copy of the Supplement.

MO TO LIMIT NOTICE.doc

RESPECTFULLY SUBMITTED this 31st day of December, 2015.

LAW OFFICE OF SCOTT D. GIBSON, PLLC


By: /s/ Scott D. Gibson (007395)
    Scott D. Gibson
    Attorneys for Debtor


CERTIFICATE OF SERVICE

    Original electronically filed and copies of the foregoing served via the Court's CM/ECF Notification System this 31st day of December, 2015, on all Electronic Case Filing Participants that have appeared in the above-captioned case, or U.S. Mail to parties not registered through CM/ECF.

| | |
|---|---|
| Elizabeth C. Amorosi<br>United States Trustee<br>230 N. First Ave., Suite 204<br>Phoenix, AZ 85003 | Clyde Gavin<br>7240 S. Camino Mirlo<br>Tucson, AZ 85747<br>Creditor |
| Howard A. Chorost<br>21 E. Speedway Boulevard<br>Tucson, AZ 85705<br>Attorney for Vantage West Credit Union | Hilary B. Bonial<br>F# 7745-N-3145<br>9441 LBJ Freeway, Suite 350<br>Dallas, TX 75243<br>Attorney for Specialized Loan Servicing, LLC,<br>American Home Mortgage Servicing, Inc., |
| Clifford B. Altfeld<br>ALTFELD, BATTAILE & GOLDMAN, P.C.<br>250 N. Meyer Ave.<br>Tucson, AZ 87501<br>Attorneys for Canyon Community Bank | Saxon Mortgage Services; BAC Home Loans<br>Servicing LP<br><br>Specialized Loan Servicing, LLC<br>8742 Lucent Blvd., Suite 300 |
| Daniel Jurkowitz<br>David W. Krula<br>Linda S. Tucker<br>BARBARA LAWALL<br>PIMA COUNTY ATTORNEY<br>Civil Division<br>32 N. Stone Ave., Suite 2100<br>Tucson, AZ 85701 | Highlands Ranch, CO 80129<br>Creditor<br><br>Nancy J. March<br>Fennemore Craig, P.C.<br>One South Church, Suite 1000<br>Tucson, AZ 85701-1627<br>Attorneys for RMKM Family Ltd Partnership |

MO TO LIMIT NOTICE.doc

Case 4:10-bk-03640-BMW Doc 1827 Filed 12/31/15 Entered 12/31/15 10:27:06 Desc Main Document Page 2 of 5

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

| | |
|---|---|
| American Home Mortgage Services, Inc.<br>1525 S. Beltline Road, Suite 100 N<br>Coppell, TX 75019<br>Creditor | Saxon Mortgage Services<br>1270 Northland Drive, Suite 200<br>Mendota Heights, MN 55120<br>Creditor |
| Dennis J. Clancy<br>RAVEN, CLANCY, & McDONAGH, P.C.<br>313 South Convent<br>Tucson, AZ 85701<br>Attorneys for CNH Capital America LLC | Michael M. Neal<br>LAW OFFICE OF MICHAEL M. NEAL<br>110 S. Church, Suite 4298<br>Tucson, AZ 85701<br>Attorneys for Bank of Arizona |
| Maria Tsagaris<br>MCCALLA RAYMER, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102<br>Attorneys for Litton Loan Servicing, L.P., and<br>Saxon Mortgage Services, and America's<br>Servicing Company; Wells Fargo Bank, N.A. | Carolyn Lee-Lemons<br>7993 W. Tree Frog Trail<br>Tucson, AZ 85735<br>Creditor<br><br>The Ridge 4 Homeowners Association<br>c/o Carolyn B. Goldschmidt<br>Monroe McDonough Goldschmidt & Molla,<br>PLLC |
| Dennis A. Rosen<br>LAW OFFICES OF DENNIS A. ROSEN<br>1670 E. River Road, Suite 124<br>Tucson, AZ 85718<br>Attorneys for Creditors John Munic Enterprises,<br>Creditors Rosen, and Creditor Kennedy | 4578 North First Avenue, Ste. 160<br>Tucson, AZ 85718-5607<br>Attorneys Secured The Ridge 4 Homeowners<br>Association |
| Gerard O'Meara<br>GUST ROSENFELD, PLC<br>1 S. Church Ave., Suite 1900<br>Tucson, AZ 85701-1620<br>Attorneys for Alaska Seaboard Partners, L.P. | Josephine E. Piranio<br>Brian A. Paino<br>Kyle J. Shelton<br>Jamin S. Neil<br>PITE DUNCAN<br>4375 Jutland Drive, Suite 200 |
| Mark S. Bosco<br>TIFFANY & BOSCO<br>Seventh Floor Camelback Esplanade II<br>2525 East Camelback Road<br>Phoenix, AZ 85016<br>Attorneys for Citibank, N.A., U.S. Bank<br>National Association; Residential Funding<br>Company, LLC;<br>Chase Home Finance LLC; Deutsche Bank<br>National Trust Company; Kondaur Capital<br>Corporation; Flagstar Bank, FSB; Wells Fargo<br>Bank; America's Servicing Company; BAC<br>Home Loan Servicing, L.P., PNC Mortgage;<br>Litton Loan Servicing; HSBC Bank USA, NA | P.O. Box 17933<br>San Diego, CA 92177-0933<br>Attorneys for Ocwen Loan Servicing, LLC; PNC<br>Bank National Association; JPMorgan Chase;<br>Citibank, N.A.; U.S. Bank National; J.P. Morgan<br>Mortgage Acquisition Corp.; Bank of America,<br>N.A.; EMC Mortgage Corporation; GMAC<br>Mortgage; Wachovia Bank, N.A. Home Loan<br>Services, Inc.; Wachovia Mortgage; Washington<br>Mutual Bank; Deutsche Bank National Trust<br>Co.; Select Portfolio Servicing, Inc.; Citibank,<br>N.A., as Trustee; American Home Mortgage<br>Servicing, Inc.; HSBC Bank USA, National<br>Association; Citimortgage, Inc. |

MO TO LIMIT NOTICE.doc

-2-

Kevin Hahn
MALCOLM, CISNEROS
2112 Business Center Drive
Second Floor
Irvine, CA 92612
Attorneys for Flagstar Bank; HSBC Mortgage
Corporation; Onewest Bank FSB; Wells Fargo
Bank

Jason P. Sherman
SHAPIRO, VAN ESS & SHERMAN, LLP
3300 N. Central Avenue, #2200
Phoenix, AZ 85012
Attorneys for Deutsche Bank; Suntrust
Mortgage, Inc.
HSBC Bank; Suntrust

Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
P.O. Box 24737
West Palm Beach, FL 33415
Creditor

Matthew A. Silverman
MCCARTHY, HOLTHUS & LEVINE
8502 East Via de Ventura, Suite 200
Scottsdale, AZ 85258
Attorneys for HSBC Mortgage Corporation
American Home Mortgage Servicing, Inc.; J.P.
Morgan Mortgage Acquisition Corp.; Nationstar;
MLB Sub I, LLC/BSI Financial Services, Inc.;
Seterus, Inc.

Jeremy T. Bergstrom, Esq.
MILES, BAUER, BERGSTROM & WINTERS,
LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
Attorneys for Deutsche Bank National Trust
Company, The Bank of New York Mellon

Travis B. Hill
Daniel L. Hulsizer
CARSON MESSENGER ELLIOTT
LAUGHLIN
  & RAGAN, PLLC
PO Box 33907
Phoenix, AZ 85067
Attorneys for Litton Loan Servicing, L.P., and
America's Servicing Company

Steven M. Cox
WATERFALL ECONOMIDIS
5210 E. Williams Circle, 8th Floor
Tucson, AZ 85711
Attorneys for Robert J.F. Houyoux

Andrew Goldberg
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Road
Plainview, NY 11803
Attorneys for Deutsche Bank National Trust
Company and Barclays Capital Real Estate, Inc.

BAC Home Loans Servicing, LP
7105 Corporate Drive
Plano, TX 75024
Creditor

Kim Lepore
ROBERT J. HOPP & ASSOCIATES
333 W. Colfax Avenue, Suite 400
Denver, CO 80204
Attorneys for Wells Fargo Bank

Marix Servicing, LLC
1925 W. Pinnacle Peak Rd.
Phoenix, AZ 85027
Creditor

Robert R. Hall
ROUTH CRABTREE OLSON, PC
111 W. Monroe Street, Suite 1216
Phoenix, AZ 85003
Attorneys for Bank of New York Mellon;
Bank of America

LAW OFFICE OF
SCOTT D. GIBSON, PLLC
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

MO TO LIMIT NOTICE.doc

Nathaniel Morris Brodnax
LAW OFFICES OF LES ZIEVE
18377 Beach Blvd., Suite 210
Huntington Beach, CA 92648
Attorneys for Deutsche Bank National Trust
   Company as Trustee for Soundview Home
Loan
   Trust 2006-1, Asset-backed Certificates, 2006-
1; and Deutsche Bank National Trust Company,
as Trustee for the registered holders of Saxon
Asset Securities Trust 2007-1 Mortgage Loan
Asset Backed Certificates, Series 2007-1;
MTGLQ Investors, LP

David J. Hindman
MESCH CLARK & ROTHSCHILD, P.C.
259 N. Meyer Ave.
Tucson, AZ 85701
Attorneys for The Ridge 4 Homeowners Assoc.

Michael D. Curran
Maynard Cronin Erickson
CURRAN & REITER, PLC
3200 N. Central Avenue, Suite 1800
Phoenix, AZ 85012
Attorneys for JPMorgan Chase Bank, N.A

Kim R. Lepore
WRIGHT, FINLAY & ZAK, LLP;
18444 N. 25th Ave., Suite 420
Phoenix, AZ 85023
Attorneys for JP Morgan Mortgage Acquisition
Corp., its successors and/or assigns

Thomas D. Laue
UDALL LAW FIRM
4801 E. Broadway Blvd., Suite 400
Tucson, AZ 85711-3638
Attorneys for Christopher Jordan

Seterus, Inc.
PO Box 1047
Hartford, CT 06143
Creditor

By: _/s/ Maria Calderon_____

MO TO LIMIT NOTICE.doc

LAW OFFICES OF
SCOTT D. GIBSON, PLLC
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600