Robert W. Norman (SBN 025328)
bnorman@houser-law.com
Solomon S. Krotzer (SBN 027985)
skrotzer@houser-law.com
HOUSER & ALLISON
A Professional Corporation
2929 N. Central Avenue, Suite 1560
Phoenix, Arizona 85012
Ph: (480) 428-8370
Fax: (480) 428-8371

Attorneys for Ocwen Loan Servicing, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEED AND NOTE TRADERS, LLC,<br><br>Debtors. | Case No. 4:10-bk-03640-BMW<br><br>Chapter 11<br><br>Hon. Brenda Moody Whinery<br><br>**STIPULATED MOTION FOR ORDER APPROVING LOAN MODIFICATION AGREEMENTS** |

The Debtor Deed and Note Traders, LLC ("Debtor") and Creditor Ocwen Loan Servicing, LLC ("Ocwen") (collectively "Parties"), by and through counsel undersigned, hereby respectfully request an order approving loan modifications associated with loans secured by the following real property:

1. Property Address: 7724 East Vancouver Place, Tucson, AZ 85730

    Legal Description: Lot 154, of CARSON PARK according to the Map recorded in

    Book 21 of Maps, Page 58, records of Pima County, Arizona

    Ocwen Loan No.: 7145479023

2. Property Address: 2403 South Holly Stravenue, Tucson, AZ

   Legal Description: Lot 4, Block 6, COUNTRY CLUB PARK ADDITION, Pima County, Arizona, according to the plat of record in the office of the Pima County Recorder in Book 8 of Maps, Page 78.

   Ocwen Loan No.: 80572969

3. Property Address: 7730 East Victoria Drive, Tucson, AZ 85730

   Legal Description: Lot 74, of Carson Park according to the Map recorded in Book 20 of Maps, Page 82, records of Pima County

   Ocwen Loan No.: 6199210

4. Property Address: 1025 South Kroeger Lane, Tucson, Arizona 85745

   Legal Description: All that part of the Southeast quarter of Section 14, Township 14 South, Range 13 East, Gola and Salt River Base and Meridian, Pima County, Arizona, described as follows, to wit;

   COMMENCING at the Southeast corner of Lot 13 on Block 10 of HAYHURST ADDITION to the City of Tucson, Arizona, according to the official plat thereof of record in the office of the County Recorder of Pima County, Arizona, in Book 6 of Maps and Plats at Page 52,

   THENCE South 89° West, 398 feet more or less, to a point on the West line of Brock Yard Lane

   THENCE South 7°2' West along the West line of Brick Yard Lane, 490 feet, more or less to an iron stake and PLACE OF BEGINNING;

   THENCE Westerly 173 feet, more or less to an iron stake;

   THENCE South 7°2' West, 54 feet, more or less, to an iron stake;

   THENCE Easterly 173 feet, more or less, to an iron stake on the West line of Brick Yard Lane;

   THENCE North 7°2' East, along the West line of Brick Yard Lane 54 feet more or less to the
   PLACE OF BEGINNING.
   (JV ARB 118)

   Ocwen Loan No.: 71173389

5. Property Address: 4770 S Cherry Avenue, Tucson, Arizona 85714

   Legal Description: Lot 130 of Bravo I, according to the map of record in the office of the County Recorder of Pima County, Arizona in Book 26 of Maps and Plats at Page 64.

   Ocwen Loan No.: 80573066

As grounds to support this motion, the Chapter 11 Plan entered in this case modified the above-referenced loans as set forth more fully in the Chapter 11 Plan. Nothing in the Chapter 11 Plan prevents the parties from entering into further agreements concerning the above-referenced loans and real property. Modifying the above-referenced loans would not have any impact on any other creditor. Therefore, in an effort to resolve certain disputes, set forth more fully in the respective confidential settlement agreements concerning each of the above-referenced loans and real property, the Parties have agreed to modify the above-referenced loans through loan modifications.

Given the complicated nature of the Chapter 11 Plan, the lengthy procedural history and ongoing litigation, one condition of the settlement agreements is that this Court must approve the loan modifications. Therefore, the fully-executed loan modifications are attached for this Court's review and approval as Exhibits A through E, respectively.

WHEREFORE, pursuant to the settlement agreement reached by the Parties, the Parties respectfully request an order approving the loan modifications attached as Exhibits A through F, confirming that the Chapter 11 Plan no longer has any effect on Debtor or Ocwen, and an order confirming that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated with respect to the real property referenced above, and that Ocwen may service these loans in the normal course.

| | | |
|---|---|---|
| Dated: March 22, 2018 | | HOUSER & ALLISON,<br>A Professional Corporation |
| | | /s/ Solomon S. Krotzer<br>Robert W. Norman<br>Solomon S. Krotzer<br>Attorneys for Ocwen Loan Servicing, LLC |
| Dated: March 22, 2018 | | LAW OFFICE OF SCOTT D GIBSON, PLLC |
| | | /s/ Scott D. Gibson (with permission)<br>Scott D. Gibson<br>Attorney for Debtor |

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott D. Gibson
Law Office of Scott D. Gibson, PLLC
1632 N. Country Club Road
Tucson, AZ 85716
ecf@sdglaw.com
Attorney for Debtors

                                                                           s/ Paige Kleinwolterink
                                                                           Paige Kleinwolterink