# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| DEED AND NOTE TRADERS, L.L.C., | Case No. 4:10-bk-03640-BMW |
| Debtor. | **ORDER ENTERING FINAL DECREE AND CLOSING CASE** |

Deed and Note Traders, LLC (the "Debtor") filed its voluntary Chapter 11 Petition on February 12, 2010. The *Order Confirming Debtor's Plan of Reorganization Dated April 2, 2010 as Modified by First Modification of Plan Dated December 22, 2010* was entered on February 10, 2011.

On March 6, 2013, the Debtor filed a *Motion for Order to Show Cause Directing Secured Creditors to Comply with Terms of Plan* (the "OSC Motion"). On June 10, 2015, the Debtor filed a *Motion to Modify Plan* (the "Motion to Modify").

On February 3, 2017, the Court issued its *Ruling and Order Regarding Debtor's Application for an Order to Show Cause Re: Contempt and Debtor's Motion to Modify the Plan* (the "Ruling and Order"), in which it denied the OSC Motion and denied the Motion to Modify, finding that the Second Plan had been substantially consummated and had fully matured on December 31, 2015.

On February 16, 2017, the Debtor filed a *Notice of Appeal*, which appeal was referred to the Bankruptcy Appellate Panel of the Ninth Circuit (the "B.A.P."). This Court's ruling with respect to the OSC Motion was the only issue on appeal. On March 14, 2018, the B.A.P. issued

its *Memorandum* and *Judgment*, which affirmed the Bankruptcy Court's Ruling and Order. The Debtor did not timely appeal the Judgment.

The Plan having been substantially consummated and having fully matured; the appeal having been resolved; there being no contested matters or adversary proceedings pending before the Court; and pursuant to the provisions of 11 U.S.C. § 350(a) and Bankruptcy Rule 3022, and the lack of any remaining jurisdiction under the Plan, it is the determination of this Court that entry of a final decree closing the case is appropriate.

Based upon foregoing and the entire record in this case, and good cause appearing;

IT IS HEREBY ORDERED that:

1. This order shall constitute the final decree in this case and the Clerk of Court is ordered to close the case effective immediately; and

2. The Debtor shall file any delinquent quarterly post-confirmation reports and pay any outstanding post-confirmation quarterly fees due to the United States Trustee within thirty (30) days of the entry of this Order.

DATED AND SIGNED ABOVE.